UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

       Plaintiff,

  v.

BRENES LAW GROUP, P.C. and TROY
BRENES,

       Defendants.

----------------------------------------------------------x

BRENES LAW GROUP, P.C. and TROY A
BRENES,

       Third-Party Plaintiffs,

  v.

HOWARD B. BERGER, GREGORY
GOLDBERG, LAWRENCE LITIGATION
GROUP, L.P. and DOES 1-50,

       Third-Party Defendants.

----------------------------------------------------------x[1]

Case No. 22-CV-1778 (AJN)

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

     I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Legal Recovery Associates, LLC and for Third-Party Defendant Lawrence Litigation Group, L.P., which preserves all defenses, including jurisdictional and sufficiency of process.

Date:  March 10, 2022

                                            *Andrew T. Solomon*
                                        Andrew T. Solomon
                                        SOLOMON & CRAMER LLP
                                        25 West 39th Street, 7th Floor
                                        New York, New York 10018
                                        (t) (212) 884-9102
                                        (f) (516) 368-3896
                                        asolomon@solomoncramer.com

---

[1] The caption, as drafted by Defendants, incorrectly designates Third-Party Defendants as "Counterclaim Defendants" and includes Plaintiff in the Third-Party Complaint, when claims against it are counterclaims.