UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

       Plaintiff,

  v.

BRENES LAW GROUP, P.C. and TROY
BRENES,

       Defendants.
-----------------------------------------------------------x
BRENES LAW GROUP, P.C. and TROY A.
BRENES,

       Counterclaim Plaintiffs,

  v.

HOWARD B. BERGER, GREGORY
GOLDBERG, LAWRENCE LITIGATION
GROUP, L.P. and DOES 1-50,

       Counterclaim Defendants.
-----------------------------------------------------------x[1]

Case No. 22-CV-1778 (AJN)

**NOTICE OF MOTION TO SEVER AND STAY SECOND AND THIRD COUNTERCLAIMS AND TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that upon the Declaration of Gary Podell, dated March 11, 2022, the accompanying memorandum of law, and all prior pleadings had herein, plaintiff Legal Recovery Associates, LLC and Counterclaim Defendant Lawrence Litigation Group, L.P. will move this Court, Hon. Alison J. Nathan, in Courtroom 906 of the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an order

(1) severing the second and third counterclaims pursuant to Fed. R. Civ. P. Rule 21;

(2) staying the severed claims, pursuant to 9 U.S.C. § 3; and

(3) compelling the arbitration of those severed counterclaims, pursuant to 9 U.S.C. § 4.

---

[1] The caption, as drafted by Defendants, incorrectly designates Plaintiff as a "Counterclaim Defendant" and includes Plaintiff in the bottom caption, when claims against it are counterclaims.

In accordance with Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
March 16, 2022

        SOLOMON & CRAMER LLP
*Attorneys for Plaintiff Legal Recovery Associates, LLC and Third-Party Defendant Lawrence Litigation Group, L.P.*

By:  /s/Andrew T. Solomon
     Andrew T. Solomon
     asolomon@solomoncramer.com

25 West 39th St., 7th Floor
New York, NY 10018
(212) 884-9102

To: Troy Brenes, Esq.
Brenes Law Group, P.C.
100 Spectrum Center Drive, Ste. 330
Irvine, CA 92618