# SOLOMON & CRAMER

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

March 18, 2022

<u>Via ECF and Email</u>

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Legal Recovery Associates, LLC v. Brenes Law Group, P.C. and Troy Brenes*
      22-cv-1778 (AJN)

Dear Judge Nathan:

This firm is counsel to Plaintiff Legal Recovery Associates, LLC (LLC) and counterclaim defendant Lawrence Legal Group LLP (LLP). We are writing to request a brief teleconference with the Court to address the following matters:

1. LRA seeks an adjournment of its time to respond to the counterclaims. LRA (with LLG) has filed a motion to sever, stay, and compel arbitration of the second and third counterclaims. If the relief is not granted, LRA would file a motion to dismiss those claims under Rule 12(b)(6). LRA's deadline is currently March 24, 2022. (Also the other counterclaim defendants have not been served; so an adjournment will avoid piecemeal motion practice).
2. Normally, we would be working with counsel on the other side for an adjournment like this. But the corporate defendant--which has asserted the counterclaims jointly with defendant Troy Brenes--is not represented by counsel. Mr. Brenes is an attorney, but he's not admitted in this Court and, thus, cannot represent his firm. As a corporate entity, it cannot appear *pro se*.
3. I emailed Mr. Brenes about the representation issue. We are willing to permit the firm to avoid the consequences of its present default, but not indefinitely. Mr. Brenes has not yet responded.

Respectfully yours,

*Andrew Solomon*

Andrew T. Solomon

2

cc: Troy Brenes, Esq. (via email, tbrenes@breneslawgroup.com )