**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC | Case No. 22-cv-1778 |
| *Plaintiff,* | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| -against- | |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES | |
| *Defendants,* | |

---

BRENES LAW GROUP, P.C. AND TROY A. BRENES

        *Counterclaim Plaintiffs,*

vs.

LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50

        *Counterclaim Defendants,*

---

TO:    Andrew Todd Solomon
        Solomon & Cramer LLP
        25 West 39th Street
        Ste 7th Floor
        New York, NY 10018
        212-884-9102
        Fax: 516-368-3896
        Email: asolomon@solomoncramer.com

PLEASE TAKE NOTICE that upon the attached Affadavit of Movant in Support of this Motion and the Certificates of Good Standing attached thereto, I, Troy A. Brenes, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a partner of the firm Brenes Law Group, P.C. and a member in good standing of the bar(s) of the State(s) of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants and Counterclaim Plaintiffs' Troy A. Brenes and Brenes Law Group, P.C. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: 3/16/2022

Respectfully Submitted,
Applicant Signature: _____

Applicant's Name: Troy Alexander Brenes

Firm Name: Brenes Law Group, P.C.

Address: 100 Spectrum Ctr. Dr., Ste. 330

City/State/Zip: Irvine, California 92618

Telephone/Fax: P: (949) 397-9360 / F: (949) 607-4192

Email: tbrenes@breneslawgroup.com