# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC<br><br>*Plaintiff,*<br><br>-against-<br><br>BRENES LAW GROUP, P.C. AND TROY A. BRENES<br>*Defendants,* | Case No. 22-cv-1778<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES<br><br>*Counterclaim Plaintiffs,*<br>vs.<br><br>LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50<br><br>*Counterclaim Defendants,* | |

I, Troy A. Brenes, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Brenes Law Group, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number(s) are: 249776

WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case 22-cv-1778 for Defendants and Counterclaim Plaintiffs' Brenes Law Group, P.C. and myself, Troy A. Brenes.

Date: 3/18/2022

Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330
Irvine, CA 92618
Telephone: (949) 397-9360
Email: tbrenes@breneslawgroup.com

Sworn to before me this 18th day of March, 2022.

Notary Public



BROOKE LYNN MEYERS
Commission # 2240377
Notary Public - California
ORANGE County
My Comm. Expires APR 29, 2022