# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC | Case No. 22-cv-1778 |
| *Plaintiff,* | **MOTION FOR ADMISSION TROY A. BRENES** |
| -against- | |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES | |
| *Defendants,* | |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES | |
| *Counterclaim Plaintiffs,* | |
| vs. | |
| LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50 | |
| *Counterclaim Defendants,* | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Troy A. Brenes hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants and Counterclaim Plaintiffs' Troy A. Brenes and Brenes Law Group, P.C., in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never

been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: 3/18/2022

Respectfully Submitted,
Applicant Signature: _____

Applicant's Name: Troy Alexander Brenes

Firm Name: Brenes Law Group, P.C.

Address: 100 Spectrum Ctr. Dr., Ste. 330

City/State/Zip: Irvine, California 92618

Telephone/Fax: P: (949) 397-9360 / F: (949) 607-4192

Email: tbrenes@breneslawgroup.com