UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Plaintiff, Legal Recovery Associates LLC

-v-

Defendant. Brenes Law Group P.C. et al.

-------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22-cv-1778 (AJN) (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion to Sever, Stay and Compel Arbitration (Dkt. No. 6)

All such motions: _____

*Do not check if already referred for general pretrial.

Dated March 18, 2022

SO ORDERED:

_____ Alison J. Nathan _____

United States District Judge