UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

       Plaintiff,

  v.

BRENES LAW GROUP, P.C. and TROY
BRENES,

       Defendants.
-----------------------------------------------------------x
BRENES LAW GROUP, P.C. and TROY A
BRENES,

       Counterclaim Plaintiffs,

  v.

HOWARD B. BERGER, GREGORY
GOLDBERG, LAWRENCE LITIGATION
GROUP, L.P. and DOES 1-50,

       Counterclaim Defendants.
-----------------------------------------------------------x

Case No. 22-CV-1778 (AJN)

**DECLARATION OF ANDREW T. SOLOMON**

ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am a partner with Solomon & Cramer LLP, counsel to the Plaintiff Legal Recovery Associates LLC and counterclaim defendant Lawrence Litigation Group, L.P. (LLG). My statements below are based on my personal knowledge.

    2.    On March 16, 2022, LRA and LLG filed a motion to sever, stay, and compel arbitration of the second and third counterclaims based on a Notice of Motion, a Memorandum of Law, a Declaration of Gary Podell and Exhibits A and B (the "Motion Papers").

    3.    On March 16, 2022, I emailed the Motion Papers to Troy Brenes attbrenes@breneslawgroup.com.

2

4.  On March 17, 2022, I mailed the Motion Papers, via U.S.P.S., in a postage-prepaid envelope addressed to Troy Brenes and to Brenes Law Group, P.C. at their office at 100 Spectrum Center Drive, Suite 330, Irvine, CA 92618.

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2022 | _____<br>ANDREW T. SOLOMON |

2