

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC  *Plaintiff,*  -against-  BRENES LAW GROUP, P.C. AND TROY A. BRENES  *Defendants,* | Case No. 22-cv-1778  **ORDER GRANTING ADMISSION PRO HAC VICE** |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES  *Counterclaim Plaintiffs,*  vs.  LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50  *Counterclaim Defendants,* | |

  The motion of Troy A. Brenes for admission to practice pro hac vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

  Troy A. Brenes
  Brenes Law Group, P.C.
  Address: 100 Spectrum Ctr. Dr., Ste. 330, Irvine, CA  92618
  Telephone: (949) 397-9360
  Facsimile: (949) 607-4192
  Email: tbrenes@breneslawgroup.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants and Counterclaim Plaintiffs' in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**  _____
Barbara Moses
United States Magistrate Judge
March 22, 2022