**SOLOMON & CRAMER**

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

March 22, 2022

<u>Via ECF and Email</u>

Hon. Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Legal Recovery Associates, LLC v. Brenes Law Group, P.C. and Troy Brenes*
22-cv-1778 (AJN)

Dear Judge Moses:

This firm is counsel to Plaintiff Legal Recovery Associates, LLC (LRA) and counterclaim defendant Lawrence Legal Group LLP (LLG).

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, we write to request an extension of time to reply to Defendants' counterclaims until 14 days after our motion to sever, stay, and compel arbitration of the second and third counterclaims (Dkt. 6) is decided. If the relief is not granted, LRA would file a motion to dismiss those claims under Rule 12(b)(6). An extension also makes sense because the other counterclaim defendants have not been served. So, delaying briefing will avoid piecemeal motion practice.

Our deadline is currently March 24, 2022 (21 days after the March 3, 2022 filing of Defendants' Answer and Counterclaims, Dkt. 3).

I conferred with Defendants' counsel, Mr. Brenes, and he opposed the relief.

Respectfully yours,

*[signature]*

Andrew T. Solomon

cc: Troy Brenes, Esq. (via email, tbrenes@breneslawgroup.com )