UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff/Counterclaim Defendant,

  v.

BRENES LAW GROUP, P.C. and TROY BRENES,

        Defendants/Counterclaimants.

-----------------------------------------------------------x

BRENES LAW GROUP, P.C. and TROY A. BRENES,

        Counterclaim Plaintiffs,

  v.

HOWARD B. BERGER, GREGORY GOLDBERG, LAWRENCE LITIGATION GROUP, L.P. and DOES 1-50,

        Counterclaim Defendants.

-----------------------------------------------------------x

Case No. 22-CV-1778 (AJN)

**NOTICE OF MOTION TO DISMISS FIRST COUNTERCLAIM AND TO STRIKE AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that upon the Declaration of Andrew T. Solomon, dated March 29, 2022, the accompanying memorandum of law, and all prior pleadings had herein, plaintiff Legal Recovery Associates, LLC (LRA) will move this Court, Hon. Alison J. Nathan, in Courtroom 906 of the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an order dismissing Defendants/Counterclaimants' first counterclaim and striking Troy A. Brenes's affirmative defenses. LRA brings this motion pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

In accordance with Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any

reply affidavits and memoranda of law shall be served within seven days after service of the

answering papers.

Dated: New York, New York
March 29, 2022

                          SOLOMON & CRAMER LLP
                          *Attorneys for Plaintiff Legal Recovery Associates, LLC*

                          By:   /s/Andrew T. Solomon
                                 Andrew T. Solomon
                                 asolomon@solomoncramer.com

                          25 West 39th St., 7th Floor
                          New York, NY 10018
                          (212) 884-9102

To:    Troy Brenes, Esq.
        Brenes Law Group, P.C.
        Via ECF

2