UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff/Counterclaim Defendant,

   v.

BRENES LAW GROUP, P.C. and TROY BRENES,

        Defendants/Counterclaimants.
------------------------------------------------------------x
BRENES LAW GROUP, P.C. and TROY A. BRENES,

        Counterclaim Plaintiffs,

   v.

HOWARD B. BERGER, GREGORY GOLDBERG, LAWRENCE LITIGATION GROUP, L.P. and DOES 1-50,

        Counterclaim Defendants.
------------------------------------------------------------x

Case No. 22-CV-1778 (AJN)

**DECLARATION OF ANDREW T. SOLOMON IN SUPPORT OF MOTION TO DISMISS FIRST COUNTERCLAIM AND TO STRIKE AFFIRMATIVE DEFENSES**

ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am the managing partner of Solomon & Cramer LLP, attorneys for Plaintiff/Counterclaim Defendant Legal Recovery Associates, LLC (LRA). I make this declaration in support of LRA's motion for, *inter alia*, an order dismissing Defendants/Counterclaimants' first counterclaim and striking Troy A. Brenes's affirmative defenses pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure. The statements below are based on my personal knowledge.

    2.    Attached as Exhibit A is a true copy of the July 8, 2019 promissory note, in the principal amount of $1,100,000, at issue in this litigation. Exhibit A was also attached as Exhibit A to the Complaint.

2

3. Attached as Exhibit B is a true copy of the September 12, 2019 promissory note, in the principal amount of $500,000, at issue in this litigation. Exhibit B was also attached as Exhibit B to the Complaint.

4. Attached as Exhibit C is a true copy of the July 8, 2019 Guarantee Agreement at issue in this litigation. Exhibit C was also attached as Exhibit C to the Complaint.

5. Attached as Exhibit D is a true copy of Defendants/Counterclaimants' Answer and Counterclaims (Dkt. 3).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2022

/s/ Andrew T. Solomon
Andrew T. Solomon