USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

Plaintiff,   Legal Recovery Associates LLC

-v-

Defendant.   Brenes Law Group P.C. et al.

----------------------------------------------------------x

AMENDED

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22-cv-1778 (AJN) (BCM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] **General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] **Specific Non-Dispositive Motion/Dispute:*** _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for **all** purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for **limited** purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[X] **Dispositive Motion** (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion to Sever, Stay and Compel Arbitration (Dkt. No. 6)
Motion to Dismiss first counterclaim and strike affirmative defenses (Dkt. No. 17)

All such motions: _____

*Do not check if already referred for general pretrial.

Dated April 1, 2022

SO ORDERED: /s/ Alison J. Nathan

United States Circuit Judge
Sitting by Designation