



April 11, 2022

<u>Via ECF</u>

Hon. Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Legal Recovery Associates, LLC v. Brenes Law Group, P.C. and Troy Brenes*/22-cv-1778 (AJN)

Dear Judge Moses:

Troy Brenes is counsel for Defendants and counterclaim Plaintiffs Brenes Law Group, P.C. and Troy Brenes in the above referenced matter.

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, we write to request an extension of time to reply to Plaintiff's Motion to Dismiss the First Counterclaim and to Strike Affirmative Defenses, which was filed on March 29, 2022, for a period of 7 days.

An extension is needed as this was served while counsel was out of the country and without reliable internet access from April 1st through April 8th and therefore unable to draft a responsive pleading during this time period. This is a dispositive motion that should be tried on the merits, and as such defendant requests a short extension of time to properly respond to the matters at issue.

Here, the "good cause" standard is met as "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004). Defendant has submitted this request prior to the deadline and wishes to provide the court with an accurate and complete reply for a just determination of the issues. Moreover, plaintiff and counterclaim defendant will not be prejudiced by this extension of time.

The current deadline for the opposition to the Motion to Dismiss is April 12, 2022. Defendants and counterclaim Plaintiffs have not sought a previous extension in this matter.

I conferred with counsel for Plaintiff and counterclaim Defendant and they do not oppose this relief.

Respectfully,

*Troy Brenes*

Troy A. Brenes

Application GRANTED. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
April 11, 2022

---

**Main Office - Irvine**
100 Spectrum Center Drive
Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192

**Missouri Office**
1200 Main Street, Suite 2120
Kansas City, MO 64105
Tel: (949) 397-9360
Fax: (949) 607-4192

**Rhode Island Office**
623 Post Road
Warwick, RI 02888
Tel: (949) 397-9360
Fax: (949) 607-4192

*PLEASE REPLY TO IRVINE ADDRESS*