UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGAL RECOVERY ASSOCIATES LLC,

          Plaintiff,

-against-

BRENES LAW GROUP, P.C. and TROY BRENES,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/07/2023

22-CV-1778 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **February 15, 2023**, plaintiff Legal Recovery Associates LLC (LRA) and counterclaim defendant Lawrence Litigation Group, LLP (LLG) shall each file a Rule 7.1 Statement, in the form available at https://www.nysd.uscourts.gov/forms/rule-71-statement. The parties' attention is drawn to Part II, which notes that "the citizenship of an L.L.C. is the citizenship of each of its members." *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). The same is true for limitation liability partnerships. *See Hoguet Newman Regal & Kenney, LLP v. Lowe*, 2021 WL 4638539, at *1 (S.D.N.Y. Oct. 6, 2021).

LRA and LLG shall identify, and disclose the citizenship of, each of their members or partners. "An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile." *McKie v. Kornegay*, 2022 WL 4241355, at *1 (2d Cir. Sept. 15, 2022) (quoting *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 53 (2d Cir. 2019)).

Dated: New York, New York
      February 8, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**