## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC<br><br>*Plaintiff,*<br><br>-against-<br><br>BRENES LAW GROUP, P.C. AND TROY A. BRENES<br>    *Defendants,* | Case No. 22-cv-1778<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES<br><br>*Counterclaim Plaintiffs,*<br>vs.<br><br>LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50<br><br>*Counterclaim Defendants,* | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Counterclaim Plaintiffs Brenes Law Group, P.C., and Troy A. Brenes hereby voluntarily dismiss without prejudice defendants Howard B. Berger, Gregory Goldberg, and Gary Podell from the Second and Third Counter Claims.

///

///

///

Date: February 8, 2023

*[signature]*

Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330
Irvine, CA 92618
Telephone: (949) 397-9360
Email: tbrenes@breneslawgroup.com

Counsel for Defendants and Counterclaim Plaintiffs

## **CERTIFICATE OF SERVICE**

  I CERTIFY that on February 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered participants.

                     /s/ Troy A. Brenes