**SOLOMON & CRAMER**

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

February 28, 2023

**Via ECF (Letter Motion for Conference)**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:  *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 1:22-cv-01778 (ER)(BCM)

Dear Judge Moses:

This firm is counsel to plaintiff Legal Recovery Associates, LLC. We write to request a scheduling conference under Fed. R. Civ. P. 16(b). As provided in Rule 16(b)(2), it has been more than 90 days since defendants were served with the complaint and more than 60 days since they appeared.

Respectfully yours,

*/s/Andrew T. Solomon*

Andrew T. Solomon

cc: Troy A. Brenes, Esq.