

**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

June 7, 2023

**Via ECF (Letter Motion)**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778-ER-BMC

Dear Judge Moses:

This firm is counsel to Plaintiff Legal Recovery Associates, LLC (LRA). We write to confirm that LRA's Answer to Counterclaim (ECF 39) applies to the allegations in Defendant's First Amended Answer and Counterclaims (ECF 43). We understand that the amendment only addressed subject matter jurisdiction, which is not contested. If not, LRA requests one week to file an Amended Answer to Counterclaim. The deadline was last Friday (14 days after service). I forgot to send this letter last week.

Respectfully yours,

/s/Andrew T. Solomon

Andrew T. Solomon

cc: Troy A. Brenes, Esq.

---

Application GRANTED. The Court accepts LRA's Answer to Counterclaim (Dkt. 39) as its Answer to defendants' Amended Answer and Counterclaims (Dkt. 43). SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 13, 2023