UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

LEGAL RECOVERY ASSOCIATES LLC,

            Plaintiff,              Case No. 22-cv-1778 (ER)(BCM)

  -against-

BRENES LAW GROUP, P.C. and TROY A. BRENES,    **STIPULATION AND PROPOSED ORDER TO CONSOLIDATE**

            Defendants.
-----------------------------------------------------------------------X

LEGAL RECOVERY ASSOCIATES LLC,

            Plaintiff,              Case No.  23-cv-2446 (ER)(BCM)

  -against-

BRENES LAW GROUP, P.C.,

            Defendant.
-----------------------------------------------------------------------X

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    The parties, Legal Recovery Associates LLC, Brenes Law Group, P.C., and Troy A. Brenes, by and through the undersigned counsel of record, have conferred and hereby stipulate to consolidate the above-captioned cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

### Joint Stipulation

    WHEREAS, the following cases are currently pending before the Court:

1. *Legal Recovery Associates LLC v. Brenes Law Group, P.C. and Troy A. Brenes*, 22-cv-1778(ER)(BCM) ("1st Note Case"); and

2. *Legal Recovery Associates LLC v. Brenes Law Group, P.C.*, 23-cv-02446 (ER)(BCM) ("2nd Note Case").

WHEREAS, the 1st Note Case and the 2nd Note Case have common questions of fact in that they involve the same parties, concern a related lending relationship between them, and require the adjudication of common defenses and a counterclaim of Brenes Law Group, P.C. relating to its alleged effort to pay off the notes at issue;

WHEREAS, the 1st Note Case and the 2nd Note Case have common questions of law concerning the claims, defenses, and counterclaim described above; and

WHEREAS, consolidating the 1st Note Case and the 2nd Note Case would convenience the parties and economize judicial administration.

NOW, THEREFORE, it is stipulated and agreed that the 1st Note Case and the 2nd Note Case should be consolidated for pre-trial discovery and trial pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 2, 2023

| TROY A. BRENES *pro se and as attorney for Brenes Law Group P.C.* | SOLOMON CRAMER & SUMMIT LLP *Attorneys for Legal Recovery Associates LLC* |
|---|---|
| By: /s/ Troy A. Brenes<br>    Troy A. Brenes | By: /s/ Andrew T. Solomon<br>    Andrew T. Solomon<br>    asolomon@solomoncramer.com |
| 100 Spectrum Ctr. Dr., Ste. 330<br>Irvine, CA 92618<br>(949) 397-9360<br>tbrenes@breneslawgroup.com | 25 West 39th Street, 7th Floor<br>New York, New York 10018<br>(212) 884-9102 |

IT IS SO ORDERED.

Dated: August __, 2023                     _____

2