UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/10/2023
```

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC, | **22-CV-1778 (ER) (BCM)** |
| Plaintiff, | |
| -against- | **ORDER RE CONSOLIDATED PROCEEDINGS** |
| BRENES LAW GROUP, P.C., et al. | |
| Defendants. | |
| LEGAL RECOVERY ASSOCIATES LLC, | |
| Plaintiff, | 23-CV-2446 (ER)(BCM) |
| -against- | |
| BRENES LAW GROUP, P.C., | |
| Defendant. | |
| CONSOLIDATED CASES | |

**BARBARA MOSES, United States Magistrate Judge.**

By order dated August 3, 2023 (Dkt. 50 in No. 22-CV-1778; Dkt. 17 in No. 23-CV-2446), the above-titled actions were consolidated. Both cases are now assigned to the Hon. Edgardo Ramos, United States District Judge, and referred to the undersigned Magistrate Judge for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

Going forward:

**1.      The Docket in No. 22-CV-2446 is Closed**

This Order will be the last paper docketed in No. 23-CV-2446, which will be marked closed. All future filings shall be docketed only in the low-numbered case, No. 22-CV-1778. Filings shall bear both captions (as shown above), but shall display only the consolidated docket number, that is, No. 22-CV-1778. If a document relates only to one of the matters, the parties shall so specify beneath the title of that document.

There is no need to re-file any pleadings previously filed.

**3.      Pending Letter-Motion in No. 23-CV-2446**

The Court notes that there is a pending letter-motion for a pre-motion conference in connection with a request to file a motion to strike several of Brenes Law Group, P.C.'s affirmative defenses. (Dkt. 14 in No. 23-CV-2446.) No later than **August 18, 2023**, the parties shall meet and confer and file a proposed briefing schedule for plaintiff's proposed 12(f) motion, <u>on the docket of the low-numbered case</u>.

**4.      Consolidated Discovery Schedule**

No later than **August 18, 2023**, the parties shall meet and confer and file a proposed consolidated pretrial schedule.

The Clerk of Court is respectfully directed to enter on the docket of No. 22-CV-1778 the entries at Dkts. 4, 7, 13, 14, and 16, which are currently on the docket of No. 23-CV-2446 with the filed dates of each entry as listed on No. 23-CV-2446. The Clerk of Court is further respectfully directed to close the motion at Dkt. 14 in No. 23-CV-2446, and to mark the No. 23-CV-2446 action as CLOSED.

Dated: New York, New York
August 10, 2023

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**