UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LEGAL RECOVERY ASSOCIATES LLC,

                Plaintiff,

- against -

BRENES LAW GROUP, P.C.,

                Defendant.
------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

23-cv-2446

The above-entitled action is referred to the Honorable Barbara C. Moses, United States Magistrate Judge, for the following purpose:

- [X] GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)
- [ ] GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)
- [ ] DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)
- [ ] SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *
- [ ] JURY SELECTION
- [ ] HABEAS CORPUS
- [ ] INQUEST AFTER DEFAULT / DAMAGES HEARING
- [ ] SOCIAL SECURITY
- [ ] SETTLEMENT
- [ ] CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)
- [ ] CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____

Dated: August 2, 2023
       New York, New York

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.