**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

August 18, 2023

**Via ECF**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778 (Action #1)
     *Legal Recovery Associates, LLC v. Brenes Law Group, P.C.*, 23-CV-2446 (Action #2)

Dear Judge Moses:

This firm is counsel to Plaintiff Legal Recovery Associates, LLC (LRA) in the consolidated actions. I write in response to the Court's Order re Consolidated Proceedings (ECF 51). The following dates were agreed on a telephone conference between counsel that took place on August 16, 2023.

**Plaintiff's Motion to Strike Defenses in Action #2**

The parties agree to the following briefing schedule:

(i)   Plaintiff's deadline to file its motion to strike affirmative defenses under Fed. R. Civ. P. 12(f) (per ECF 55): August 18, 2023
(ii)  Defendant's response deadline: September 1, 2023
(iii) Plaintiff's reply deadline: September 8, 2023

**Consolidated Discovery Schedule**

The parties agree to amend the Initial Case Management Order (ECF 41) as follows:

(i)   The parties shall supplement initial disclosures, if and as required for the consolidated actions, in a timely manner under Fed. R. Civ. P. 26(e)(1)(A) but shall not otherwise be required to file new initial disclosures in Action #2.

(ii) Additional written discovery, if any, shall be served with sufficient time for responses to be served within the deadline for the close of discovery.

(iii) The close of discovery and deadline to complete fact discovery, including depositions, shall be extended from August 25, 2023 to October 31, 2023.

**Protective Order**

Attached is a stipulated protective order, which the parties request the Court to enter. It is based on the Court's form of order, with a change that permits the parties to designate information received from third parties as "confidential."

Respectfully yours,

Andrew T. Solomon

Enclosure (proposed Protective Order)

cc: Troy A. Brenes, Esq. (via ECF)