UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,       22-cv-1778 (ER)(BCM)

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C. et al.,

        Defendants.
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,       23-cv-2446 (ER)(BCM)

       Plaintiff,

  -against-                                  **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES (Fed. R. Civ. P 12(f))**

BRENES LAW GROUP, P.C.,

       Defendant.
-----------------------------------------------------------x
CONSOLIDATED CASES
-----------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the Declaration of Andrew T. Solomon, dated August 18, 2023, the accompanying memorandum of law, and all prior pleadings had herein, plaintiff Legal Recovery Associates, LLC (LRA) will move this Court, Hon. Edgardo Ramos, in Courtroom 619 of the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an order, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, dismissing defendant Brenes Law Group, P.C.'s First, Sixth and Ninth Affirmative Defenses and to strike the allegations in its Answer and Counterclaims, ECF 54 at ¶¶ 48-51, 74-75.

    By agreement of the parties, opposing affidavits and answering memoranda shall be served by September 1, 2023 and any reply affidavits and memoranda of law shall be served by September 8, 2023.

Dated: New York, New York
August 18, 2023

        SOLOMON CRAMER & SUMMIT LLP
        *Attorneys for Plaintiff Legal Recovery Associates, LLC*

        By: /s/Andrew T. Solomon
           Andrew T. Solomon
           asolomon@solomoncramer.com

        25 West 39th St., 7th Floor
        New York, NY 10018
        (212) 884-9102