UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C. et al.,

        Defendants.
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

        Defendant.
------------------------------------------------------------x
CONSOLIDATED CASES
------------------------------------------------------------x

22-cv-1778 (ER)(BCM)

23-cv-2446 (ER)(BCM)

## **DECLARATION OF ANDREW T. SOLOMON**

Andrew T. Solomon, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am counsel to the plaintiff Legal Recovery Associates, LLC (LRA) in the above-captioned consolidated cases. I make this declaration in support of LRA's motion to strike the First, Sixth, and Ninth Affirmative Defenses asserted in defendant Brenes Law Group, P.C.'s (BLG) Answer and Counterclaim filed in the second-captioned action.

    2.    Attached as Exhibit A is a true copy of the Complaint LRA filed against BLG in the second-captioned action, dated March 22, 2023 (ECF 52).

    3.    Attached as Exhibit B is true copy of the BLG's Answer and Counterclaim in the second-captioned action, dated July 28, 2023 (ECF 54).

    I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on August 18, 2023.

                                                               <u>/s/Andrew T. Solomon</u>
                                                               Andrew T. Solomon