UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEGAL RECOVERY ASSOCIATES LLC,

                Plaintiff,

     - against -

BRENES LAW GROUP, P.C.,

                Defendant.
-------------------------------------------------------X

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

22-cv-01778; 23-cv-2446

The above-entitled action is referred to the Honorable Barbara C. Moses, United States Magistrate Judge, for the following purpose:

☐ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

☒ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

☐ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

☐ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

☐ JURY SELECTION

☐ HABEAS CORPUS

☐ INQUEST AFTER DEFAULT / DAMAGES HEARING

☐ SOCIAL SECURITY

☐ SETTLEMENT

☐ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

☐ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

Dated: September 11, 2023
       New York, New York

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.