# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC<br><br>  *Plaintiff,*<br><br> -against-<br><br>BRENES LAW GROUP, P.C. AND TROY A. BRENES<br><br>  *Defendants,* | Case No. 22-cv-1778 (ER) (BCM)<br><br>**DEFENDANTS BRENES LAW GROUP, P.C. AND TROY A. BRENES INITIAL DISCLOSURES** |
| BRENES LAW GROUP, P.C. AND TROY A. BRENES<br><br>  *Counterclaim Plaintiffs,*<br><br>vs.<br><br>LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50<br><br>  *Counterclaim Defendants,* | |

## DEFENDANTS' RULE 26 INITIAL DISCLOSURES

At this time Defendants' claims against Lawrence Litigation Group, LP are currently stayed. Therefore, Defendants initial disclosure shall be limited to those claims that are not currently stayed. Plaintiff will supplement once the stay is lifted.

**A. WITNESS LIST**

  1. Troy A. Brenes
    100 Spectrum Center Drive, Ste. 330
    Irvine, CA 92618

Troy Brenes as knowledge and will be called to testify regarding Plaintiff's claims and Defendants' defenses and counterclaims.

2. Steve Mingle/California Attorney Lending
   500 Pearl Street, Ste. 820,
   Buffalo, NY 14202

   Mr. Mingle has knowledge and may be called to testify as to Brenes Law Group, P.C. arranging a line of credit, Legal Recovery Associates and Lawrence Litigation Group efforts to frustrate Plaintiff's ability to obtain that line of credit and pay off any debts owed to Legal Recovery Associates.

3. Howard R. Berger

4. Gregory Goldberg

5. Gary Podell

6. George Liu

7. Tae Shin

8. Owen Cyrulnik

9. Andrew Solomon

Witnesses three through nine, are all owners, partners, employees, or otherwise associated with Legal Recovery Associates and Lawrence Litigation Group. Each of these witnesses have knowledge and may be called to testify as to claims, affirmative defenses, and counter claims asserted in this case.

**C.   DOCUMENT LIST**

Email communications between Troy Brenes and the above identified witnesses relating to the claims and defenses in this case.

Documentation confirming Brenes Law Group, P.C. arranged a line of credit with California Attorney Lending.

Loan agreements between Brenes Law Group, P.C. and Legal Recovery Associates.

Personal Guarantee between Troy A. Brenes and Legal Recovery Associates

Any documents identified by Plaintiffs in its initial disclosures.

Defendants reserve the right to challenge the admissibility of documents.

Dated: April 26, 2023

Respectfully Submitted,
/s/ Troy A. Brenes
Troy A. Brenes
BRENES LAW GROUP, P.C.
100 Spectrum Center Drive, Ste. 330
Irvine, California 92618
P: 949.397.9360
tbrenes@breneslawgroup.com

**SERVICE LIST**
<u>**Legal Recovery Associates v. Brenes Law Group, P.C., et al.**</u>
<u>**Case No. 22—cv-1778 (ER) (BCM)**</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE COUNTY

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Spectrum Ctr. Dr., Suite 330, Irvine, California, 92618.

     On April 26, 2023, I served the foregoing documents described as: **DEFENDANTS BRENES LAW GROUP, P.C. AND TROY A. BRENES INITIAL DISCLOSURES** on all interested parties in this action by placing a true copy thereof addressed as follows:

Andrew Todd Solomon
SOLOMON & CRAMER, LLP
25 West 39th St., Ste 7th floor
New York, NY  10018

**ATTORNEYS FOR PLAINTIFF & COUNTER DEFENDANT**
**LEGAL RECOVERY ASSOCIATES LLC**

   [ x ]   BY REGULAR MAIL - I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.

   [ x ]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct

     Executed on April 26, 2023, at Irvine, California.

*/s/ Troy Brenes*
Troy A. Brenes

**100 SPECTRUM CENTER DRIVE, SUITE 330**
**IRVINE, CA 92618**



Andrew Todd Solomon
SOLOMON & CRAMER, LLP
25 West 39th St., Ste 7th floor
New York, NY 10018

10018-561907