# EXHIBIT C

* Confidential

| | |
|---|---|
| **From:** | George Lui |
| **Sent:** | Wednesday, January 6, 2021 10:46 AM EST |
| **To:** | Troy Brenes; Gary Podell; Howard _ |
| **Subject:** | Promissory Note Payoff |
| **Attachments:** | Brenes Interest Schedule.xlsx |

Troy,

The Promissory Note payoff as of 1/6/2021 is $3,591,378.47 (schedule attached).

Please see the wire instructions below:

Bank Name: Signature Bank
Bank Address: 261 Madison Avenue, 22FL, New York, NY 10016
ABA#: 026013576
A/C#: *▬4223
Account name: Legal Recovery Associates, LLC
Account Address: 1400 Old Country Road, Suite 305, Westbury, NY 11590

Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com

LRA000001