```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/04/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC, | |
| Plaintiff, | 22-CV-1778 (ER) (BCM) |
| -against- | ORDER |
| BRENES LAW GROUP, P.C., et al., | |
| Defendants. | |
| LEGAL RECOVERY ASSOCIATES LLC, | |
| Plaintiff, | 23-CV-2446 (ER) (BCM) |
| -against- | |
| BRENES LAW GROUP, P.C., | |
| Defendant. | |
| CONSOLIDATED CASES | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of two letter-motions, both filed by plaintiff Legal Recovery Associates LLC (LRA), seeking discovery sanctions pursuant to Fed. R. Civ. P. 37(c)(1) and 37(d)(1), respectively. (Dkts. 68, 69.) Contrary to plaintiff's assertion in the first letter-motion (*see* Dkt. 68 at 1 n.1), LRA is required to meet and confer with defendants before seeking sanctions pursuant to Rule 37(c)(1). *See* Moses Ind. Prac. § 2(b).

At present, both letter-motions are unopposed, and the time for opposition has run. *See* Moses Ind. Prac. § 2(e).

Because the Court prefers to resolve discovery disputes on the merits, it is hereby ORDERED as follows:

1.  The parties shall **promptly** meet and confer, in good faith and in real time, regarding the issues raised in plaintiff's first letter-motion.

2. No later than **October 10, 2023**, *after* meeting and conferring as directed, defendants shall respond to both letter-motions. Plaintiff's optional replies shall be filed no later than **October 12, 2023**. The parties are encouraged to file a single opposition, and a single reply, addressing both letter-applications, so long as the opposition does not exceed 6 pages and the reply does not exceed 3 pages.

3. The Court will hold a telephonic discovery conference on **October 13, 2023, at 12:00 p.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time. The parties are reminded that it is the Court's practice to decide discovery disputes at the discovery conference, based on the parties' letters (and such argument as may be presented at the conference), unless the Court determines at the conference that more formal briefing is required.

Dated: New York, New York
      October 4, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**