# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

           Plaintiff,

  -against-

BRENES LAW GROUP, P.C., et al.,

           Defendants.
----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

           Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

           Defendant.
----------------------------------------------------------x
CONSOLIDATED CASES
----------------------------------------------------------x

22-cv-1778 (ER)(BCM)

**REQUEST TO ADMIT**

23-cv-2446 (ER)(BCM)

    Set:    First Request to Admit

    To:    Troy A. Brenes

    Date:  August 24, 2023

    In accordance with Fed. R. Civ. P. 36, Plaintiff Legal Recovery Associates LLC ("LRA") requests Defendant Brenes Law Group, P.C. ("BLG") respond within 30 days to these requests by admitting, for purposes of this action only and subject to objections to admissibility at trial, the following:

    1.    Admit that BLG has paid no money to LRA on any of the Notes identified in the Complaint in Action 1 (ECF 1-1) and the Complaint in Action 2 (ECF 52).

2. Admit that BLG has, from time to time, paid California Attorney Lending II from settlement proceeds that BLG received from cases involving defective medical products (e.g., IVCF, Catheter implants, and Hernia Mesh implants).

3. Admit that BLG gave California Attorney Lending II a security interest in its pending cases.

4. Admit that BLG has disclaimed, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

5. Admit that BLG has repudiated, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

6. Admit that BLG has disaffirmed, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

7. Admit that BLG has rejected, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

8. Admit that BLG has challenged the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

Dated: New York, New York
August 24, 2023

SOLOMON, CRAMER & SUMMIT LLP
*Attorneys for Plaintiff*

By: _____
Andrew T. Solomon
asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(t) 212-884-9102
(f) 516-369-3896

To: Troy A. Brenes, Esq.

2

3