# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

                    22-cv-1778 (ER)(BCM)

        Plaintiff,

  -against-                           **REQUEST TO ADMIT**

BRENES LAW GROUP, P.C., et al.,

        Defendants.
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,                23-cv-2446 (ER)(BCM)

  -against-

BRENES LAW GROUP, P.C.,

        Defendant.
-----------------------------------------------------------x
CONSOLIDATED CASES
-----------------------------------------------------------x

    Set:    Second Request to Admit

    To:    Brenes Law Group, P.C.

    Date:  August 24, 2023

In accordance with Fed. R. Civ. P. 36, Plaintiff Legal Recovery Associates LLC ("LRA") requests Defendant Brenes Law Group, P.C. ("BLG") respond within 30 days to these requests by admitting, for purposes of this action only and subject to objections to admissibility at trial, the following:

    1.    Admit that each of the following emails were sent by LRA to BLG:

        a)    George Lui's August 4, 2020 email to Troy Brenes attaching an Excel filed named, "Brenes Interest Schedule.xlsx" (LRA000075-76).

    b) George Lui's January 6, 2021 email to Troy Brenes attaching an Excel file named, "Brenes Interest Schedule.xlsx" (LRA000001-2) and providing wire instructions for payment.

    c) George Lui's January 15, 2021 email to Troy Brenes forwarding the prior January 6, 2021 email and telling Mr. Brenes: "I just want to confirm you received the payoff and wire instructions below.  When should we expect to receive the same?" (LRA000003).

  2. Admit that BLG did not respond in writing to George Lui's August 4, 2020 email.

  3. Admit that BLG did not respond in writing to George Lui's January 6, 2021 email.

  4. Admit that BLG did not respond in writing to George Lui's January 15, 2021 email.

  5. Admit that BLG never sent an email or other written communication to LRA asking that LRA recalculate the interest under the Notes to account for the delay in providing payoff information.

  6. Admit that BLG has paid no money to LRA on any of the Notes identified in the Complaint in Action 1 (ECF 1-1) and the Complaint in Action 2 (ECF 52).

  7. Admit that the interest rate charged by California Attorney Lending II for loans to BLG is higher than the interest rate charged by LRA under the Notes.

  8. Admit that the interest rate charged by California Attorney Lending II for loans to BLG is lower than the interest rate charged by LRA under the Notes.

  9. Admit that California Attorney Lending II never required BLG to escrow money for payment to LRA on the Notes.

10. Admit that California Attorney Lending II never required BLG to establish a reserve account based on potential liabilities to LRA under the Notes.

11. Admit that BLG never set aside money to repay LRA in early 2021 at the direction of California Attorney Lending II.

12. Admit that BLG never delivered a check or cash to LRA to pay off the Notes.

13. Admit that by January 6, 2021, BLG had LRA's bank account and wire information for repayment of the Notes.

14. Admit that BLG has, from time to time, paid California Attorney Lending II from settlement proceeds that BLG received from cases involving defective medical products (e.g., IVCF, Catheter implants, and Hernia Mesh Implants).

15. Admit that BLG gave California Attorney Lending II a security interest in its pending cases.

16. Admit that BLG has disclaimed, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

17. Admit that BLG has repudiated, in whole or in part, the validity of Note #1 (Exhibit A to the Complaint in Action 1) including any term or provision of the Note.

Dated:  New York, New York
        August 24, 2023

SOLOMON, CRAMER & SUMMIT LLP
*Attorneys for Plaintiff*

By:  _____
     Andrew T. Solomon
     asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(t) 212-884-9102
(f) 516-369-3896

3

To: Troy A. Brenes, Esq.

4