# EXHIBIT 3

 **Troy Brenes <tbrenes@breneslawgroup.com>**

---

## Meet and Confer
2 messages

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                                    Tue, Aug 29, 2023 at 9:00 AM
To: Andrew Solomon <asolomon@solomoncramer.com>

Please let me know when you would like to meet and confer as directed by the arbitrator. I am coming out of a bout of Covid but can be available most of this week.

Troy A. Brenes
*Managing Partner*
**Brenes Law Group, P.C.**
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**Andrew Solomon** <asolomon@solomoncramer.com>                                Tue, Aug 29, 2023 at 10:41 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>

Any time tomorrow before 4P is good.
[Quoted text hidden]
--


Andrew T. Solomon
Attorney at Law
Solomon Cramer & Summit LLP
25 West 39th Street, 7th Floor
New York, NY 10018
asolomon@solomoncramer.com
(t) (212) 884-9102 ext. 700
(f) (516) 368-3896

Notices: This message, including attachments, is confidential and may contain privileged information.  If you are not the addressee, any disclosure, copying, distribution, or use of this message or its attachments is prohibited.   If you have received this email in error, please destroy it and notify me immediately.