USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC,<br><br>    Plaintiff,<br><br>    -against-<br><br>BRENES LAW GROUP, P.C., et al.,<br><br>    Defendants. | **22-CV-1778 (ER) (BCM)**<br><br>**ORDER** |
| LEGAL RECOVERY ASSOCIATES LLC,<br><br>    Plaintiff,<br><br>    -against-<br><br>BRENES LAW GROUP, P.C.,<br><br>    Defendant. | 23-CV-2446 (ER) (BCM) |
| CONSOLIDATED CASES | |

**BARBARA MOSES, United States Magistrate Judge.**

For reasons discussed on the record during today's discovery conference, plaintiff's October 18, 2023 letter-motion (Dkt. 80), seeking an order compelling defendants Brenes Law Group, P.C. (BLG) and Troy Brenes to produce documents, is GRANTED to the extent that defendants shall produce:

1. All loan statements from California Attorney Lending (CAL) dated, created, or received from July 1, 2020 through April 30, 2023;

2. All monthly and quarterly statements submitted by BLG to CAL dated, created, or sent from July 1, 2020 through April 30, 2023, that reflect BLG's receipt of fees in product liability cases and/or payments to CAL;

3. BLG's bank records, for the period July 1, 2020 through April 30, 2023, to the extent those records reflect (i) BLG's receipt or deposit of fees in product liability

cases and/or (ii) incoming wire transfers from plaintiff to BLG. Defendants may redact the bank records to the extent they reflect other transactions.

Production shall be made on or before **November 13, 2023.** The fact discovery deadline is EXTENDED to **November 13, 2023,** for the limited purpose of permitting defendants to comply with this Order and permitting plaintiff to obtain the non-party discovery recently authorized by the Western District of New York. (*See* Dkt. 84.) In the event the parties require additional time to accomplish these purposes, they shall submit a joint letter to the Court, no later than **November 13, 2023**, explaining the circumstances and requesting a further extension.

Each party shall bear his or its own fees and costs on this motion.

The Clerk of Court is respectfully directed to close the motion at Dkt. 80.

Dated: New York, New York
       October 30, 2023                     SO ORDERED.

                                            _____
                                            **BARBARA MOSES**
                                            **United States Magistrate Judge**