UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

               Plaintiff,

  -against-

BRENES LAW GROUP, P.C. et al.,

               Defendants.
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

               Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

               Defendant.
-----------------------------------------------------------x
CONSOLIDATED CASES
-----------------------------------------------------------x

22-cv-1778 (ER)(BCM)

**NOTICE OF MOTION**

23-cv-2446 (ER)(BCM)

      PLEASE TAKE NOTICE that upon the Declaration of Andrew T. Solomon, dated November 3, 2023, the exhibits thereto, the accompanying memorandum of law, the Court's October 13, 2023 Order (ECF 79), and all prior pleadings had herein, plaintiff Legal Recovery Associates, LLC (LRA) will move this Court, Hon. Barbara Moses, U.S.M.J., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order awarding LRA its reasonable attorneys' fees in connection with two motions to compel Defendants' compliance with their discovery obligations, together with fees incurred in preparing the present motion.

      In accordance with Local Civil Rule 6.1(a), any opposing affidavits and answering memoranda shall be served within seven days after service of the moving papers, and any reply

2

affidavits and memoranda of law shall be served within three days after service of the answering papers.

Dated: New York, New York
November 3, 2023

                                           SOLOMON CRAMER & SUMMIT LLP
*Attorneys for Plaintiff*

By:  /s/Andrew T. Solomon
      Andrew T. Solomon
      asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102

2