# EXHIBIT A

**Solomon & Cramer LLP**
PO BOX 202
OLD WESTBURY, NY 11568
United States
212-884-9102

**George Lui**
1400 Old Country Road
Old Westbury, NY 11568
United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 03175 |
| **Invoice Date** | October 7, 2023 |
| **Payment Terms** | Net 15 |
| **Due Date** | October 22, 2023 |

## LRA v. Brenes SDNY (22 CV 1778(ER)(BCM))

**Time Entries**

| Date | EE | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|
| 09/14/2023 | ATS | Review status of discovery compliance and potential motion to compel | $620.00 | 0.5 | $310.00 |
| 09/20/2023 | ATS | Draft letter to Judge Moses seeking discovery conference | $620.00 | 0.5 | $310.00 |
| 09/20/2023 | ATS | Follow up with discovery items with T. Brenes | $620.00 | 0.4 | $248.00 |
| 09/23/2023 | ATS | Draft letter motion for conference on motion for preclusion sanctions on initial disclosure of damage computation | $620.00 | 2.4 | $1,488.00 |
| 09/24/2023 | ATS | Edit letter to Judge Moses re. pre motion conference | $620.00 | 0.5 | $310.00 |
| 09/25/2023 | ATS | Edit letter for conference on initial disclosure default | $620.00 | 0.2 | $124.00 |
| 09/26/2023 | ATS | Revise letter to Judge Moses re. sanction for failure to comply with initial disclosure requirement | $620.00 | 0.8 | $496.00 |
| 09/26/2023 | ATS | Edit letter to Judge Moses re. sanction for initial disclosure violation | $620.00 | 0.3 | $186.00 |
| 09/27/2023 | ATS | Review, download, and file letter motion | $620.00 | 0.2 | $124.00 |
| | | ███████████████ | | | |
| 09/28/2023 | ATS | Draft letter to Judge Moses | $620.00 | 0.5 | $310.00 |
| 09/29/2023 | ATS | Edit letter to Judge Moses re. default on second request for production of documents | $620.00 | 0.7 | $434.00 |
| 09/29/2023 | ATS | Revise letter to Judge Moses re. sanctions | $620.00 | 0.5 | $310.00 |
| 09/29/2023 | ATS | Research deposition procedures for objections | $620.00 | 0.5 | $310.00 |
| 09/29/2023 | ATS | Finalize letter to court for conference on T. Brenes's second default | $620.00 | 0.6 | $372.00 |
| 09/30/2023 | ATS | Draft email to T. Brenes responding on meet and confer issues | $620.00 | 0.9 | $558.00 |

| Date | EE | Activity | | | |
|---|---|---|---|---|---|
| 10/04/2023 | ATS | Address meet and confer requirements for discovery motions | $620.00 | 0.3 | $186.00 |
| 10/06/2023 | ATS | Prepare for meet and confer on 10/7 with T. Brenes | $620.00 | 0.4 | $248.00 |
| | | | Totals: | 26.4 | $16,368.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 09/30/2023 | ATS | Contract Paralegal | 9/22/2023 LRA - Brenes Edit letter to Judge Moses re discovery 0.75<br>9/24/2023 LRA - Brenes Edit letter to Judge Moses re preclusion 1<br>9/26/2023 LRA - Brenes Edit letter to Judge Moses re preclusion; prepare exhibits; file 1.5<br>9/29/2023 LRA - Brenes Edit and file letter to Judge Moses re sanctions 2.25 | $155.00 | 5.5 | $852.50 |
| | | | | Expense Total: | | $852.50 |

| | |
|---|---|
| Time Entry Sub-Total: | $16,368.00 |
| Expense Sub-Total: | $852.50 |
| **Sub-Total:** | $17,220.50 |
| **Total:** | $17,220.50 |
| **Amount Paid:** | $17,220.50 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Oct 8, 2023 | Trust | $17,220.50 | Andrew T Solomon (Partner) | Operating |