# EXHIBIT B

**Solomon & Cramer LLP**
PO BOX 202
OLD WESTBURY, NY 11568
United States
212-884-9102

**George Lui**
1400 Old Country Road
Old Westbury, NY 11568
United States

| | |
|---|---|
| **Balance** | $31,019.14 |
| **Invoice #** | 03197 |
| **Invoice Date** | November 2, 2023 |
| **Payment Terms** | Net 15 |
| **Due Date** | November 17, 2023 |

## LRA v. Brenes SDNY (22 CV 1778(ER)(BCM))

**Time Entries**

| Date | EE | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|
| 10/09/2023 | ATS | Draft letter motion to Judge Moses | $620.00 | 0.3 | $186.00 |
| 10/11/2023 | ATS | Draft reply on motion for sanctions re. initial disclosures | $620.00 | 1.5 | $930.00 |
| 10/11/2023 | ATS | Draft Reply on second sanctions motion | $620.00 | 0.8 | $496.00 |
| 10/11/2023 | ATS | Edit reply letters on motion for sanctions | $620.00 | 0.6 | $372.00 |
| 10/11/2023 | JC | Edit reply letters to Court. | $350.00 | 1.0 | $350.00 |
| 10/12/2023 | ATS | Edit reply letter re. first motion for sanctions- initial disclosures | $620.00 | 0.2 | $124.00 |
| 10/12/2023 | ATS | Edit reply letter to Judge Moses re. second sanctions motion (Request No. 2) | $620.00 | 0.2 | $124.00 |
| 10/12/2023 | JC | Edit Reply letters. | $350.00 | 0.5 | $175.00 |
| 10/13/2023 | ATS | Prepare for discovery conference | $620.00 | 0.2 | $124.00 |
| 10/13/2023 | ATS | Attend argument on motion to compel | $620.00 | 1.8 | $1,116.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/2023 | ATS | Calculate fees and expenses on two motions to compel per court order | $620.00 | 0.3 | $186.00 |
| 10/14/2023 | ATS | Calculate attorneys fees for fee application on sanctions ruling | $620.00 | 0.2 | $124.00 |
| 10/16/2023 | ATS | Finalize calculation of sanction amount | $620.00 | 0.2 | $124.00 |
| 10/17/2023 | ATS | Draft letter to T. Brenes re. fee calculation for sanctions motion | $620.00 | 0.2 | $124.00 |
| 10/26/2023 | ATS | Research and draft memo on attorneys fees in the Southern district of New York as a award | $620.00 | 0.7 | $434.00 |
| 10/27/2023 | ATS | Draft memo of law in support of fee application | $620.00 | 1.0 | $620.00 |
| 10/30/2023 | ATS | Provide additional data to BLG to work out fee dispute | $620.00 | 0.3 | $186.00 |
| 10/30/2023 | ATS | Attend Court appearance on status conference and motions to compel | $620.00 | 2.0 | $1,240.00 |

Totals: **44.5** **$24,889.00**

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 10/14/2023 | ATS | Miscellaneous | Inv. 583651 Golkow Certified copy of transcript for Howard Berger LRA $- $1,815.74 | $1,815.74 | 1.0 | $1,815.74 |
| 10/15/2023 | ATS | Miscellaneous | Inv. X81097 Array DISCO Hosting- Brenes LRA $500.00 | $500.00 | 1.0 | $500.00 |
| 10/29/2023 | ATS | Miscellaneous | Inv. 6926658 Veritext Transcript Service's -Troy Brenes LRA $- $2,651.90 | $2,651.90 | 1.0 | $2,651.90 |
| 10/31/2023 | ATS | Contract Paralegal | Review, editing and filing first two motions to compel | $155.00 | 4.0 | $620.00 |
| 10/31/2023 | ATS | Contract Paralegal | 10/14/2023 LRA-Brenes Edit motion to compel 3 1.25<br>10/17/2023 LRA-Brenes Edit motion to compel 3 0.5<br>10/18/2023 LRA-Brenes File motion to compel 3 0.25<br>10/24/2023 LRA-Brenes Edit reply on motion to compel 3 1.25 | $155.00 | 3.3 | $503.75 |
| 10/31/2023 | ATS | Contract Paralegal | File joint status report | $155.00 | 0.3 | $38.75 |

Expense Total: **$6,130.14**

| | |
|---|---|
| Time Entry Sub-Total: | $24,889.00 |
| Expense Sub-Total: | $6,130.14 |
| **Sub-Total:** | $31,019.14 |
| **Total:** | $31,019.14 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$31,019.14** |