# EXHIBIT C

Exhibit C

| Mot/Fees | Date | User | Rate/Cost | Time | Total | Description |
|---|---|---|---|---|---|---|
| Mot | 9/14/2023 | Andrew T Solomon | $620.00 | 0.5 | $310.00 | Review status of discovery compliance and potential motion to compel |
| Mot | 9/20/2023 | Andrew T Solomon | $620.00 | 0.5 | $310.00 | Draft letter to Judge Moses seeking discovery conference |
| Mot | 9/20/2023 | Andrew T Solomon | $620.00 | 0.4 | $248.00 | Follow up with discovery items with T. Brenes |
| Mot | 9/23/2023 | Andrew T Solomon | $620.00 | 2.4 | $1,488.00 | Draft letter motion for conference on motion for preclusion sanctions on initial disclosure of damage computation |
| Mot | 9/24/2023 | Andrew T Solomon | $620.00 | 0.5 | $310.00 | Edit letter to Judge Moses re. pre motion conference |
| Mot | 9/25/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Edit letter for conference on initial disclosure default |
| Mot | 9/26/2023 | Andrew T Solomon | $620.00 | 0.8 | $496.00 | Revise letter to Judge Moses re. sanction for failure to comply with initial disclosure requirement |
| Mot | 9/26/2023 | Andrew T Solomon | $620.00 | 0.3 | $186.00 | Edit letter to Judge Moses re. sanction for initial disclosure violation |
| Mot | 9/27/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Review, download, and file letter motion |
| Mot | 9/28/2023 | Andrew T Solomon | $620.00 | 0.5 | $310.00 | Draft letter to Judge Moses |
| Mot | 9/29/2023 | Andrew T Solomon | $620.00 | 0.7 | $434.00 | Edit letter to Judge Moses re. default on second request for production of documents |
| Mot | 9/29/2023 | Andrew T Solomon | $620.00 | 0.5 | $310.00 | Revise letter to Judge Moses re. sanctions |
| Mot | 9/29/2023 | Andrew T Solomon | $620.00 | 0.6 | $372.00 | Finalize letter to court for conference on T. Brenes's second default |
| Mot | 9/30/2023 | Andrew T Solomon | $620.00 | 0.9 | $558.00 | Draft email to T. Brenes responding on meet and confer issues |
| Mot | 9/30/2023 | Contract Paralegal | $155.00 | 5.5 | $852.50 | 9/22/2023 LRA - Brenes Edit letter to Judge Moses re discovery 0.75  9/24/2023 LRA - Brenes Edit letter to Judge Moses re preclusion 1  9/26/2023 LRA - Brenes Edit letter to Judge Moses re preclusion; prepare exhibits; file 1.5  9/29/2023 LRA - Brenes Edit and file letter to Judge Moses re sanctions 2.25 |

Exhibit C

| Mot/Fees | Date | User | Rate/Cost | Time | Total | Description |
|---|---|---|---|---|---|---|
| Mot | 10/4/2023 | Andrew T Solomon | $620.00 | 0.3 | $186.00 | Address meet and confer requirements for discovery motions |
| Mot | 10/6/2023 | Andrew T Solomon | $620.00 | 0.4 | $248.00 | Prepare for meet and confer on 10/7 with T. Brenes |
| Mot | 10/9/2023 | Andrew T Solomon | $620.00 | 0.3 | $186.00 | Draft letter motion to Judge Moses |
| Mot | 10/11/2023 | Jennifer Cramer | $350.00 | 1 | $350.00 | Edit reply letters to Court. |
| Mot | 10/11/2023 | Andrew T Solomon | $620.00 | 1.5 | $930.00 | Draft reply on motion for sanctions re. initial disclosures |
| Mot | 10/11/2023 | Andrew T Solomon | $620.00 | 0.8 | $496.00 | Draft Reply on second sanctions motion |
| Mot | 10/11/2023 | Andrew T Solomon | $620.00 | 0.6 | $372.00 | Edit reply letters on motion for sanctions |
| Mot | 10/12/2023 | Jennifer Cramer | $350.00 | 0.5 | $175.00 | Edit Reply letters. |
| Mot | 10/12/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Edit reply letter re. first motion for sanctions- initial disclosures |
| Mot | 10/12/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Edit reply letter to Judge Moses re. second sanctions motion (Request No. 2) |
| Mot | 10/13/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Prepare for discovery conference |
| Mot | 10/13/2023 | Andrew T Solomon | $620.00 | 1.8 | $1,116.00 | Attend argument on motion to compel |
| Mot | 10/30/2023 | Andrew T Solomon | $620.00 | 0.3 | $186.00 | Provide additional data to BLG to work out fee dispute |
| Mot | 10/31/2023 | Contract Paralegal | $155.00 | 4 | $620.00 | Review, editing and filing first two motions to compel |
| Fees | 10/14/2023 | Andrew T Solomon | $620.00 | 0.3 | $186.00 | Calculate fees and expenses on two motions to compel per court order |
| Fees | 10/14/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Draft email to Julie Capehart outlining motion for a protective order |
| Fees | 10/14/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Calculate attorneys fees for fee application on sanctions ruling |

Exhibit C

| Mot/Fees | Date | User | Rate/Cost | Time | Total | Description |
|---|---|---|---|---|---|---|
| Fees | 10/16/2023 | Andrew T Solomon | $620.00 | 0.2 | $124.00 | Finalize calculation of sanction amount |
| Fees | 10/26/2023 | Andrew T Solomon | $620.00 | 0.7 | $434.00 | Research and draft memo on attorneys fees in the Southern district of New York as a award |
| Fees | 10/27/2023 | Andrew T Solomon | $620.00 | 1 | $620.00 | Draft memo of law in support of fee application |