UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C. et al.,

        Defendants.
-----------------------------------------------------------x

22-cv-1778 (ER)(BCM)

LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

        Defendant.
-----------------------------------------------------------x
CONSOLIDATED CASES
-----------------------------------------------------------x

23-cv-2446 (ER)(BCM)

## REPLY DECLARATION OF ANDREW T. SOLOMON

Andrew T. Solomon, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am counsel to the plaintiff Legal Recovery Associates, LLC (LRA) in the above-captioned consolidated cases. I make this declaration, based on personal knowledge, in further support of LRA's motion for attorneys' fees in accordance with Magistrate Judge Moses's October 13, 2023 Order (ECF 79).

2. **Summary**. The additional attorneys' fees incurred by LRA on this motion to ascertain attorneys' fees in October and November 2023, as detailed below, are as follows:

| Date | Hours | Value |
|---|---|---|
| October 2023 | 2.9 | $1,798.00 |
| November 2023 | 6.6 | $4,092.00 |
| **Attorney Sub-Total** | **9.5** | **$5,890.00** |
|  |  |  |
| Paralegal (Nov. 2023) | 1.5 | **$232.50** |
|  |  |  |
| Total Fees on Fees |  | **$6,122.50** |

3. **October 2023 Detail**. Solomon Cramer & Summit LLP (SC&S) invoiced LRA for October 2023 time and expenses, as shown on Exhibit B to LRA's moving declaration (ECF 87-2). The attorney time charges for the "fees on fees" effort in October 2023, totaling $1,798.00, are summarized as follows:

| Date | Time | Description | Rate | Total | Tkpr |
|---|---|---|---|---|---|
| 14-Oct-23 | 0.2 | Calculate attorneys' fees for fee application on sanctions ruling | $620.00/hr | $124.00 | ATS |
| 14-Oct-23 | 0.3 | Calculate fees and expenses on two motions to compel per court order | $620.00/hr | $186.00 | ATS |
| 16-Oct-23 | 0.2 | Finalize calculation of sanction amount | $620.00/hr | $124.00 | ATS |
| 17-Oct-23 | 0.2 | Draft letter to T. Brenes re. fee calculation for sanctions motion | $620.00/hr | $124.00 | ATS |
| 26-Oct-23 | 0.7 | Research and draft memo on attorneys' fees in the Southern Ddistrict of New York as an award | $620.00/hr | $434.00 | ATS |
| 27-Oct-23 | 1 | Draft memo of law in support of fee application | $620.00/hr | $620.00 | ATS |
| 30-Oct-23 | 0.3 | Provide additional data to BLG to work out fee dispute | $620.00/hr | $186.00 | ATS |

4.     **November 2023 Detail**. My firm has not yet invoiced LRA for November time. As of the date of the preparation of this Declaration, the following additional time charges, totaling $4,092.00, have been recorded by attorneys at my firm on this "fees on fees" motion.

| Date | Time | Description | Rate | Total | Tkpr |
|---|---|---|---|---|---|
| 1-Nov-23 | 0.7 | Edit motion for attorneys' fees and research recent precedent. | $620.00/hr | $434.00 | ATS |
| 2-Nov-23 | 0.3 | Draft memo of law in support of fee application | $620.00/hr | $186.00 | ATS |
| 2-Nov-23 | 0.8 | Draft motion and declaration for fees on fees | $620.00/hr | $496.00 | ATS |
| 3-Nov-23 | 0.8 | Draft attorneys' fee motion and calculate amounts | $620.00/hr | $496.00 | ATS |
| 3-Nov-23 | 0.4 | Final work on attorneys' fee motion | $620.00/hr | $248.00 | ATS |
| 3-Nov-23 | 0.2 | Final review of motion papers | $620.00/hr | $124.00 | ATS |
| 11-Nov-23 | 1.9 | Research and draft reply on motion for attorneys' fees | $620.00/hr | $1,178.00 | ATS |
| 11-Nov-23 | 0.6 | Revise reply papers on attorneys' fee motion. | $620.00/hr | $372.00 | ATS |
| 12-Nov-23 | 0.2 | Prepare exhibit for Attorney Fee Application | $620.00/hr | $124.00 | ATS |
| 13-Nov-23 | 0.7 | Final draft and edit of attorneys' fee motion and calculate fees through 11/13 | $620.00/hr | $434.00 | ATS |

5.     Attached as Exhibit A is a printout from my firm's time and billing system showing the time entry data supporting the chart above. This data is maintained in the ordinary course of business and I enter time contemporaneously with the work performed, using the timer function on the time and billing system.

6.     The final proofing, cite-checking, and filing of these reply papers will be performed by SC&S's paralegal. The work will take 1.5 hours, resulting in additional charges of $232.50.

7.     In their opposition papers, Defendants suggest that LRA acted unreasonably by rejecting their $7,500 settlement offer. But that offer, which is irrelevant to what is a reasonable

3

fee, was made on the very last day that this motion had to be filed. By that time, LRA had already incurred most of the costs in preparing the motion papers. I made an initial demand for legal fees of $10,383 on October 27, 2023. On October 30, 2023, after the status conference, I followed up with case data supporting SC&S's hourly rates. **No response**. On November 1, 2023, I followed up: "Have you given any more consideration to the fee demand?" **No response**. On November 2, 2023, I followed up again: "In the SDNY, what is your position on legal fees. My deadline to file the motion for fees, which will include a request for "fees on fees," is tomorrow. Any agreement must be reached today." **No response**. On November 3, 2023, which was the deadline to file the motion, I wrote: "Unfortunately, you have not responded further on the attorneys' fee motion. The motion papers are now fully drafted, the cost of which will be included in the application." It was only then that Defendants made the $7,500 offer. **Too late**.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2023.

                                            /s/Andrew T. Solomon
                                            Andrew T. Solomon