# EXHIBIT A

# Time Entries

| DATE ▲ | ACTIVITY | UTBMS ACTIVITY CODE | UTBMS TASK CODE | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER | CASE |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 13, 2023 | Motion Practice | | | 0.7 | Final draft and edit of attorneys' fee motion and calculate fees through 11/13 | $620.00/hr | $434.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 12, 2023 | Draft Memorandum of Law | | | 0.3 | Edit memo of law in support of reply on attorneys' fees | $620.00/hr | $186.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 12, 2023 | Motion Practice | | | 1.1 | Edit memorandum of law and supporting declaration for motion for attorneys' fees | $620.00/hr | $682.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 12, 2023 | Motion Practice | | | 0.2 | Prepare exhibit for Attorney Fee Applicaiton | $620.00/hr | $124.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 11, 2023 | Draft Memorandum of Law | | | 0.6 | Revise reply papers on attorneys' fee motion. | $620.00/hr | $372.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 11, 2023 | Drafting Court Documents | | | 1.9 | Research and draft reply on motion for attorneys' fees | $620.00/hr | $1,178.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 7, 2023 | Discovery | | | 0.5 | [redacted] | $620.00/hr | $310.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 3, 2023 | Motion Practice | | | 0.2 | Final review of motion papers | $620.00/hr | $124.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 3, 2023 | Motion Practice | | | 0.4 | Final work on attorneys' fee motion | $620.00/hr | $248.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 3, 2023 | Motion Practice | | | 0.8 | Draft attorneys' fee motion and calculate amounts | $620.00/hr | $496.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 2, 2023 | Draft Memorandum of Law | | | 0.3 | Draft memo of law in support of fee application | $620.00/hr | $186.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 2, 2023 | Draft Memorandum of Law | | | 0.8 | Draft motion and declaration for fees on fees | $620.00/hr | $496.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |
| Nov 1, 2023 | Motion Practice | | | 0.7 | Edit motion for attorneys' fees and research recent precedent. | $620.00/hr | $434.00 | Open | Andrew T Solomon | LRA v. Brenes SDNY |

Print