November 13, 2023

**Via ECF (Letter Motion)**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778 (ER)(BMC)
    *Legal Recovery Associates, LLC v. Brenes Law Group, P.C.,* 23-cv-2446 (ER)(BCM)

Dear Judge Moses:

This letter is submitted jointly by the parties pursuant to the Court's Order dated October 30, 2023 (ECF 85), in which the Court set a deadline of November 13, 2023, for the parties to seek to extend the fact discovery deadline, which currently expires today.

Plaintiff's Position

Plaintiff requests that the Court extend the fact discovery deadline to December 20, 2023. That is the date set for the in-person depositions of Steven Mingle and Megan Payne, of California Attorney Lending II ("CAL"). The dates were selected by Counsel for CAL, and were scheduled with sufficient time (again at CAL's request) to permit CAL to complete its production of documents.

Defendants' Position

Defendants do not oppose the requested extension. Defendants take no position regarding Plaintiff's representations regarding communications with CAL as Defendants have not been party to said communications.

Respectfully yours,

  */s/ Troy Brenes*                                      */s/ Andrew T. Solomon*
_____
Troy Brenes                                                  Andrew T. Solomon