UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

          Plaintiff,

  -against-

BRENES LAW GROUP, P.C. et al.,

          Defendants.
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

          Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

          Defendant.
------------------------------------------------------------x
CONSOLIDATED CASES
------------------------------------------------------------x

22-cv-1778 (ER)(BCM)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

23-cv-2446 (ER)(BCM)

      PLEASE TAKE NOTICE that plaintiff Legal Recovery Associates, LLC ("LRA"), by its attorneys, Solomon Cramer & Summit LLP, will move this Court, the Honorable Barbara C. Moses, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, for an order in these consolidated actions directing entry of summary judgment in favor of Plaintiff and against defendants Brenes Law Group, P.C. and Troy Brenes: (a) on the first and second causes of action in the Complaint in the first-filed action (ECF 1-1); (b) on the first cause of action in the Complaint in the second-filed action (ECF 52); (c) dismissing the first counterclaim asserted by defendant Brenes Law Group, P.C. in its Amended Answer and Counterclaims in the first filed action (ECF 43); (d) dismissing the

counterclaim asserted by Brenes Law Group, P.C. in its Answer and Counterclaim in the second-filed action (ECF 54), and (e) for the other relief sought in the complaints in both actions.

This motion is made on the ground that no genuine triable issue of material fact exists, and that Plaintiff is entitled to judgment as a matter of law.

This motion is based on the Declaration of Andrew T. Solomon, the Declaration of George Lui, and the Declaration of Howard Berger, the exhibits attached thereto, and on all other filings and proceedings heretofore had in this proceeding.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
January 16, 2024

SOLOMON CRAMER &Y SUMMIT LLP
*Attorneys for Plaintiff Legal Recovery Associates, LLC*

By:   /s/Andrew T. Solomon
      Andrew T. Solomon
      asolomon@solomoncramer.com

25 West 39th St., 7th Floor
New York, NY 10018
(212) 884-9102

To:   Troy Brenes, Esq.
      Brenes Law Group, P.C.
      Via ECF

2