# EXHIBIT 4

**FORM PROMISSORY NOTE**
(Legal Recovery Associates, LLC to Brenes Law Group, PC)

$250,000       March 5, 2020

FOR VALUE RECEIVED, Brenes Law Group, PC, with an office at 27141 Aliso Creek Road, Suite 270, Aliso Viejo, CA 92656 ("Maker"), promises to pay to the order of Legal Recovery Associates LLC ("Lender"), on the Payment Date (defined below), the principal sum of Two Hundred Fifty Thousand Dollars ($250,000), together with interest at the annual rate of Seventeen and one half Percent (17.5%) thereon from the date hereof, such interest to be paid with the payment of principal on the Payment Date or when prepaid. Any amounts past due under this Note shall accrue interest at the rate of Eighteen Percent (18%) per annum until paid in full.

The term "Payment Date" means the date on which Maker receives payment of any award in respect of all product liability litigation, whether as a result of judgment, settlement or otherwise.

All sums called for, payable, or to be paid hereunder shall be paid in lawful money of the United States of America, which, at the time of payment, is legal tender for the payment of public and private debts therein.

The Maker shall have the right to prepay this Note, either in whole or in part, without any prepayment fee or penalty, but together with interest accrued to the date of prepayment.

Lender may in its discretion setoff amounts owing to Maker against amounts due and payable under this Note.

At the option of Lender, the unpaid balance of this Note shall become due and payable immediately on the occurrence or existence of any of the following events or conditions: (a) any payment required by this Note is not made when due; (b) any default occurs in the performance of any covenant, obligation, warranty or provision contained in this Note; (c) any warranty, representation, financial information or statement made or furnished to Lender by or on behalf of Maker proves to have been false in any material respect when made or furnished; or (d) any bankruptcy, reorganization, debt arrangement or other case or proceeding under any bankruptcy or insolvency law is commenced with respect to Maker or any of its partners or principals.

The Maker agrees that if, and as often as, this Note is placed in the hands of an attorney for collection or to defend or enforce any of the holder's rights hereunder, the Maker will pay to the holder hereof holder's reasonable attorneys' fees, together with all court costs and other expenses paid by such holder.

The Maker, endorsers, sureties, guarantors and all other parties who may become liable for all or any part of this Note jointly and severally waive demand, presentment, notice of dishonor, protest, notice of protest, notice of nonpayment, notice of intent to accelerate, notice of acceleration of the maturity of this Note and consent to: (a) any and all extensions of time for any term or terms regarding any payment due under this Note, including partial payments or renewals before or after maturity; (b) any substitutions or release of collateral; and (c) the addition, substitution or release of any party liable for payment of this Note.

The Note shall be deemed to have been made and delivered in the State of New York and shall be governed by the laws of the State of New York without regard to principles of conflicts of laws. The Maker agrees that in any action or proceeding brought on or in connection with this Note (i) the Supreme Court of the State of New York for the County of New York, or the United States District Court for the Southern District of New York, shall have exclusive jurisdiction of any such action or proceeding, (ii) service of any summons and complaint or other process in any such action or proceeding may be made by registered or certified mail directed to Maker at the address referenced above, Maker hereby waiving personal service thereof, (iii) within thirty (30) days after such mailing, Maker shall appear or answer to any summons and complaint or other process, and should Maker fail to appear to answer within said thirty (30) day period, Maker shall be deemed in default and judgment may be entered for the amount as demanded in any summons or complaint or other process so served and (iv) the MAKER HEREBY IRREVOCABLY WAIVES THE RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING, CLAIM, OR COUNTERCLAIM, WHETHER IN CONTRACT OR TORT, AT LAW OR IN EQUITY, IN ANY MANNER CONNECTED WITH THIS NOTE.

This Note may not be terminated orally, but only by a discharge in writing and signed by the party who is the owner and holder of this Note at the time enforcement of any discharge is sought.

This Note evidences the loan described herein and is not meant to, and does not, alter any previous obligations owing by the Maker to the Lender, all of which survive the execution and delivery of this Note.

Maker acknowledges that any Lender, Administrative Agent (or any affiliate of any such Lender or Administrative Agent) under the Credit Agreement dated as of July 3, 2019 to which Legal Recovery Associates LLC is a party, is an intended third party beneficiary of this Note with all rights of such a beneficiary.

Any notice required to be sent to Maker may be sent by mail, and adequate postage prepaid, addressed to Maker at 27141 Aliso Creek Road, Suite 270, Aliso Viejo, CA 92656.

{N0553255; 3}

Executed effective as of the date first set forth above.

                                          Brenes Law Group, PC

                                          BY: _____
                                          Name: Troy Brenes
                                          Title: President

3/5/2020

Legal Recovery Associates - Mail - [Customer Outgoing Wire Advice - eMail] Message ID:200305155512SC09 Advice Code:OTCSAD...



George Lui <glui@legalrecover.com>

## [Customer Outgoing Wire Advice - eMail] Message ID:200305155512SC09 Advice Code:OTCSADEM

1 message

**fta@signatureny.com** <fta@signatureny.com>  Thu, Mar 5, 2020 at 4:10 PM
To: glui@legalrecover.com

From: SIGNATURE BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********4223 for $250,000.00.  If you have any questions, please contact your local branch.

Fed Reference #: 20200305B6B7261F003184

Sender Bank Information:
    ABA #:    026013576
    Bank Name: SIGNATURE BANK

Receiving Bank Information:
    ABA #:    322271627
    Bank Name: WASH MUT BANK

    * * *

Originator Information:
    Name: LEGAL RECOVERY ASSOCIATES, LLC

Beneficiary Information:
    Name:   BRENES LAW GROUP PC

    * * *

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank information: