# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

LEGAL RECOVERY ASSOCIATES LLC,

                    Plaintiff,

     -against-

BRENES LAW GROUP, P.C. and TROY A. BRENES,

                  Defendants.

--------------------------------------------------------------------X

**REQUEST TO ADMIT**

**22-CV-1778 (ER)(BM)**

Set:   First Request to Admit

To:    Brenes Law Group, P.C.

Date:  April 10, 2023

In accordance with Fed. R. Civ. P. 36, Plaintiff Legal Recovery Associates LLC ("LRA") requests Defendant Brenes Law Group, P.C. ("BLG") respond within 30 days to these requests by admitting, for purposes of this action only and subject to objections to admissibility at trial the following:

1.     Each of the following documents is genuine:

    a)     The document filed at Doc. No. 18-1 is a Promissory Note signed by Troy Brenes on behalf of BLG.

    b)     The document filed at Doc. No. 18-2 is a Promissory Note signed by Troy Brenes on behalf of BLG.

    c)     The document filed at Doc. No. 18-3 is a Guarantee Agreement signed by Troy Brenes.

2.     The document attached hereto as Exhibit A is a genuine copy of a UCC 1 financing statement filed in connection with a secured lending facility obtained by BLG.

Dated:   New York, New York
             April 10, 2023

SOLOMON, CRAMER & SUMMIT LLP
*Attorneys for Plaintiff*

By:   _____
         Andrew T. Solomon
         asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(t) 212-884-9102
(f) 516-369-3896

To: Troy A. Brenes, Esq.

2



U200025237122



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U200025237122

Date Filed: 10/13/2020

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 |
| | GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| BRENES LAW GROUP, P.C. | 27141 ALISO CREEK ROAD, SUITE 270 ALISO VIEJO, CA 92656 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All right, title and interest in all Goods (including, Equipment, Fixtures and Inventory), Money, Instruments (including Promissory Notes), Accounts, Deposit Accounts, Chattel Paper, Investment Property, Letter-of-Credit Rights, Documents and General Intangibles (including payment intangibles), Commercial Tort Claims described in the Questionnaire, Insurance Proceeds and any other personal property (whether or not subject to the UCC), and all interest, dividends and other distributions thereon paid and payable in cash or in property; and all replacements and substitutions for, and all accessions and additions to, and all profits, offspring, Products and other Proceeds of, all of the foregoing. Each Debtor is prohibited from granting additional security interest in the Collateral or the Proceeds of the Collateral. (Notice to potential competing creditors under Official Note 5 of UCC Section 9-331). The Collateral includes, without limitation, any right to payment of any Debtor for client representation or referral (whether such right to payment is on a contingent, hourly, fixed fee or other basis) and for Costs and Expenses (as defined in the Note), whether or not yet earned by performance, and the proceeds thereof, including Net Fees and Expenses (as defined in the Note).

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
77174505