# EXHIBIT 18



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## UCC FINANCING STATEMENT AMENDMENT (UCC 3)

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: U230058448735
Date Filed: 8/17/2023

| Submitter Information: | |
|---|---|
| Contact Name | Nicole Falkiewicz |
| Organization Name | Lippes Mathias LLP |
| Phone Number | (716) 218-7587 |
| Email Address | nfalkiewicz@lippes.com |
| Address | 50 Fountain Plaza<br>Suite 1700<br>Buffalo, NY 14202 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U200025237122 |
| Date Filed | 10/13/2020 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Edit Debtor |

**Edit Debtor:**

| Debtor Name | Mailing Address |
|---|---|
| *Changed From:*<br>BRENES LAW GROUP, P.C.<br>*Changed To:*<br>Brenes Family Trust | *Changed From:*<br>27141 ALISO CREEK ROAD, SUITE 270<br>ALISO VIEJO, CA 92656<br>*Changed To:*<br>28255 DRIZA<br>MISSION VIEJO, CA 92692 |

**Name of Secured Party of Record Authorizing This Amendment:**

☒  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Debtor Name

**Optional Filer Reference Information:**
77174505

**Miscellaneous Information:**