# EXHIBIT 19

| | |
|---|---|
| **From:** | Troy Brenes |
| **Sent:** | Saturday, July 25, 2020 3:47 PM EDT |
| **To:** | Howard _; George Lui |
| **Subject:** | Pay off Letter |
| **Attachments:** | July 24, 2020 Pay Off Letter.docx |

As we discussed, I have arranged another line of credit and as part of those terms BLG has to pay off the promissory notes BLG took from LRA. My records show there were five promissory notes for a total loan amount, excluding interest, of $2,600,000.00.   The loan provider has also requested the attached letter be completed. Please review and execute the attached as soon as possible. If you have any concerns, please let me know.

Best Regards,

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

CONFIDENTIAL

July __, 2020

Legal Recovery Associates, LLC.
[insert address]

Re:    Brenes Law Group, P.C.
       Authorization to Terminate UCC Filing

To Whom It May Concern:

Please accept this letter as a written request for authorization to terminate UCC Filing No. _____ filed on _____, with the California Department of State by Legal Recovery Associates, LLC. This request is being made as the debt is being paid in full by California Attorney Lending II Inc.

Payoff amount as of July __, 2020
Per diem interest:
Wire instructions:

By executing this authorization, you hereby authorize the termination of the UCC Filing referenced above, which will be delivered to the appropriate office of the Secretary of State by California Attorney Lending II Inc. following payment to you of the payoff amount.

Please fax an executed copy of this authorization to Megan Payne at 716-568-0266. If you are unable to process this request for any reason, or if you have any questions, please contact Megan Payne at 800-820-4430.

Thank you for your prompt attention to this matter.

Very truly yours,

**BRENES LAW GROUP, P.C.**


By:_____
Name:  Troy Alexander Brenes
Title:  President

Authorized:

Legal Recovery Associates, LLC.

By: _____
Name:                                              Date:   July __, 2020
Title:

LRA000068