# EXHIBIT 21

**Subject:** Fwd: Brenes Law Group, PC - Note Interest Schedule
**Date:** Thursday, August 27, 2020 at 12:29:47 PM Eastern Daylight Time
**From:** Troy Brenes
**To:** Steve Mingle, Megan Payne
**Attachments:** Brenes Interest Schedule.xlsx, promissory note 6.9.20 (1).pdf, 7.8.19 promissory note (1).pdf, 12.9.19 promissory note.pdf, 3.5.20 promissory note.pdf, Promissory Note 8.6.2020.pdf, 9.12.19 promissory note.pdf

Here's the payoff amounts I received on the promissory notes from Legal Recovery Associates. Please note we borrowed an additional $150,000 on 8/6/20 to keep us going until Counsel can release funds. I am also attaching copies of each of the executed promissory notes.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---------- Forwarded message ---------
From: **George Lui** <glui@legalrecover.com>
Date: Tue, Aug 4, 2020 at 1:14 PM
Subject: Brenes Law Group, PC - Note Interest Schedule
To: Troy Brenes <tbrenes@breneslawgroup.com>

Troy,

Please see the attached.