# EXHIBIT 24

| | |
|---|---|
| **From:** | Megan Payne |
| **Sent:** | Friday, August 28, 2020 10:15 AM EDT |
| **To:** | glui@legalrecover.com |
| **CC:** | Troy Brenes |
| **Subject:** | Brenes payoff |
| **Attachments:** | Brenes Payoff Letter.pdf |

George:

Attached please find a payoff letter for you to execute so we can make a final payment of the amount due on behalf of Troy Brenes. We used the payoff amount from the spreadsheet you provided to Troy but also need your wire instructions to send the funds. Please let me know if you have any comments or questions.

**Megan Payne**
Chief Operating Officer
Counsel Financial
THE POWER OF ATTORNEY FUNDING®
6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
mpayne@counselfinancial.com - www.CounselFinancial.com
The only law firm financing company *exclusively endorsed* by AAJ & NTL

LRA000079

**EXHIBIT**
**Plf's 4**