# EXHIBIT 27

## PAYOFF LETTER & RELEASE

October __, 2020

Brenes Law Group, PC
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656

**RE:     PAYOFF LETTER & RELEASE**

Dear Brenes Law Group, PC:

By this letter, Legal Recovery Associates, LLC ("*Lender*") acknowledges and agrees that for and in consideration of the delivery and receipt of a wire directly from California Attorney Lending II, Inc. ("*CAL*"), in an amount equal to $_____, plus an additional $_____ for each day after October __, 2020 (the "*Payoff Amount*") pursuant to the wire instructions set forth on <u>Exhibit A</u> hereto, all of the obligations of Brenes Law Group, PC ("*Borrower*"), and Troy Brenes, individually (collectively, with Borrower, the "*Obligors*"), owing to Lender pursuant to those certain promissory notes executed by Borrower in favor of Lender on or prior to the date hereof ("*Loans*") shall be deemed satisfied and paid in full and Lender shall have no right, title, or interest in any attorneys' fees due to Borrower or any other right to payment of the Borrower in connection with any legal representation or referral (whether hourly, contingent or otherwise).

Upon receipt of the Payoff Amount, Lender hereby agrees that:

1. All security interests in favor of Lender upon any asset of the Obligors will be released and terminated in full;

2. Lender shall have no right, title, or interest in any attorneys' fees due to Borrower or any other assets of Borrower;

3. CAL is authorized to file any and all UCC-3 financing statements necessary to reflect the release and termination of Lender's interest in the Obligors' assets; and

4. Lender will procure, execute and/or deliver to the Obligors or their designees any further releases, termination statements and other documents and take any other actions required to evidence that the Loans are satisfied and paid in full, and that no other debt, lien or security interest exists in favor of Lender with respect to the Obligors.

Notwithstanding anything contained herein to the contrary, all obligations under the Loans that are intended to survive termination shall continue to be in full force and effect. Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants or conditions of that certain Second Amended Attorney Association Agreement between Borrower, and any successors and/or assigns, and Lawrence Litigation Group, LP dated March 27, 2017, which is an agreement separate and apart from the Loans. THIS LETTER SHALL BE GOVERNED AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK.

Sincerely,

LEGAL RECOVERY ASSOCIATES LLC

By:     _____
Name:
Title:

LRA000138

Acknowledged and Agreed as of
the date first written above:

BRENES LAW GROUP, PC                                          CALIFORNIA ATTORNEY LENDING II, INC.

By: _____                           By: _____
Name:                                                         Name:
Title:                                                        Title:

**EXHIBIT A**

**Lender's Wire Instructions**

| | |
|---|---|
| Bank Name: | |
| Account Name: | |
| ABA Routing No.: | |
| Account No.: | |
| Reference: | |

LRA000140