# EXHIBIT 28

Case 1:22-cv-01778-ER-BCM     Document 100-21     Filed 01/16/24     Page 1 of 3

| | |
|---|---|
| **From:** | howard@legalrecover.com |
| **Sent:** | Monday, October 12, 2020 1:06 PM EDT |
| **To:** | Troy Brenes |
| **Subject:** | Re: Payoff Letter Re Promissory Notes from |

The following language will work

"Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants or conditions of that certain Second Amended Attorney Association Agreement between Borrower, and any successors and/or assigns, and Lawrence Litigation Group, LP dated March 27, 2017, which is an agreement <u>that is valid, enforceable, in good standing, and not affected by</u> the <u>payoff of the</u> Loans,"

Howard

> On Oct 9, 2020, at 1:17 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:
>
>
> Please let me know if there are any objections or concerns with this.
>
> Troy A. Brenes
> **Brenes Law Group, P.C.**
> 27141 Aliso Creek Road, Suite 270
> Aliso Viejo, CA 92656
> (888) 862-6104 Toll Free
> (949) 397-9360 Telephone
> (949) 607-4192 Facsimile
> www.BrenesLawGroup.com
>
> Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.
>
>
> On Thu, Oct 8, 2020 at 10:14 AM Troy Brenes <tbrenes@breneslawgroup.com> wrote:
>> Please see the attached modified payoff letter requested by Counsel Financial.  They have modified the letter to reference the specific existing agreement between LLG and BLG. I believe they just want to make sure they are aware of all existing agreements between LLG and BLG, which is understandable. If this is acceptable, please execute and return as soon as possible.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

LRA000241