# EXHIBIT 29

**Subject:** Fwd: Payoff Letter Re Promissory Notes from
**Date:** Monday, October 12, 2020 at 1:25:32 PM Eastern Daylight Time
**From:** Troy Brenes
**To:** Steve Mingle

Now they are playing games. They are trying to use the letter to hold me hostage by adding a statement that the agreement with LLG <u>is valid, enforceable, in good standing, and not affected by</u> the <u>payoff of the</u> Loans," which is utter bullshit as they have refused to contribute anything since 9/2019. Please call me to discuss.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---------- Forwarded message ---------
From: <howard@legalrecover.com>
Date: Mon, Oct 12, 2020 at 10:06 AM
Subject: Re: Payoff Letter Re Promissory Notes from
To: Troy Brenes <tbrenes@breneslawgroup.com>


The following language will work

"Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants or conditions of that certain Second Amended Attorney Association Agreement between Borrower, and any successors and/or assigns, and Lawrence Litigation Group, LP dated March 27, 2017, which is an agreement <u>that is valid, enforceable, in good standing, and not affected by</u> the <u>payoff of the</u> Loans,"

Howard

> On Oct 9, 2020, at 1:17 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:
>
>
> Please let me know if there are any objections or concerns with this.
>
> Troy A. Brenes
> **Brenes Law Group, P.C.**
> 27141 Aliso Creek Road, Suite 270
> Aliso Viejo, CA 92656