# EXHIBIT 31

| | |
|---|---|
| **From:** | Howard _ |
| **Sent:** | Tuesday, January 5, 2021 5:53 PM EST |
| **To:** | Gary Podell; Greg Goldberg |
| **Subject:** | Fwd: Promissory Notes |

here we go.

---------- Forwarded message ---------
From: **Troy Brenes** <tbrenes@breneslawgroup.com>
Date: Tue, Jan 5, 2021 at 4:53 PM
Subject: Re: Promissory Notes
To: Howard _ <howard@legalrecover.com>
Cc: George Lui <glui@legalrecover.com>


Howard:

You continue to conflate repayment of promissory notes between Brenes Law Group, P.C. and LRA with an unrelated and entirely separate co-counsel relationship between Brenes Law Group, P.C. and a law firm named Lawrence Litigation Group.

We have repeatedly requested information sufficient to repay the loan to LRA. We do not believe LRA has any good faith basis for refusing to disclose this information. Instead, I am concerned that LRA has tried to hold BLG hostage by refusing to disclose repayment information regarding a loan from LRA unless BLG agrees to concessions regarding a co-counsel arrangement BLG has with Lawrence Litigation Group. We will not agree to be held hostage. Very simply put, we are asking you to voluntarily confirm how much LRA is owed under the promissory notes and to provide the wiring information or other account bank information necessary for us to repay the loan by wire or check. Brenes Law Group is incurring financial harm from your refusal to disclose this information. I hope that this is a misunderstanding as you suggest. Again, all we are asking is for LRA to disclose the amount LRA is owed under the promissory notes and to provide account information sufficient for BLG to wire this money to LRA's account.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or

attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

On Tue, Jan 5, 2021 at 1:31 PM Howard _ <howard@legalrecover.com> wrote:
> Troy,
>
> Im confused by this email.  We started an email exchange on October 28 regarding the matters at hand including the LRA payoff and our last email went unanswered to this day.
> I have also implored you to get on the phone on numerous occasions as we dont want to leave issues unresolved for a later date.
>
> Why now over two months later are we again getting an email that doesnt attempt to address the remaining open issues?
>
> We have not even received confirmation from you regarding the CAMG marketing payment that you asked we reconfirm, which was immediately provided back in October.
>
> We remain committed to our relationship with Brenes Law and have invested significantly to that end.  I am around for a call at your convenience.
>
> Howard

On Tue, Jan 5, 2021 at 4:17 PM Troy Brenes <tbrenes@breneslawgroup.com> wrote:
> Gentleman:
>
> We have made several requests for information necessary for Brenes Law Group, P.C. to payoff all promissory notes from LRA. This includes the amount owed and the account information for us to wire the funds. We again ask that you please send this information in writing immediately.
>
> Sincerely,
>
> Troy A. Brenes
> **Brenes Law Group, P.C.**
> 27141 Aliso Creek Road, Suite 270
> Aliso Viejo, CA 92656
> (888) 862-6104 Toll Free
> (949) 397-9360 Telephone
> (949) 607-4192 Facsimile
> www.BrenesLawGroup.com
>
> Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or

attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

LRA000272