# EXHIBIT 33

| | |
|---|---|
| From: | George Lui |
| Sent: | Friday, January 15, 2021 2:10 PM EST |
| To: | Troy Brenes; Gary Podell; Howard _ |
| Subject: | Re: Promissory Note Payoff |

Troy,

I just want to confirm you received the payoff and wire instructions below. When should we expect to receive the same? Thanks and I hope you're well.

Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com


On Wed, Jan 6, 2021 at 10:46 AM George Lui <glui@legalrecover.com> wrote:
Troy,

The Promissory Note payoff as of 1/6/2021 is $3,591,378.47 (schedule attached).

Please see the wire instructions below:

Bank Name: Signature Bank
Bank Address: 261 Madison Avenue, 22FL, New York, NY 10016
ABA#: 026013576
A/C#: *████4223
Account name: Legal Recovery Associates, LLC
Account Address: 1400 Old Country Road, Suite 305, Westbury, NY 11590

Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com

LRA000003