# EXHIBIT 34

| | |
|---|---|
| **From:** | George Lui |
| **Sent:** | Friday, January 21, 2022 4:50 PM EST |
| **To:** | Troy Brenes; Gary Podell |
| **Subject:** | Brenes Law Group Promissory Notes |
| **Attachments:** | IMG_0001.pdf, IMG_0002.pdf |

Troy,

Please see the attached.

Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com

LRA000007

# LRA
## LEGAL RECOVERY
### ASSOCIATES

January 21, 2022

Via FedEx and E-Mail (tbrenes@breneslawgroup.com)

Brenes Law Group, PC
27141 Aliso Creek Road, Ste. 270
Aliso Viejo, CA 92656

Re: $1,100,000 Promissory Note dated July 8, 2019 (Note 1) and $500,000 Promissory Note dated September 12, 2019 (Note 2) (Note 1 and Note 2 are the "Notes")

Dear Mr. Brenes:

This letter constitutes a notice of default and acceleration of the amounts due under the above-referenced Notes. Both notes having been made by Brenes Law Group, PC (the "Maker") and given to Legal Recovery Associates LLC (the "Lender").
The circumstances of the default are as follows.

Under the terms of the Notes, an "Event of Default" occurs if "(C) any warranty, representation, financial information or statement made or furnished to Lender by on behalf of Maker proves to have been false in any material respect when made or furnished." Under each of the Notes, Maker represented, warranted, and covenanted that "(g) it is and will be at all times the legal and beneficial owner of the Collateral, free and clear of any lien, security interest, option or other charge or encumbrance except those of the foregoing created by this Note." The "Collateral" is broadly defined in the Notes.

It has come to our attention that, in or about October 13, 2020, the Maker (Brenes Law Group, P.C.) executed a financing transaction pursuant to which it granted a third-party lender a general security interest in its assets as collateral for the borrowing. The security interest is evidenced by a UCC filing with the California Secretary of State. The Maker's grant of a general security interest in its assets constitutes a breach of (and renders false) the representations, warranties, and covenants that it provided to the Lender in the Notes, and thus constitutes an Event of Default.

The remedial provisions of the Notes authorize the Lender to accelerate the amounts due on the Notes and declare them immediately due if an Event of Default occurs. Specifically, each of



the Notes provides: "[a]t the option of Lender, the unpaid balance of this Note shall become due and payable immediately upon the occurrence or existence of any of the following events or conditions (each an "Event of Default").

By this letter, Lender hereby exercises its option and demands that the Maker immediately pay the unpaid balance due under the Notes, inclusive of interest to the date of payment, which is calculated as follows:

| Note | Date | Principal | Rate | Days | Accrued Interest | Balance |
|---|---|---|---|---|---|---|
| Note 1 | 7/8/2019 | $1,100,000.00 | 17.50% | 928 | $489,424.66 | $1,589,424.66 |
| Note 2 | 9/12/2019 | $500,000.00 | 17.50% | 862 | $206,643.84 | $706,643.84 |
|  |  |  |  |  | Total: | $2,296,068.49 |
|  |  |  |  |  |  |  |
| Calculation Date: | 1/21/2022 |  |  |  |  |  |
| Per Diem |  | $767.12 |  |  |  |  |

If payment is not received by Legal Recovery Associates LLC within three days of the date of this letter, a lawsuit will be commenced against you and the guarantor, Troy Brenes, pursuant to a certain Guarantee Agreement dated July 8, 2019, in accordance with the exclusive forum selection provisions in the Notes. Lender will seek to recover the principal, accrued interest to the date of default, penalty interest at the rate of 20% per annum, and its costs and attorneys' fees, all as provided in the Notes.

Attached are wire instructions for the payment.

Sincerely,

*Legal Recovery associates*

Legal Recovery Associates LLC

cc: Troy Brenes, Esq. (Guarantor)



Wire Instructions for Payment

Account name: Legal Recovery Associates
Bank Name: Signature Bank
Bank Address: 261 Madison Avenue, 22FL, New York, NY 10016
ABA#: 026013576
A/C#: *▮▮▮▮▮4223
Account address: 1400 Old Country Road, Suite 305, Westbury, NY 11590

