# EXHIBIT 35



January 21, 2022

Via FedEx and E-Mail (tbrenes@breneslawgroup.com)

Brenes Law Group, PC
27141 Aliso Creek Road, Ste. 270
Aliso Viejo, CA 92656

Re: The following Promissory Notes (the "Notes") from Brenes Law Group, PC ("Maker") to Legal Recovery Associates LLC ("Lender"):

    $500,000 Note dated December 9, 20219
    $250,000 Note dated March 5, 2020
    $200,000 Note dated June 5, 2020
    $150,000 Note dated August 6, 2020
    $150,000 Note dated August 31, 2020
    $150,000 Note dated October 13, 2020

Dear Mr. Brenes:

We write concerning the above-referenced Notes.

Under the terms of the Notes, the Maker is required to pay the Lender the principal and all accrued interest on the Notes on the "Payment Date". The "Payment Date" is defined as "the date on which Maker receives payment of any award in respect of all product liability litigation, whether as a result of judgment, settlement, or otherwise."

As you know, the Lender does not have access to Maker's business and financial records. But we are familiar with the industry. Based on that knowledge, we believe that Payment Date has been triggered. That is, the Maker has received payment on one or more of its product liability cases. Assuming, as we do, that the Payment Date has been triggered, the Lender hereby demands full payment of the principal and interest due under the above-referenced Notes. The following is our calculation of the amount due as of the date of this letter:



| Date | Principal | Rate | Days | Accrued Interest | Balance |
|---|---|---|---|---|---|
| 12/9/2019 | $500,000.00 | 17.50% | 774 | $185,547.95 | $685,547.95 |
| 3/5/2020 | $250,000.00 | 17.50% | 687 | $82,345.89 | $332,345.89 |
| 6/5/2020 | $200,000.00 | 17.50% | 595 | $57,054.79 | $257,054.79 |
| 8/6/2020 | $150,000.00 | 17.50% | 533 | $38,332.19 | $188,332.19 |
| 8/31/2020 | $150,000.00 | 17.50% | 508 | $36,534.25 | $186,534.25 |
| 10/13/2020 | $150,000.00 | 17.50% | 465 | $33,441.78 | $183,441.78 |
| Total | $1,400,000.00 | | | $433,256.85 | $1,833,256.85 |

| | |
|---|---|
| Calculation Date | 1/21/2022 |
| Per Diem | $673.08 |

If you dispute the contention that the Maker has received payment on one or more of its product liability cases, please provide a statement under oath to that effect within seven days of this letter. Otherwise, we expect immediate payment of the full balance due in accordance with the attached wire instructions.

Sincerely,

*Legal Recovery associates*

Legal Recovery Associates LLC

cc: Troy Brenes, Esq. (Guarantor)



Wire Instructions for Payment

Account name: Legal Recovery Associates
Bank Name: Signature Bank
Bank Address: 261 Madison Avenue, 22FL, New York, NY 10016
ABA#: 026013576
A/C#: 1███████B
Account address: 1400 Old Country Road, Suite 305, Westbury, NY 11590

