# EXHIBIT 36

# EXHIBIT H

Case 1:22-cv-01278-ER-BCM Document 100-8 Filed 03/12/24 Page 1 of 3
Case 1:22-cv-01278-ER-BCM Document 105 Filed 07/22/24 Page 2 of 4



February 24, 2023

Via FedEx and E-Mail (tbrenes@breneslawgroup.com)

Brenes Law Group, PC
27141 Aliso Creek Road, Ste. 2790
Aliso Viejo, CA 92656

Re: Demand for Payment

Dear Mr. Brenes:

Legal Recovery Associates LLC (LRA) is the holder of the following notes:

| Date of Note | Principal |
|---:|---:|
| December 9, 2019 | $500,000.00 |
| March 5, 2020 | $250,000.00 |
| June 5, 2020 | $200,000.00 |
| August 6, 2020 | $150,000.00 |
| August 31, 2020 | $150,000.00 |
| October 31, 2020 | $150,000.00 |

Under the terms of the notes, Brenes Law Group, P.C. ("Brenes") promised to pay LRA principal and interest (at 17.5% per annum) on the Notes on the "Payment Date." The Payment Date is defined as "the date on which maker receives payment of any award in respect of all product liability litigation, whether as a result of judgment settlement or otherwise."

We believe that the conditions for payment have been fulfilled.[1] This is based on three circumstances:

First, according to your website[2], Brenes has achieved settlements in two products liability litigations:

---

[1] If you dispute this, let us know immediately.
[2] https://www.breneslawgroup.com/verdicts-and-settlements/

> Bard Hernia Mesh – $400,000 settlement. Bard hernia mesh failed requiring corrective surgery and six-day hospitalization.
>
> Bard Implanted Port and Catheter – Multiple Confidential Settlements. Patients received Bard implantable port and catheter for administration of medication. Catheter devices fractured and migrated to each patient's heart.

Second, you did not dispute or respond to LRA's contention that the payment condition had been triggered, in our letter to you of January 21, 2022.

Third, you refused to respond to Lawrence Litigation Group LLP's counsel's demand for case information, which he sent to you on January 27, 2022.

The amount due on the notes is calculated as follows as of today, February 24, 2023 (with per diem amounts also shown):

| Date of Note | Principal | Calculation Date | Interest days | Interest Rate | Accrued Interest | Per Diem |
|---|---|---|---|---|---|---|
| December 9, 2019 | $500,000.00 | 2/24/2023 | 1173 | 17.50% | $281,198.63 | $239.73 |
| March 5, 2020 | $250,000.00 | 2/24/2023 | 1086 | 17.50% | $130,171.23 | $119.86 |
| June 5, 2020 | $200,000.00 | 2/24/2023 | 994 | 17.50% | $95,315.07 | $95.89 |
| August 6, 2020 | $150,000.00 | 2/24/2023 | 932 | 17.50% | $67,027.40 | $71.92 |
| August 31, 2020 | $150,000.00 | 2/24/2023 | 907 | 17.50% | $65,229.45 | $71.92 |
| October 31, 2020 | $150,000.00 | 2/24/2023 | 846 | 17.50% | $60,842.47 | $71.92 |

The total amount due on these Notes is $1,400,000 in principal and $699,784.25 in interest.

Should full payment not be received by LRA by the close of business on Monday, the entire balance will be deemed "past due," and interest shall accrue at the default rate of 18% per annum as provided in the notes.

If you have any questions or otherwise, please contact our counsel, Andrew Solomon, by email at asolomon@solomoncramer.com or by telephone at 212-884-9102.

Very truly yours,


Legal Recovery Associates LLC
(Attachment 1 – Wire Instructions for Payment)