# EXHIBIT 40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGAL RECOVERY ASSOCIATES LLC

    *Plaintiff,*

  -against-

BRENES LAW GROUP, P.C. AND TROY A. BRENES

    *Defendants,*

_____

BRENES LAW GROUP, P.C. AND TROY A. BRENES

    *Counterclaim Plaintiffs*,

  vs.

LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50

    *Counterclaim Defendants,*

_____

Case No. 22-cv-1778 (ER) (BCM)

**DEFENDANTS BRENES LAW GROUP, P.C. AND TROY A. BRENES FIRST AMENDED INITIAL DISCLOSURES**

**DEFENDANTS' FIRST AMENDED RULE 26 INITIAL DISCLOSURES**

At this time Defendants' claims against Lawrence Litigation Group, LP are currently stayed. Therefore, Defendants initial disclosure shall be limited to those claims that are not currently stayed. Plaintiff will supplement once the stay is lifted.

**A.     WITNESS LIST**

1. Troy A. Brenes
   100 Spectrum Center Drive, Ste. 330
   Irvine, CA 92618

   Troy Brenes as knowledge and will be called to testify regarding Plaintiff's claims and Defendants' defenses and counterclaims.

2. Steve Mingle/California Attorney Lending
   500 Pearl Street, Ste. 820,
   Buffalo, NY 14202

   Mr. Mingle has knowledge and may be called to testify as to Brenes Law Group, P.C. arranging a line of credit, Legal Recovery Associates and Lawrence Litigation Group efforts to frustrate Plaintiff's ability to obtain that line of credit and pay off any debts owed to Legal Recovery Associates.

3. Howard R. Berger

4. Gregory Goldberg

5. Gary Podell

6. George Liu

7. Tae Shin

8. Owen Cyrulnik

9. Andrew Solomon

Witnesses three through nine, are all owners, partners, employees, or otherwise associated with Legal Recovery Associates and Lawrence Litigation Group. Each of these witnesses have knowledge and may be called to testify as to claims, affirmative defenses, and counter claims asserted in this case.

**C. DOCUMENT LIST**

Email communications between Troy Brenes and the above identified witnesses relating to the claims and defenses in this case.

Documentation confirming Brenes Law Group, P.C. arranged a line of credit with California Attorney Lending.

Loan agreements between Brenes Law Group, P.C. and Legal Recovery Associates.

Personal Guarantee between Troy A. Brenes and Legal Recovery Associates

Any documents identified by Plaintiffs in its initial disclosures or produced by Defendants

Defendants reserve the right to challenge the admissibility of documents.

**D.      DAMAGES**

Defendants claim economic injury consisting of whatever interest accrued under the promissory notes after Legal Recovery Associates acted in bad faith to prevent Defendants from repaying the loan as Defendants were entitled to do under the promissory notes. Defendants state this cut-off in accrual of interest should be October 2020. The exact number in interest will depend on the interest calculation adopted by the Court, as the promissory notes do not provide a statement on how interest should be calculated, and the Plaintiff has used various calculation models at different times.

Defendant Brenes Law Group, P.C. claims economic injury in the amount of $34,892.80 related to the reserve amount. This represents the interest or origination fee on the set aside referred to in the Answers.

In respect to the Counter Claims that have been staid, Defendants seek disgorgement of any profits LRA, whether directly or indirectly through other law firms it owns, obtained by using the assets of BLG to assist in obtaining a line of credit which it then used to fund or provide loans to other law firms.

Defendants claim reasonable attorneys' fees and costs.

Dated: October 20, 2023                Respectfully Submitted,
                                       /s/ Troy A. Brenes
                                       Troy A. Brenes
                                       BRENES LAW GROUP, P.C.
                                       100 Spectrum Center Drive, Ste. 330
                                       Irvine, California 92618
                                       P: 949.397.9360
                                       tbrenes@breneslawgroup.com

**SERVICE LIST**
<u>Legal Recovery-Associates v. Brenes Law Group, P.C., et al.</u>
**Case No. 22-cv-1778 (ER) (BCM)**

STATE OF CALIFORNIA, COUNTY OF ORANGE COUNTY

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Spectrum Ctr. Dr., Suite 330, Irvine, California, 92618.

On October 20, 2023, I served the foregoing documents described as: **DEFENDANT BRENES LAW GROUP, P.C. AND TROY A. BRENES FIRST AMENDED INITIAL DISCLOSURES** on all interested parties in this action by placing a truc copy thereof addressed as follows:

Andrew Todd Solomon
SOLOMON & CRAMER, LLP
25 West 39th St., Ste 7th floor
New York, NY 10018
E: asolomon@solomoncramer.com
**ATTORNEYS FOR PLAINTIFF & COUNTER DEFENDANT
LEGAL RECOVERY ASSOCIATES LLC**


[ ]   **BY REGULAR MAIL** - I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.

[ X ]   **BY E-MAIL** - I transmitted via email to the parties at the e-mail addresses listed above.

[ x ]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on October 20, 2023, at Irvine, California.

Brooke Lynn Meyers, Paralegal