UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

   -against-                                  22-CV-1778 (ER) (BCM)

BRENES LAW GROUP, P.C. et al.,

        Defendants.                 **DECLARATION OF ANDREW T.**
------------------------------------------------------------x      **SOLOMON IN SUPPORT OF**
LEGAL RECOVERY ASSOCIATES LLC,        **PLAINTIFF'S MOTION FOR SUMMARY**
        Plaintiff,                                     **JUDGMENT**

   -against-                                  23-CV-2446 (ER) (BCM)

BRENES LAW GROUP, P.C.

        Defendant.
------------------------------------------------------------x

CONSOLIDATED CASES

------------------------------------------------------------x

ANDREW T. SOLOMON, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am the managing partner of Solomon Cramer & Summit, LLP, attorneys for the Plaintiff, Legal Recovery Associates, Inc. ("LRA"), in this action. I make this Declaration in support of LRA's motion for summary judgment against Defendants Brenes Law Group, P.C. ("BLG") and Troy A. Brenes. The statements below are based on my personal knowledge.

    2.    The documents attached to this Declaration were either filed on the ECF system, produced by the parties in discovery, or produced by a third-party, California Attorney Lending II, LLC ("CAL"), in response to a subpoena issued by LRA and enforced by the United States District Court for the Western District of New York.[1]

---

[1] Exhibits 12-16, 22-23, 37-39, 41-46 are the subject of a letter motion to seal because Defendant BLG has designated the documents as "Confidential" under the Stipulated Protective Order (ECF 63). Exs. 21 and 29 were

3. The following exhibits are the eight promissory notes and the guarantee that are at issue in this case. They are summarized as follows:

| Exhibit No. | Description | Source Reference | SOF Para. |
|---|---|---|---|
| **Ex. 1** | Promissory Note 1 in the principal amount of $1,100,000 (ECF 1-1 at Ex. A) | ECF 18-1 | 1, 3 |
| **Ex. 2** | Promissory Note 2 in the principal amount of $500,000 (ECF 1-1 at Ex. B) | ECF 18-2 | 1, 3 |
| **Ex. 3** | Promissory Note 3 in the principal amount of $500,000 | ECF (2) 1-1 | 1, 3 |
| **Ex. 4** | Promissory Note 4 in the principal amount of $250,000 | ECF (2) 1-2 | 1, 3 |
| **Ex. 5** | Promissory Note 5 in the principal amount of $200,000 | ECF (2) 1-3 | 1, 3 |
| **Ex. 6** | Promissory Note 6 in the principal amount of $150,000 | ECF (2) 1-4 | 1, 3 |
| **Ex. 7** | Promissory Note 7 in the principal amount of $150,000 | ECF (2) 1-5 | 1, 3 |
| **Ex. 8** | Promissory Note 8 in the principal amount of $150,000 | ECF (2) 1-6 | 1, 3 |
| **Ex. 9** | Guarantee | ECF 18-3 | 2 |

4. The following exhibits are LRA's requests to admit to Defendants and Defendants' response.

| Exhibit No. | Description | Source Reference | SOF Para. |
|---|---|---|---|
| **Ex. 10** | LRA's Request for Admissions, dated April 10, 2023 | Discovery | 2 |
| **Ex. 11** | BLG's Responses to LRA's Requested for Admissions, dated May 25, 2023 | Discovery | 1, 2 |

5. The following exhibits are CAL's year-end loan statements to BLG:

| Exhibit No. | Description | Source Reference | SOF Para. |
|---|---|---|---|
| **Ex. 12** | CAL Statement to BLG, dated 12/31/2021 (CAL_001865-66) | PX 16 | 5, 32 |
| **Ex. 13** | CAL Statement to BLG, dated 12/31/2022 (CAL_001869-90) | PX 17 | 5, 33-34 |

---

designated "Confidential" by CAL when produced and bear "Confidential" stamps. CAL's counsel has confirmed with me that CAL waives the confidentiality restrictions and therefore these exhibits need not be filed under seal.

6. The following exhibit is a compilation of Settlement Reports produced by BLG and provided to CAL. The redactions were applied by BLG and presumably block data from cases that it did not classify as a products liability case.

