# EXHIBIT 12



**California Attorney Lending II, Inc**  
500 Pearl Street, Suite 820  
Buffalo, NY 14202

Statement date: **12/31/2021**  
Loan ID: **703**  
Amortization Date: **11/1/2022**  
Maturity Date: **10/1/2024**  
Total Line of Credit: **$5,000,000.00**  
Interest Rate: **15.5%**

**Brenes Law Group, LLC**  
27141 Aliso Creek Rd., Suite 270  
Aliso Viejo, CA 92656

| | |
|---|---:|
| Principal Balance: | $2,767,230.27 |
| Current Interest: | $36,078.56 |
| Current Fees: | $0.00 |
| Past Due Interest and Fees: | $0.17 |
| Total Balance Outstanding: | $2,803,309.00 |

| Date | Transaction | Loan Principal | Loan Interest | Fees Charged | Principal Payments | Interest/Fee Payments | Account Balance |
|---|---|---:|---:|---:|---:|---:|---:|
| 01/01/21 | Balance Brought Forward | 402,364.13 | 7,667.89 | 52,364.13 | 31,897.27 | 55,640.94 | $374,857.94 |
| 01/11/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 5,738.16 | 0.00 | $369,119.78 |
| 01/13/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 4,391.08 | $364,728.70 |
| 01/13/21 | Principal Borrowed | $100,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $464,758.70 |
| 01/13/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $464,788.70 |
| 01/13/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $464,758.70 |
| 01/31/21 | Interest Calculated | 0.00 | 5,711.12 | 0.00 | 0.00 | 0.00 | $470,469.82 |
| 02/01/21 | Principal Borrowed | $120,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $590,499.82 |
| 02/01/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $590,529.82 |
| 02/01/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $590,499.82 |
| 02/08/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 1,361.11 | 0.00 | $589,138.71 |
| 02/12/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 5,711.12 | $583,427.59 |
| 02/17/21 | Principal Borrowed | $200,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $783,457.59 |
| 02/17/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $783,487.59 |
| 02/17/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $783,457.59 |
| 02/28/21 | Interest Calculated | 0.00 | 8,071.13 | 0.00 | 0.00 | 0.00 | $791,528.72 |
| 03/04/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 19,998.35 | 0.00 | $771,530.37 |
| 03/12/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 8,071.13 | $763,459.24 |
| 03/23/21 | Principal Borrowed | $120,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $883,489.24 |
| 03/23/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $883,519.24 |
| 03/23/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $883,489.24 |
| 03/31/21 | Interest Calculated | 0.00 | 10,681.01 | 0.00 | 0.00 | 0.00 | $894,170.25 |
| 04/05/21 | Principal Borrowed | $50,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $944,200.25 |
| 04/05/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $944,230.25 |
| 04/05/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $944,200.25 |
| 04/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 10,681.01 | $933,519.24 |
| 04/20/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,083,549.24 |
| 04/20/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,083,579.24 |
| 04/20/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,083,549.24 |
| 04/30/21 | Interest Calculated | 0.00 | 12,682.35 | 0.00 | 0.00 | 0.00 | $1,096,231.59 |
| 05/04/21 | Principal Borrowed | $50,430.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,146,661.59 |
| 05/04/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,146,691.59 |
| 05/04/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,146,661.59 |
| 05/12/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 12,682.35 | $1,133,979.24 |
| 05/12/21 | Principal Borrowed | $100,830.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,234,809.24 |
| 05/12/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,234,839.24 |
| 05/12/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,234,809.24 |
| 05/26/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,384,839.24 |
| 05/26/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,384,869.24 |
| 05/26/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,384,839.24 |
| 05/31/21 | Interest Calculated | 0.00 | 16,326.17 | 0.00 | 0.00 | 0.00 | $1,401,165.41 |
| 06/03/21 | Principal Borrowed | $100,830.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,501,995.41 |
| 06/03/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,502,025.41 |
| 06/03/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,501,995.41 |
| 06/07/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 14,640.79 | 0.00 | $1,487,354.62 |
| 06/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 16,326.17 | $1,471,028.45 |
| 06/17/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,621,058.45 |
| 06/17/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,621,088.45 |
| 06/17/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,621,058.45 |
| 06/23/21 | Principal Borrowed | $100,830.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,721,888.45 |
| 06/23/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,721,918.45 |
| 06/23/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,721,888.45 |

