# EXHIBIT 13

**California Attorney Lending II, Inc**
500 Pearl Street, Suite 820
Buffalo, NY 14202



| | |
|---|---|
| Statement date: | **12/31/2022** |
| Loan ID: | 703 |
| Amortization Date: | 12/1/2024 |
| Maturity Date: | 11/1/2026 |
| Total Line of Credit: | $5,000,000.00 |
| Interest Rate: | 18.49% |

**Brenes Law Group, LLC**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | |
|---|---|
| Principal Balance: | $3,329,002.88 |
| Current Interest: | $51,467.79 |
| Current Fees: | $0.00 |
| Past Due Interest and Fees: | $0.00 |
| Total Balance Outstanding: | $3,380,470.67 |

| Date | Transaction | Loan Principal | Loan Interest | Fees Charged | Principal Payments | Interest/Fee Payments | Account Balance |
|---|---|---|---|---|---|---|---|
| 01/01/22 | Balance Brought Forward | 3,070,794.13 | 262,371.26 | 102,994.13 | 303,563.86 | 329,286.66 | $2,803,309.00 |
| 01/07/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 7,384.56 | 0.00 | $2,795,924.44 |
| 01/12/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 36,078.73 | $2,759,845.71 |
| 01/13/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,909,875.71 |
| 01/13/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,909,905.71 |
| 01/13/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,909,875.71 |
| 01/31/22 | Interest Calculated | 0.00 | 38,082.68 | 0.00 | 0.00 | 0.00 | $2,947,958.39 |
| 02/03/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,097,988.39 |
| 02/03/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,098,018.39 |
| 02/03/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,097,988.39 |
| 02/14/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 38,082.68 | $3,059,905.71 |
| 02/28/22 | Principal Borrowed | $175,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,234,935.71 |
| 02/28/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,234,965.71 |
| 02/28/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,234,935.71 |
| 02/28/22 | Interest Calculated | 0.00 | 36,835.03 | 0.00 | 0.00 | 0.00 | $3,271,770.74 |
| 03/14/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 36,835.03 | $3,234,935.71 |
| 03/14/22 | Principal Borrowed | $100,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,334,965.71 |
| 03/14/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,334,995.71 |
| 03/14/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,334,965.71 |
| 03/25/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,484,995.71 |
| 03/25/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,485,025.71 |
| 03/25/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,484,995.71 |
| 03/31/22 | Interest Calculated | 0.00 | 44,404.81 | 0.00 | 0.00 | 0.00 | $3,529,400.52 |
| 04/05/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 122,603.45 | 0.00 | $3,406,797.07 |
| 04/13/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 44,404.81 | $3,362,392.26 |
| 04/15/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,512,422.26 |
| 04/15/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,512,452.26 |
| 04/15/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,512,422.26 |
| 04/30/22 | Interest Calculated | 0.00 | 44,675.59 | 0.00 | 0.00 | 0.00 | $3,557,097.85 |
| 05/06/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,707,127.85 |
| 05/06/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,707,157.85 |
| 05/06/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,707,127.85 |
| 05/12/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 44,675.59 | $3,662,452.26 |
| 05/25/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,812,482.26 |
| 05/25/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,812,512.26 |
| 05/25/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,812,482.26 |
| 05/31/22 | Interest Calculated | 0.00 | 49,012.76 | 0.00 | 0.00 | 0.00 | $3,861,495.02 |
| 06/09/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 150,193.60 | 0.00 | $3,711,301.42 |
| 06/14/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 49,012.76 | $3,662,288.66 |
| 06/21/22 | Principal Borrowed | $200,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,862,318.66 |
| 06/21/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,862,348.66 |
| 06/21/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,862,318.66 |
| 06/30/22 | Interest Calculated | 0.00 | 48,683.14 | 0.00 | 0.00 | 0.00 | $3,911,001.80 |
| 07/08/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 43,861.13 | 0.00 | $3,867,140.67 |
| 07/13/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 48,683.14 | $3,818,457.53 |
| 07/31/22 | Interest Calculated | 0.00 | 53,141.91 | 0.00 | 0.00 | 0.00 | $3,871,599.44 |
| 08/01/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 65,184.06 | 0.00 | $3,806,415.38 |
| 08/01/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | $3,306,415.38 |
| 08/02/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | $2,806,415.38 |
| 08/03/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | $2,306,415.38 |
| 08/12/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,456,445.38 |
| 08/12/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,456,475.38 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/12/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,456,445.38 |
| 08/12/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 53,141.91 | $2,403,303.47 |
| 08/31/22 | Interest Calculated | 0.00 | 34,738.94 | 0.00 | 0.00 | 0.00 | $2,438,042.41 |
| 09/02/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,588,072.41 |
| 09/02/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,588,102.41 |
| 09/02/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,588,072.41 |
| 09/08/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 13,351.06 | 0.00 | $2,574,721.35 |
| 09/14/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 34,738.87 | $2,539,982.48 |
| 09/27/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,690,012.48 |
| 09/27/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,690,042.48 |
| 09/27/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,690,012.48 |
| 09/30/22 | Interest Calculated | 0.00 | 36,133.17 | 0.00 | 0.00 | 0.00 | $2,726,145.65 |
| 10/06/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 28,482.63 | 0.00 | $2,697,663.02 |
| 10/13/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 36,133.17 | $2,661,529.85 |
| 10/28/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,811,559.85 |
| 10/28/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $2,811,589.85 |
| 10/28/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $2,811,559.85 |
| 10/31/22 | Interest Calculated | 0.00 | 40,699.98 | 0.00 | 0.00 | 0.00 | $2,852,259.83 |
| 11/03/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 52,877.53 | 0.00 | $2,799,382.30 |
| 11/07/22 | Principal Borrowed | $152,080.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,951,462.30 |
| 11/07/22 | Credit Line Fee | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | $3,001,462.30 |
| 11/07/22 | Closing Fees and Expenses | 0.00 | 0.00 | 2,050.00 | 0.00 | 0.00 | $3,003,512.30 |
| 11/07/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,003,542.30 |
| 11/07/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 52,080.00 | $2,951,462.30 |
| 11/15/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 40,700.05 | $2,910,762.25 |
| 11/21/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,060,792.25 |
| 11/21/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,060,822.25 |
| 11/21/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,060,792.25 |
| 11/30/22 | Interest Calculated | 0.00 | 44,399.41 | 0.00 | 0.00 | 0.00 | $3,105,191.66 |
| 12/06/22 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 31,849.37 | 0.00 | $3,073,342.29 |
| 12/07/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,223,372.29 |
| 12/07/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,223,402.29 |
| 12/07/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,223,372.29 |
| 12/14/22 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 44,399.41 | $3,178,972.88 |
| 12/16/22 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,329,002.88 |
| 12/16/22 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,329,032.88 |
| 12/16/22 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,329,002.88 |
| 12/31/22 | Interest Calculated | 0.00 | 51,467.79 | 0.00 | 0.00 | 0.00 | $3,380,470.67 |
| | | $5,648,354.13 | $784,646.47 | $155,554.13 | $2,319,351.25 | $888,732.81 | $3,380,470.67 |

*Pursuant to the terms of your loan, the interest rate may vary from month-to-month based on the current BSBY rate.

Deferred Closing Fee Due:
1% deferred and payable on the earlier of the 1st anniversary (11/4/22) of the closing or the date on which the Borrower repays the LOC in full ($50,000).

CONFIDENTIAL

CAL_001870