# EXHIBIT 23

| | |
|---|---|
| **Subject:** | FW: Brenes Law Group, PC - Note Interest Schedule |
| **Date:** | Thursday, August 27, 2020 at 12:43:30 PM Eastern Daylight Time |
| **From:** | Megan Payne |
| **To:** | Kelly Anthony, Paul Cody, Steve Mingle |
| **Attachments:** | Brenes Interest Schedule.xlsx, promissory note 6.9.20 (1).pdf, 7.8.19 promissory note (1).pdf, 12.9.19 promissory note.pdf, 3.5.20 promissory note.pdf, Promissory Note 8.6.2020.pdf, 9.12.19 promissory note.pdf |

So we have a payoff amount but I'd prefer they sign a letter acknowledging they will have no interest in Brenes' fee or firm after receipt of the payoff amount. There is no UCC so having them acknowledge release of UCC like we do in our standard payoff letter is useless. I think Kelly (or she can delegate to Liz) should prepare a letter that Troy can have them sign with the amount and wire instructions.

**From:** Troy Brenes <tbrenes@breneslawgroup.com>
**Sent:** Thursday, August 27, 2020 12:30 PM
**To:** Steve Mingle <smingle@counselfinancial.com>; Megan Payne <mpayne@counselfinancial.com>
**Subject:** Fwd: Brenes Law Group, PC - Note Interest Schedule

Here's the payoff amounts I received on the promissory notes from Legal Recovery Associates. Please note we borrowed an additional $150,000 on 8/6/20 to keep us going until Counsel can release funds. I am also attaching copies of each of the executed promissory notes.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the