# EXHIBIT 37



## SECURITY AGREEMENT JOINDER

This Joinder Agreement dated as of August __, 2023 (the "Joinder Agreement") by **BRENES FAMILY TRUST**, a personal trust under California law, with a principal address at 28255 Driza, Mission Viejo, CA 92692 (the "Subsequent Debtor"), with respect to the Security Agreement dated as of November __, 2022 by the parties listed on Schedule A attached hereto (collectively, the "Original Debtors") and **CALIFORNIA ATTORNEY LENDING II INC.**, a New York corporation (herein, together with its successors and assigns in such capacity the "Lender"), (such Security Agreement, as modified, amended or supplemented from time to time, is hereinafter referred to as the "Security Agreement"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Security Agreement.

### WITNESSETH:

**WHEREAS**, **BRENES LAW GROUP, P.C.**, a professional corporation organized under California law (the "Borrower") has obtained financial accommodations from the Lender pursuant to that certain First Amended and Restated Revolving Promissory Note dated as of November __, 2022 made by the Borrower in favor of the Lender in the maximum principal amount of $5,000,000 as the same may be amended, restated, amended and restated or otherwise modified from time to time (the "Note"); and

**WHEREAS**, Subsequent Debtor is financially interested in the affairs of the Borrower and expects to derive advantages from each and every such accommodation; and

**WHEREAS**, the Subsequent Debtor desire to become a Debtor under the Security Agreement.

**NOW THEREFORE**, in consideration of the premises, the mutual covenants and agreements contained herein and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Subsequent Debtor agrees as follows:

Section 1.  **Agreement to be Bound by Security Agreement**. By execution of this Joinder Agreement, the Subsequent Debtor hereby agrees that from and after the Joinder Effective Date (as hereafter defined), the Subsequent Debtor shall be a party to the Security Agreement as a Debtor and shall have all of the duties, liabilities and responsibilities of a Debtor under the Security Agreement and the Note, as applicable.

Section 2.  **Joinder Effective Date**. This Joinder Agreement shall become effective upon its execution by the Subsequent Debtor (such date the "Joinder Effective Date").

Section 3.  **General Provisions**.

(a) Counterparts. This Joinder Agreement may be executed in different counterparts, each of which when executed, shall be regarded as an original, and all such counterparts shall constitute one Joinder Agreement.

(b) Costs and Expenses. The Subsequent Debtor will pay or will cause the Borrower to pay all reasonable costs, expenses and charges of the Lender (including, without limitation, reasonable fees and charges of external legal counsel) in connection with the preparation, execution and delivery of this Joinder Agreement and the other documents, instruments and certificates delivered in connection herewith.

(c) <u>Applicable Law</u>. This Agreement, the transactions described herein and the obligations of Subsequent Debtor and Lender shall be construed under, and governed by, the internal laws of the State of New York without regard to principles of conflicts of laws.

Section 4.   **CONSENT TO JURISDICTION**. EACH OF LENDER AND SUBSEQUENT DEBTOR AGREE THAT ANY ACTION OR PROCEEDING TO ENFORCE OR ARISING OUT OF THIS AGREEMENT MAY BE COMMENCED IN THE SUPREME COURT OF NEW YORK IN ERIE COUNTY, OR IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK SITTING IN ERIE COUNTY, NEW YORK. SUBSEQUENT DEBTOR WAIVES PERSONAL SERVICE OF PROCESS AND AGREES THAT A SUMMONS AND COMPLAINT COMMENCING AN ACTION OR PROCEEDING IN ANY SUCH COURT SHALL BE PROPERLY SERVED AND SHALL CONFER PERSONAL JURISDICTION IF SERVED BY REGISTERED OR CERTIFIED MAIL TO SUBSEQUENT DEBTOR, AT THE ADDRESS SET FORTH AT THE BEGINNING OF THIS AGREEMENT, OR AS PROVIDED BY THE LAWS OF THE STATE OF NEW YORK OR THE UNITED STATES.

Section 5.   Headings. The headings of the sections in this Joinder Agreement are for purposes of reference only and shall not be deemed to be a part hereof.

*[The remainder of this page is left intentionally blank; signature page to follow]*

CONFIDENTIAL                                                                 CAL_002118

**IN WITNESS WHEREOF**, the Subsequent Debtor, with the intent to be legally bound hereby, has caused this Joinder Agreement to be duly executed by its proper and duly authorized officer as of the day and year first above written.

**BRENES FAMILY TRUST**

By: *[signature]*
Name: Troy Brenes
Title: President

**CALIFORNIA ATTORNEY LENDING II INC.**

By: *[signature]*
Name: Megan B. Payne
Title: COO

ACCEPTED AND AGREED TO THIS
17th DAY OF August, 2023

**BRENES LAW GROUP, P.C.**

By: *[signature]*
Name: Troy Alexander Brenes
Title: President

STATE OF CALIFORNIA
COUNTY OF _____

On the ____ day of August in the year 2023 before me, the undersigned, a notary public in and for said state, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he (she) executed the same in his (her) capacity as _____ of Brenes Family Trust and that by his (her) signature on the instrument, the individual, or other person upon behalf of which the individual acted, executed the instrument.

<u>SEE ATTACHED NOTARY</u>
Notary Public

3

## SCHEDULE A

**Original Debtors**

Brenes Law Group, P.C.

Troy Alexander Brenes

Maya Gabrielle Brenes

4

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of ORANGE }

On August 17, 2023 before me, MATT STOEVE, NOTARY PUBLIC,
(Here insert name and title of the officer)

personally appeared TROY ALEXANDER BRINES,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

[Notary Seal: MATT STOEVE, COMM...2310509, NOTARY PUBLIC-CALIFORNIA, ORANGE COUNTY, My Term Exp. November 21, 2023]

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

SECURITY AGREEMENT JOINDER
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 4  Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual(s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.