# EXHIBIT 38

EXHIBIT
PENGAD 800-631-6989
PLF 15
12-20-23

**California Attorney Lending II, Inc**
6400 Main Street, Suite 120
Williamsville, NY 14221

| | |
|---|---|
| Statement date: | **12/31/2020** |
| Loan ID: | 703 |
| Amortization Date: | 11/1/2022 |
| Maturity Date: | 10/1/2024 |
| Total Line of Credit: | $5,000,000.00 |
| Interest Rate: | 15.5% |

**Brenes Law Group, LLC**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | |
|---|---|
| Principal Balance: | $370,466.86 |
| Current Interest: | $4,391.08 |
| Current Fees: | $0.00 |
| Past Due Interest and Fees: | $0.00 |
| Total Balance Outstanding; | $374,857.94 |

| Date | Transaction | Loan Principal | Loan Interest | Fees Charged | Principal Payments | Interest/Fee Payments | Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/20 | Principal Borrowed | $52,304.13 | $0.00 | $0.00 | $0.00 | $0.00 | $52,304.13 |
| 11/05/20 | Credit Line Fee | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | $102,304.13 |
| 11/05/20 | Closing Fees and Expenses | 0.00 | 0.00 | 2,304.13 | 0.00 | 0.00 | $104,608.26 |
| 11/05/20 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 52,304.13 | $52,304.13 |
| 11/06/20 | Principal Borrowed | $250,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $302,334.13 |
| 11/06/20 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $302,364.13 |
| 11/06/20 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $302,334.13 |
| 11/30/20 | Interest Calculated | 0.00 | 3,276.81 | 0.00 | 0.00 | 0.00 | $305,610.94 |
| 12/14/20 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 31,897.27 | 0.00 | $273,713.67 |
| 12/14/20 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 3,276.81 | $270,436.86 |
| 12/18/20 | Principal Borrowed | $100,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $370,466.86 |
| 12/18/20 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $370,496.86 |
| 12/18/20 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $370,466.86 |
| 12/31/20 | Interest Calculated | 0.00 | 4,391.08 | 0.00 | 0.00 | 0.00 | $374,857.94 |
| | | $402,364.13 | $7,667.89 | $52,364.13 | $31,897.27 | $55,640.94 | $374,857.94 |

*Pursuant to the terms of your loan, the interest rate may vary from month-to-month based on the current LIBOR rate.

Deferred Closing Fee Due:
10/27/2021          $50,000.00

CONFIDENTIAL                                                              CAL_001871