# EXHIBIT 39



**California Attorney Lending II, Inc**
500 Pearl Street, Suite 820
Buffalo, NY 14202

| | |
|---|---|
| Statement date: | **4/30/2023** |
| Loan ID: | 703 |
| Amortization Date: | 12/1/2024 |
| Maturity Date: | 11/1/2026 |
| Total Line of Credit: | $5,000,000.00 |
| Interest Rate: | 19.43% |

**Brenes Law Group, LLC**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | |
|---|---|
| Principal Balance: | $3,171,116.18 |
| Current Interest: | $50,069.37 |
| Current Fees: | $0.00 |
| Past Due Interest and Fees: | $0.00 |
| Total Balance Outstanding: | $3,221,185.55 |

| Date | Transaction | Loan Principal | Loan Interest | Fees Charged | Principal Payments | Interest/Fee Payments | Account Balance |
|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance Brought Forward | 5,648,354.13 | 784,646.47 | 155,554.13 | 2,319,351.25 | 888,732.81 | $3,380,470.67 |
| 01/06/23 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 30,968.85 | 0.00 | $3,349,501.82 |
| 01/12/23 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 51,467.79 | $3,298,034.03 |
| 01/27/23 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,448,064.03 |
| 01/27/23 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,448,094.03 |
| 01/27/23 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,448,064.03 |
| 01/31/23 | Interest Calculated | 0.00 | 54,036.02 | 0.00 | 0.00 | 0.00 | $3,502,100.05 |
| 02/07/23 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 161,508.02 | 0.00 | $3,340,592.03 |
| 02/14/23 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 54,036.02 | $3,286,556.01 |
| 02/27/23 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,436,586.01 |
| 02/27/23 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,436,616.01 |
| 02/27/23 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,436,586.01 |
| 02/28/23 | Interest Calculated | 0.00 | 49,367.37 | 0.00 | 0.00 | 0.00 | $3,485,953.38 |
| 03/08/23 | Principal Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 144,016.02 | 0.00 | $3,341,937.36 |
| 03/14/23 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 49,367.37 | $3,292,569.99 |
| 03/31/23 | Interest Calculated | 0.00 | 54,659.94 | 0.00 | 0.00 | 0.00 | $3,347,229.93 |
| 04/05/23 | Principal Payment-Wire | 0.00 | 0.00 | 0.00 | 271,483.81 | 0.00 | $3,075,746.12 |
| 04/12/23 | Interest Payment- ACH Withdrawal | 0.00 | 0.00 | 0.00 | 0.00 | 54,659.94 | $3,021,086.18 |
| 04/24/23 | Principal Borrowed | $150,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,171,116.18 |
| 04/24/23 | Wire Transfer Fee | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | $3,171,146.18 |
| 04/24/23 | Payment (Deducted from wire) | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | $3,171,116.18 |
| 04/30/23 | Interest Calculated | 0.00 | 50,069.37 | 0.00 | 0.00 | 0.00 | $3,221,185.55 |
| | | $6,098,444.13 | $992,779.17 | $155,644.13 | $2,927,327.95 | $1,098,353.93 | $3,221,185.55 |

*Pursuant to the terms of your loan, the interest rate may vary from month-to-month based on the current BSBY rate.

Deferred Closing Fee Due:
1% deferred and payable on the earlier of the 1st anniversary of the closing or the date on which the Borrower repays the LOC in full ($50,000).

CONFIDENTIAL

CAL_001908