# EXHIBIT 41




**Troy Brenes** <tbrenes@breneslawgroup.com>

## Notarized Loan Documents
6 messages

**Maya Brenes** <mbrenes@breneslawgroup.com>　　　　　　　　　　　　　　　　Wed, Oct 28, 2020 at 2:55 PM
To: Megan Payne <mpayne@counselfinancial.com>, Troy Brenes <tbrenes@breneslawgroup.com>

Hi Megan,

Please see the attached.

Thank you!
Maya

Maya G. Brenes
*Partner*
**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com



Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510 2521), (b) may contain confidential and/or legally privileged information and/or attorney work product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

 **Notarized Loan Documents.pdf**
18832K

---

**Megan Payne** <mpayne@counselfinancial.com>　　　　　　　　　　　　　　　　Wed, Oct 28, 2020 at 3:34 PM
To: Maya Brenes <mbrenes@breneslawgroup.com>, Troy Brenes <tbrenes@breneslawgroup.com>

Thank you. Do you have an updated payoff amount and wire instructions for the current loan?

[Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>　　　　　　　　　　　　　　　　Wed, Oct 28, 2020 at 4:47 PM
To: Megan Payne <mpayne@counselfinancial.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>

I have sent 3 follow up emails today requesting that the information be disclosed. Still have not received it. The intent seems to be to hold us hostage by refusing to disclose unless we sign a separate document stating that a separate entity (LLG) is compliant regarding the co counsel relationship. Obviously, I can bring a declaratory action seeking disclosure of the amount and banking information. In the meantime, however, can Counsel start funding if we set aside the known loan amount into a seperate account. We can identify it ourselves simply by applying the interest rate to the total amount borrowed.



Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communication Privacy Act (18 USC section 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

[Quoted text hidden]

---

**Megan Payne** <mpayne@counselfinancial.com>   Thu, Oct 29, 2020 at 8:04 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

We're willing to fund without paying them off but we would keep a reserve/restricted availability for the amount due to them. Please send me the last statement you have from them so I can get the correct amount. Also let me know how much you need for the first draw and use of proceeds.

[Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>   Thu, Oct 29, 2020 at 8:06 AM
To: Megan Payne <mpayne@counselfinancial.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

Will do, thank you.
[Quoted text hidden]

---

**Megan Payne** <mpayne@counselfinancial.com>   Fri, Oct 30, 2020 at 3:42 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

If you get the numbers to me today we can get everything set up to fund on Monday.

Sent from my iPhone

> On Oct 29, 2020, at 11:04 AM, Megan Payne <mpayne@counselfinancial.com> wrote:

[Quoted text hidden]