# EXHIBIT 42



**CONFIDENTIAL**

 Gmail

Troy Brenes <tbrenes@breneslawgroup.com>

## Line of Credit
2 messages

**Troy Brenes** <tbrenes@breneslawgroup.com>  Tue, Nov 3, 2020 at 8:52 AM
To: Megan Payne <mpayne@counselfinancial.com>

Please hold back or sequester into a separate account 3,489,280.82 relating to the prior line of credit from Legal Recovery Associates. This amount is sufficient to cover the total amount borrowed as well as all accrued interest.

Troy A. Brenes
**Brenes Law Group, PC**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**Megan Payne** <mpayne@counselfinancial.com>  Tue, Nov 3, 2020 at 11:32 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>

Please sign and e-mail back to me.

[Quoted text hidden]

📎 **Fee Disclosure.doc**
5079K



Supplemental Production000063