# EXHIBIT 43



**CONFIDENTIAL**



## Closing Statement

$5,000,000.00 Revolving Line of Credit

Date of Loan:   November 6, 2020
Loan ID:        100703

### Brenes Law Group, LLC

27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 250,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **250,000.00** |
| | | |
| Total Principal Outstanding: | $ | 302,334.13 |
| Credit Limit: | | 5,000,000.00 |
| Reserve: | | 3,618,447.49 |
| **Total Availability:** | $ | **1,079,218.38** |

**Account Notifications**

Prepared By:

Dan Malcos, Vice President Operations
November 6, 2020

cc: Megan B. Payne, Chief Operating Officer





## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   February 1, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| **Principal Advance:** | $ | **120,030.00** |
| Charges: | | |
|    Wire Transfer Fee | | 30.00 |
|      Total Charges: | $ | 30.00 |
| **Charges Deducted from Wire:** | $ | 30.00 |
| **Net Amount Wired:** | $ | **120,000.00** |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 584,788.70 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
|     Total Availability: | $ | 796,763.81 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Prepared By:
_____
Dan Malcos, Vice President Operations
February 1, 2021

cc: Megan B. Payne, Chief Operating Officer





**Closing Statement**

$5,000,000.00 Revolving Line of Credit

Date of Loan:  February 17, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| **Principal Advance:** | $ | 200,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 200,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 783,457.59 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
| **Total Availability:** | $ | 598,094.92 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

```
```

Prepared By:  _____
            Dan Malcos, Vice President Operations
            February 17, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000217




**The power of attorney funding.®**

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:  April 20, 2021
Loan ID:  100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
|    Wire Transfer Fee | | 30.00 |
|     Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,083,549.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
|     Total Availability: | $ | 298,003.27 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

| |
|---|
| Statement may not reflect pending activity. |

Prepared By:  _____

Dan Malcos, Vice President Operations
April 20, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000218



## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan: May 4, 2021
Loan ID:     100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 50,430.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 50,400.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,133,979.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
| Total Availability: | $ | 247,573.27 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

_____
Dan Malcos, Vice President Operations
May 4, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000230





## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:    May 12, 2021
Loan ID:         100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 100,830.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 100,800.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,234,809.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
| **Total Availability:** | $ | 146,743.27 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

**Dan Malcos, Vice President Operations**
May 12, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000191





**California Attorney Lending**
The power of attorney funding.®

### Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan: May 26, 2021
Loan ID:     100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,384,839.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,486,024.09 |
| **Total Availability:** | $ | - |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
May 26, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000192





**California Attorney Lending**
The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan: June 3, 2021
Loan ID: 100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 100,830.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 100,800.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,485,669.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,385,164.09 |
| Total Availability: | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

**Dan Malcos, Vice President Operations**
June 3, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000193





## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan: June 17, 2021
Loan ID: 100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
|   Wire Transfer Fee | | 30.00 |
|     Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,621,058.45 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,249,774.88 |
|   Total Availability: | $ | 0.00 |
|   Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

    **Dan Malcos, Vice President Operations**
    June 17, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000194





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:  June 23, 2021
Loan ID:  100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 100,830.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 100,800.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,721,888.45 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,148,944.88 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
June 23, 2021

cc: Megan B. Payne, Chief Operating Officer





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan: July 20, 2021
Loan ID:     100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,834,418.45 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,036,414.88 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
July 20, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000198





The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   August 12, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 1,982,626.86 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,888,206.47 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

Dan Malcos, Vice President Operations
August 12, 2021

cc: Megan B. Payne, Chief Operating Officer




California Attorney Lending
The power of attorney funding.

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:  August 17, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| Principal Advance: | $ | 175,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 175,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,157,656.86 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,713,176.47 |
| Total Availability: | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
August 17, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000198

**CONFIDENTIAL**



### California Attorney Lending
The power of attorney funding.*

### Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   September 20, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 100,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 100,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,323,599.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,547,234.09 |
| Total Availability: | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: 

Dan Melcos, Vice President Operations
September 20, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000219





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   September 13, 2021
Loan ID:        100703

## Brenes Law Group, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | **150,030.00** |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,223,569.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,647,264.09 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
September 13, 2021

cc: Megan B. Payne, Chief Operating Officer





**California Attorney Lending**
The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   October 12, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 120,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **120,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,443,629.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,427,204.09 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____
            Dan Malcos, Vice President Operations
            October 12, 2021

cc: Megan B. Payne, Chief Operating Officer

· Supplemental Production000199





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   October 19, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | **50,030.00** |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **50,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,493,659.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,377,174.09 |
| **Total Availability:** | $ | **0.00** |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
October 19, 2021

cc: Megan B. Payne, Chief Operating Officer





## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   November 15, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 2,657,521.83 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | 2,213,311.50 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

| |
|---|
| Statement may not reflect pending activity. |

Prepared By: _____

Dan Malcos, Vice President Operations
November 15, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000221





