# EXHIBIT 44



**CONFIDENTIAL**

**California Attorney Lending**
The power of attorney funding.®

## FEE DISCLOSURE STATEMENT

*$5,000,000 Revolving Line of Credit*

Date of Loan: November 3, 2020

Law Firm: Brenes Law Group, P.C.
Address: 27141 Aliso Creek Road, Suite 270, Aliso Viejo, CA 92656

| Principal Advanced | | | | | | Amount |
|---|---|---|---|---|---|---|
| November 2020 | | | | | $ | 52,304.13 |
| | Charges: | | | | | |
| | Closing Fee | | | | | |
| | ($5,000,000 x 1.0%) | | $ | 50,000.00 | | |
| | Outside Counsel Closing Fee: | | $ | 1,750.00 | | |
| | Outstanding Counsel Closing Expenses | | $ | 554.13 | | |
| | Total Charges to Borrower | | $ | 52,304.13 | | |
| Wired to Borrower: | | | | | $ | - |
| Total Loans Outstanding: | | | | | $ | 52,304.13 |
| Total Credit Line | | | | | $ | 5,000,000.00 |
| Restricted Availability | | | | | $ | 3,489,280.82 |
| 2 Month Interest Reserve: | | | | | $ | 129,166.67 |
| Total Available | | | | | $ | 1,329,248.38 |

1.0% on the line at the 1st anniversary of closing

AGREED TO AND ACCEPTED
BRENES LAW GROUP, P.C.

By:_____    Date:_____

Troy Brenes, Esq.
For the Firm

Supplemental Production000064