# EXHIBIT 45

```
                                                              Page 1

 1                          MEGAN PAYNE
 2
 3
 4
 5
 6      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 7
        -----------------------------------------
 8      LEGAL RECOVERY ASSOCIATES LLC,
 9                          Plaintiff,
10           - against -        Case No.
                                1:2023cv02446
11
        BRENES LAW GROUP, P.C.,
12
                            Defendant.
13      -----------------------------------------
14
15            Examination before trial of MEGAN PAYNE,
16      taken pursuant to Subpoena and the Federal Rules of
17      Civil Procedure, in the law offices of LIPPES
18
19      MATHIAS LLP, 50 Fountain Plaza, Suite 1700,
20
21      Buffalo, New York, on December 20, 2023, commencing
22
23      at 9:59 a.m., before RICHARD B. WHALEN, CM, Notary
24
25      Public.
```

```
                                                    Page 95
 1                       Megan Payne
 2          Q.   Do you recall ever having a situation
 3   where Brenes Law Group submitted an advance request
 4   and CAL said "No, you can't do that because you'll
 5   be eroding the line restriction?
 6          A.   I don't remember having that
 7   discussion.
 8          Q.   Do you know whether there is any
 9   contractual document evidencing the line
10   restriction; in other words, that you must maintain
11   this amount of money as a matter of contract?
12          A.   With respect to the interest reserve,
13   that's covered in our loan agreement.
14          Q.   Correct.  I'm not talking about the
15   interest reserve, I'm talking --
16          A.   With respect to this line restriction,
17   I -- other than Troy's e-mail to me on November 3rd,
18   2020, requesting that we set up this line
19   restriction, I don't recall any contractual
20   obligation regarding a line restriction.
21          Q.   Do you ever recall -- and forgive me if
22   I asked this before, but do you ever recall Troy
23   Brenes contacting you and saying "I want to draw
24   down X dollars in order to pay Legal Recovery
25   Associates"?  In other words, submitting an actual
```

Page 96

1                 Megan Payne
2   draw request to pay LRA?
3         A.   I don't recall him ever doing that.
4         Q.   And you don't recall ever saying "You
5   can't use our line to pay Legal Recovery Associates,"
6   right?
7         A.   I don't recall saying that.
8         MR. SOLOMON:   Okay.  It's 12:00 o'clock.
9   Let's take a break.
10        (A recess was then taken.)
11  The following was marked for Identification:
12   PLF EXH. 24            Composite exhibit of e-mails
13        BY MR. SOLOMON:
14        Q.   All right.  I'm going to -- Plaintiff's
15  Exhibit 24 is a compilation of e-mails that you
16  produced or your company produced in response to
17  the subpoena.
18        There's no good way to deal with this.  Does
19  CAL maintain or engage in e-mail communications
20  with its clients during the ordinary course of
21  business?
22        A.   The employees of Counsel Financial on
23  behalf of CAL engage in communications with the
24  clients of CAL.
25        Q.   So that's CF II?