# EXHIBIT B

**From:** Howard _
**Sent:** Tuesday, October 13, 2020 2:20 PM EDT
**To:** Troy Brenes
**Subject:** follow up

Troy,

As a follow up to our conversation of today the following should clarify where we are.

Our commitment for monthly advances was as follows:

1. 15k per month January 2017-March 2017.
2. 28k per month April 2017 going forward.

That total to date is $913k. We have advanced $1,835,000. That is an excess of $922,000.

Per our discussion today I want to confirm that we mutually agree to offset the excess against future contributions of $28k monthly until the $922k is exhausted. Thereafter we will resume the $28k monthly to the extent hernia mesh inventories remain substantially unresolved.

Please also let us know if you have any discrepancy on the $1,781,725 marketing and the related invoices that you need addressed.

Howard