# EXHIBIT C

| | |
|---|---|
| **From:** | Troy Brenes |
| **Sent:** | Wednesday, October 28, 2020 4:25 PM EDT |
| **To:** | Howard _ |
| **Subject:** | Re: Follow up |

Please send an updated statement of the loan amounts as soon as possible so Counsel Financial has an accurate statement of what is owed to LRA and the account information for where payments can be made. Counsel Financial cannot finalize my loan request without knowing what I have borrowed from LRA. Again, please get that to me or Counsel Financial as soon as possible.

On separate matters relating to the co-counsel relationship between BLG and LLG, I did review the marketing campaigns. The only one that I could not confirm was a $200,000 marketing spend with CAMG. Part of that was because the invoice number and date was illegible. I followed up with them to get a clean copy, and it looks like the campaign may have started in 2019 but was paid in 2020. I can't find any communications about this on my end as of yet. It could be because the exact timing of the campaign may be a little off. At some point just send me any communications you have regarding that one. As discussed though, it's really a non-issue.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

On Wed, Oct 28, 2020 at 1:09 PM <howard@legalrecover.com> wrote:
> Troy
>
> We have been getting calls from counsel about payoff letters.
>
> As you requested we gave you the additional loan couple weeks back and never heard back from you after on both the marketing $ and the email on our co-counsel contributions.
>
> We did not hear back anything on your Zantac criteria either.

> Please call me to make sure we get on the same page.
>
> Howard

LRA000247