**Ex. 14**  Settlement Reports - November 2020-April 2023    Discovery    4, 6-7
(Supplemental Production00159-188)

7. I generated the following chart from the data provided in the Settlement Reports, which is a summary of that data.

| Report Date | Sum of Gross Settlements | Sum of Gross Fees to BLG | Sum of Case Costs | Sum of Total to BLG | Sum of Payments to Counsel Financial |
|---|---|---|---|---|---|
| 20-Nov | $250,000.00 | $59,000.00 | $4,794.53 | $63,794.53 | $31,897.27 |
| 21-Feb | $50,000.00 | $16,000.00 | $23,996.70 | $39,996.70 | $19,998.35 |
| 21-May | $60,000.00 | $9,600.00 | $7,173.45 | $16,773.45 | $8,386.73 |
| 21-Jun | $250,000.00 | $75,000.00 | $0.00 | $75,000.00 | $37,500.00 |
| 21-Jul | $40,000.00 | $345.06 | $3,298.11 | $3,643.17 | $1,821.59 |
| 21-Aug | $850,000.00 | $141,345.00 | $26,890.23 | $168,235.23 | $84,117.62 |
| 21-Nov | $779,500.00 | $127,541.00 | $13,102.10 | $140,643.10 | $70,321.56 |
| 21-Dec | $200,000.00 | $12,800.00 | $1,969.12 | $14,769.12 | $7,384.56 |
| 22-Mar | $1,009,500.00 | $216,667.74 | $24,039.15 | $240,706.89 | $120,353.45 |
| 22-May | $2,052,939.74 | $277,809.53 | $22,577.69 | $300,387.22 | $150,193.61 |
| 22-Jun | $300,000.00 | $72,000.00 | $13,774.82 | $85,774.82 | $42,887.41 |
| 22-Jul | $4,510,833.15 | $0.00 | $130,367.53 | $130,367.53 | $65,184.06 |
| 22-Aug | $458,551.41 | $7,100.20 | $19,601.90 | $26,702.10 | $13,351.06 |
| 22-Sep | $1,123,008.01 | $22,387.75 | $26,167.80 | $48,555.55 | $24,277.79 |
| 22-Oct | $3,094,596.40 | $39,871.01 | $63,636.19 | $103,507.20 | $51,753.67 |
| 22-Nov | $2,146,063.38 | $0.00 | $63,653.73 | $63,653.73 | $31,849.37 |
| 22-Dec | $3,135,430.95 | $0.00 | $61,937.70 | $61,937.70 | $30,968.96 |
| 23-Jan | $1,524,122.50 | $243,600.00 | $66,239.97 | $309,839.97 | $154,920.00 |
| 23-Feb | $3,131,940.02 | $228,139.71 | $59,892.15 | $288,031.86 | $144,016.02 |
| 23-Mar | $3,770,600.17 | $421,834.82 | $121,132.69 | $542,967.51 | $271,483.84 |
| 23-Apr | $1,364,141.06 | $49,828.20 | $30,842.47 | $80,670.67 | $40,335.38 |
| **Grand Total** | **$30,101,226.79** | **$2,020,870.02** | **$785,088.03** | **$2,805,958.05** | **$1,403,002.30** |

8. The following chart summarizes the remaining exhibits that Plaintiff relies on his motion for summary judgment and are presented in the order that they are referenced in the Rule 56.1 statement of facts:

| | | | |
|---|---|---|---|
| **Ex. 15** | Email from T. Brenes to D. Malcos re Brenes Law Group reporting, dated August 5, 2022 (CAL_000018) | PX 25 | 6, 34 |
| **Ex. 16** | Loan Documents for CAL's Revolving Promissory Note to BLG, dated October 27, 2020 (Supplemental Production000003-62) | PX 11 | 8-9, 40, 42 |
| **Ex. 17** | California UCC Financing Statement filed October 13, 2020 re Brenes Law Group, P.C., Debtor (https://bizfileonline.sos.ca.gov/search/ucc) | Public Record | 10 |
| **Ex. 18** | California UCC Financing Statement filed August 17, 2023 re Brenes Law Group, P.C., Debtor (https://bizfileonline.sos.ca.gov/search/ucc) | Public Record | 10 |
| **Ex. 19** | Email from T. Brenes to H. Berger and G. Lui re Pay off Letter, dated July 25, 2020, with attached form of payoff letter (LRA000067-68) | Discovery | 11 |
| **Ex. 20** | Email from G. Lui to T. Brenes re Brenes Law Group, P.C. - Note Interest Schedule, dated August 4, 2020, with attachment (LRA000075-76) | PX 1 | 12 |
| **Ex. 21** | Email from T. Brenes to S. Mingle re Brenes Law Group PC - Note Interest Schedule, dated August 27, 2020 (CAL_002232) | PX 24 | 13 |
| **Ex. 22** | 20200827 Brenes Interest Schedule (CAL_002357) | PX 21 | 13 |
| **Ex. 23** | Email from M. Payne to K. Anthony re Brenes Law Group PC - Note Interest Schedule, dated August 27, 2020 (CAL_002230) | PX 24 | 14 |
| **Ex. 24** | Email from M. Payne to G. Lui re Brenes Payoff, dated August 28, 2020 (LRA000079) | PX 4 | 15 |
| **Ex. 25** | Form Payoff Letter & Release between BLG, LRA and CAL, dated August __, 2020 (LRA000080-81) | PX 5 | 15 |
| **Ex. 26** | Form Payoff Letter & Release between BLG, LRA and CAL, dated September __, 2020 (LRA0000103-105) | Discovery | 16 |
| **Ex. 27** | Form Payoff Letter & Release between BLG, LRA and CAL, dated October __, 2020 (LRA0000138-40) | Discovery | 16 |