| Date | Description | | | | | | Balance |
|---|---|---|---|---|---|---|---|
| 06/30/21 | Interest Calculated | 0.00 | 20,203.43 | 0.00 | 0.00 | 0.00 | $1,742,091.88 |
| 07/08/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 37,500.00 | 0.00 | $1,704,591.88 |
| 07/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 20,203.43 | $1,684,388.45 |
| 07/20/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,834,418.45 |
| 07/20/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,834,448.45 |
| 07/20/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,834,418.45 |
| 07/31/21 | Interest Calculated | 0.00 | 23,370.08 | 0.00 | 0.00 | 0.00 | $1,857,788.53 |
| 08/09/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 1,821.59 | 0.00 | $1,855,966.94 |
| 08/12/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 23,370.08 | $1,832,596.86 |
| 08/12/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,982,626.86 |
| 08/12/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $1,982,656.86 |
| 08/12/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $1,982,626.86 |
| 08/17/21 | Principal Borrowed | $175,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,157,656.86 |
| 08/17/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,157,686.86 |
| 08/17/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,157,656.86 |
| 08/31/21 | Interest Calculated | 0.00 | 26,888.68 | 0.00 | 0.00 | 0.00 | $2,184,545.54 |
| 09/09/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 84,117.62 | 0.00 | $2,100,427.92 |
| 09/13/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,250,457.92 |
| 09/13/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,250,487.92 |
| 09/13/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,250,457.92 |
| 09/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 26,888.68 | $2,223,569.24 |
| 09/20/21 | Principal Borrowed | $100,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,323,599.24 |
| 09/20/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,323,629.24 |
| 09/20/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,323,599.24 |
| 09/30/21 | Interest Calculated | 0.00 | 28,709.44 | 0.00 | 0.00 | 0.00 | $2,352,308.68 |
| 10/12/21 | Principal Borrowed | $120,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,472,338.68 |
| 10/12/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,472,368.68 |
| 10/12/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,472,338.68 |
| 10/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 28,709.44 | $2,443,629.24 |
| 10/19/21 | Principal Borrowed | $50,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,493,659.24 |
| 10/19/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,493,689.24 |
| 10/19/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,493,659.24 |
| 10/27/21 | Deferred Closing Fee | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | $2,543,659.24 |
| 10/27/21 | Principal Borrowed | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,593,659.24 |
| 10/27/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | $2,543,659.24 |
| 10/31/21 | Interest Calculated | 0.00 | 32,434.85 | 0.00 | 0.00 | 0.00 | $2,576,094.09 |
| 11/09/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 36,167.41 | 0.00 | $2,539,926.68 |
| 11/15/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 32,434.85 | $2,507,491.83 |
| 11/15/21 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,657,521.83 |
| 11/15/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,657,551.83 |
| 11/15/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,657,521.83 |
| 11/30/21 | Interest Calculated | 0.00 | 33,546.55 | 0.00 | 0.00 | 0.00 | $2,691,068.38 |
| 12/06/21 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 70,321.56 | 0.00 | $2,620,746.82 |
| 12/14/21 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 33,546.38 | $2,587,200.44 |
| 12/14/21 | Principal Borrowed | $180,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,767,230.44 |
| 12/14/21 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,767,260.44 |
| 12/14/21 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,767,230.44 |
| 12/31/21 | Interest Calculated | 0.00 | 36,078.56 | 0.00 | 0.00 | 0.00 | $2,803,309.00 |
| | **Totals** | **$3,070,794.13** | **$262,371.26** | **$102,994.13** | **$303,563.86** | **$329,286.66** | **$2,803,309.00** |

*Pursuant to the terms of your loan, the interest rate may vary from month-to-month based on the current LIBOR rate.

Deferred Closing Fee Due:
10/27/2021            $50,000.00