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   December 14, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 180,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | **30.00** |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **180,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,767,230.27 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,103,603.06 |
| **Total Availability:** | $ | **0.00** |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

Dan Malcos, Vice President Operations
December 14, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000222





## Closing Statement

### $5,000,000.00 Revolving Line of Credit

Date of Loan:  January 13, 2022
Loan ID:       100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 2,909,875.71 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | 1,960,957.62 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
January 13, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000223





The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   February 3, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| **Charges Deducted from Wire:** | $ | 30.00 |
| **Net Amount Wired:** | $ | 150,000.00 |
| **Credit Limit:** | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,059,905.71 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,810,927.62 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:
                Dan Malcos, Vice President Operations
                February 3, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000201





## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   February 28, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 175,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 175,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 3,234,935.71 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | 1,635,897.62 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
February 28, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000202

**CONFIDENTIAL**



## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:  March 14, 2022
Loan ID:       100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 100,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 100,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,334,965.71 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,535,867.62 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____
Dan Malcos, Vice President Operations
March 14, 2022

cc: Megan B. Payne, Chief Operating Officer




The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan: March 25, 2022
Loan ID:      100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,484,995.71 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,385,837.62 |
| Total Availability: | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
March 25, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000204





## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:  April 15, 2022
Loan ID:  100703

### Brenes Law Group, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | **150,030.00** |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | **30.00** |
| | | |
| **Charges Deducted from Wire:** | $ | **30.00** |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,512,422.26 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,358,411.07 |
| **Total Availability:** | $ | **0.00** |
| **Remaining Interest Reserve:** | $ | **129,166.67** |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____
Dan Malcos, Vice President Operations
April 15, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000205





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   May 6, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,662,452.26 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,208,381.07 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:   *Dan Malcos*
               Dan Malcos, Vice President Operations
               May 6, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000224





## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   May 25, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 3,812,482.26 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | 1,058,351.07 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

Dan Malcos, Vice President Operations
May 25, 2022

cc: Megan B. Payne, Chief Operating Officer





**California Attorney Lending**
The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   June 21, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 200,030.00 |
| Charges: | | |
|    Wire Transfer Fee | | 30.00 |
|     Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | **$** | **200,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,862,318.66 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 1,008,514.67 |
|     Total Availability: | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
June 21, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000207

**CONFIDENTIAL**



**California Attorney Lending**
The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:  August 12, 2022
Loan ID:       100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,403,303.47 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,467,529.86 |
| **Total Availability:** | $ | 0.00 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:
                   Dan Malcos, Vice President Operations
                   August 12, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000208

**CONFIDENTIAL**



## California Attorney Lending
The power of attorney funding."

### Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:    September 2, 2022
Loan ID:    100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | **150,030.00** |
| Charges: | | |
|    Wire Transfer Fee | | 30.00 |
|    **Total Charges:** | $ | **30.00** |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 2,553,333.47 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,317,499.86 |
| **Total Availability:** | $ | **0.00** |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

    Dan Malcos, Vice President Operations
    September 2, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000209




The power of attorney funding.®

## Closing Statement

$5,000,000.00 Revolving Line of Credit

Date of Loan:  September 23, 2022
Loan ID:       100703

## Brenes Law Group, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | **$** | **150,030.00** |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | **$** | **30.00** |
| | | |
| **Charges Deducted from Wire:** | **$** | **30.00** |
| | | |
| **Net Amount Wired:** | **$** | **150,000.00** |
| | | |
| **Credit Limit:** | **$** | **5,000,000.00** |
| Total Principal Outstanding: | | 2,690,012.41 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 2,180,820.92 |
| **Total Availability:** | **$** | **0.00** |
| Remaining Interest Reserve: | **$** | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
September 23, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000210





## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:  October 28, 2022
Loan ID:       100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 2,811,559.78 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | 2,059,273.55 |
| **Total Availability:** | $ | 0.00 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:  _____
              Dan Malcos, Vice President Operations
              October 28, 2022

cc: Megan B. Payne, Chief Operating Officer





The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:  November 21, 2022
Loan ID:  100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | **30.00** |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,060,792.25 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | - |
| **Total Availability:** | $ | **1,810,041.08** |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
November 21, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000212





## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:   December 7, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
|   Wire Transfer Fee | | 30.00 |
|     Total Charges: | $ | 30.00 |
| Charges Deducted from Wire: | $ | 30.00 |
| Net Amount Wired: | $ | 150,000.00 |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,178,972.88 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | - |
|     Total Availability: | $ | 1,691,860.45 |
|     Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
December 7, 2022

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000213





The power of attorney funding ·

## Closing Statement

$5,000,000.00 Revolving Line of Credit

Date of Loan:  December 16, 2022
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **150,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,329,002.88 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | - |
| **Total Availability:** | $ | **1,541,830.45** |
| Remaining Interest Reserve: | $ | 129,166.67 |

### Account Notifications

Statement may not reflect pending activity.

Prepared By:

Dan Malcos, Vice President Operations
December 16, 2022

cc: Megan B. Payne, Chief Operating Officer





**Closing Statement**
$5,000,000.00 Revolving Line of Credit

Date of Loan:   January 13, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---:|
| Principal Advance: | $ | 100,030.00 |
| Charges: | | |
|   Wire Transfer Fee | | 30.00 |
|    Total Charges: | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| Net Amount Wired: | $ | 100,000.00 |
| | | |
| Total Principal Outstanding: | $ | 464,758.70 |
| Credit Limit: | | 5,000,000.00 |
| Reserve: | | 3,618,447.49 |
|    Total Availability: | $ | 916,793.81 |

**Account Notifications**

Prepared By: _____
            Dan Malcos, Vice President Operations
            January 13, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000227





The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   January 27, 2023
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| Principal Advance: | $ | 150,030.00 |
| Charges: | | |
|   Wire Transfer Fee | | 30.00 |
|   **Total Charges:** | $ | 30.00 |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,448,064.03 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | - |
|   **Total Availability:** | $ | 1,422,769.30 |
|   Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By: _____

Dan Malcos, Vice President Operations
January 27, 2023

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000214





The power of attorney funding.®

## Closing Statement
### $5,000,000.00 Revolving Line of Credit

Date of Loan:    February 27, 2023
Loan ID:         100703

### Brenes Law Group, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | 150,030.00 |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | 150,000.00 |
| | | |
| **Credit Limit:** | $ | 5,000,000.00 |
| **Total Principal Outstanding:** | | 3,436,586.01 |
| **Required Interest Reserve:** | | 129,166.67 |
| **Line Restrictions:** | | - |
| **Total Availability:** | $ | 1,434,247.32 |
| **Remaining Interest Reserve:** | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:

Dan Malcos, Vice President Operations
February 27, 2023

cc: Megan B. Payne, Chief Operating Officer





### Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   March 23, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---:|---:|
| **Principal Advance:** | $ | **120,030.00** |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | **30.00** |
| | | |
| Charges Deducted from Wire: | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **120,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 883,489.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
| **Total Availability:** | $ | **498,063.27** |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:  _____

Dan Malcos, Vice President Operations
March 23, 2021

cc: Megan B. Payne, Chief Operating Officer



**California Attorney Lending**
The power of attorney funding.®

## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   April 5, 2021
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | **50,030.00** |
| **Charges:** | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| | | |
| **Charges Deducted from Wire:** | $ | 30.00 |
| | | |
| **Net Amount Wired:** | $ | **50,000.00** |
| | | |
| Credit Limit: | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 933,519.24 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | 3,489,280.82 |
| Total Availability: | $ | 448,033.27 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:  _Dan Malcos_
Dan Malcos, Vice President Operations
April 5, 2021

cc: Megan B. Payne, Chief Operating Officer

Supplemental Production000229





## Closing Statement
$5,000,000.00 Revolving Line of Credit

Date of Loan:   April 24, 2023
Loan ID:        100703

**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656

| | | |
|---|---|---|
| **Principal Advance:** | $ | 150,030.00 |
| Charges: | | |
| Wire Transfer Fee | | 30.00 |
| **Total Charges:** | $ | 30.00 |
| **Charges Deducted from Wire:** | $ | 30.00 |
| **Net Amount Wired:** | $ | 150,000.00 |
| **Credit Limit:** | $ | 5,000,000.00 |
| Total Principal Outstanding: | | 3,171,116.18 |
| Required Interest Reserve: | | 129,166.67 |
| Line Restrictions: | | - |
| **Total Availability:** | $ | 1,699,717.15 |
| Remaining Interest Reserve: | $ | 129,166.67 |

**Account Notifications**

Statement may not reflect pending activity.

Prepared By:   _____
Dan Malcos, Vice President Operations
April 24, 2023

cc: Megan B. Payne, Chief Operating Officer