| | | | |
|---|---|---|---|
| **Ex. 28** | Email from H. Berger to T. Brenes re Payoff Letter Re Promissory Notes from, dated October 12, 2020 (LRA0000240-1) | Discovery | 17 |
| **Ex. 29** | Email from T. Brenes to S. Mingle re Payoff Letter Re Promissory Notes from, dated October 12, 2020 (CAL_001931) | PX 26 | 18 |
| **Ex. 30** | Email from H. Berger to T. Brenes re follow up, dated October 28, 2020 (LRA000254-56) | PX 7 | 19 |
| **Ex. 31** | Email from H. Berger to T. Brenes re Promissory Notes, dated January 5, 2021 (LRA000270) | Discovery | 20 |
| **Ex. 32** | Email from G. Lui to T. Brenes re Promissory Note Payoff dated January 6, 2021, with attachment (LRA000001-2) | PX 2 | 21 |
| **Ex. 33** | Email from G. Lui to T. Brenes re Promissory Note Payoff, dated January 15, 2021 (LRA000003) | Discovery | 22 |
| **Ex. 34** | Email from G. Lui to T. Brenes re Brenes Law Group Promissory Notes, dated January 21, 2022, with attachments (LRA000007-10) | Discovery | 24 |
| **Ex. 35** | Letter from LRA to BLG re The following Promissory Notes (the "Notes") from Brenes Law Group, PC ("Maker") to Legal Recovery Associates LLC ("Lender"), dated January 21, 2022 (LRA000011-13) | Discovery | 26 |
| **Ex. 36** | Letter from LRA to BLG re Demand for Payment, dated February 24, 2023 (Second Action ECF 1-8). | ECF (2) 1-8 | 28 |
| **Ex. 37** | Security Agreement Joinder between Brenes Family Trust and CAL, dated August __, 2023 (CAL_002117-21) | PX 20 | 9 |
| **Ex. 38** | CAL Statement to BLG, dated 12/31/21 (CAL_001871) | PX 15 | 31, 40 |
| **Ex. 39** | CAL Statement to BLG, dated 4/30/23 (CAL_001908) | PX 18 | 35 |
| **Ex. 40** | Defendants' First Amended Initial Disclosures, dated October 20, 2023 | Discovery | |
| **Ex. 41** | Emails between M. Payne to T. Brenes re Notarized Loan Documents, dated October 28 and 29, 2023 (Supplemental Production000001-2) | Discovery | 36-37 |
| **Ex. 42** | Email from T. Brenes to M. Payne re Line of Credit, dated November 3, 2020 (Supplemental Production000063) | PX 22 | 38 |

5

| | | | |
|---|---|---|---|
| **Ex. 43** | Closing Statement, dated November 6, 2020 (Supplemental Production000065) | PX 23 | 39, 43-46 |
| **Ex. 44** | Fee Disclosure Statement, dated November 3, 2020 (Supplemental Production000064) | PX 22 | 41 |
| **Ex. 45** | Excerpt from the transcript of the December 20, 2023 Deposition of Megan Payne | Transcript | 42 |
| **Ex. 46** | Loan Documents for CAL's First Amended and Restated Revolving Promissory Note to BLG, dated November 4, 2022 (CAL_01987-2055) | PX 12 | 46 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2024

                                                     /s/Andrew T. Solomon
                                                       Andrew T. Solomon