# EXHIBIT D

| | |
|---|---|
| **From:** | Howard _ |
| **Sent:** | Wednesday, October 28, 2020 6:03 PM EDT |
| **To:** | Troy Brenes |
| **Subject:** | Fwd: Brenes Payoff |

Im lost.  I send you emails.  you only answer some of them.  If you want to move forward with this please call me.

---------- Forwarded message ---------
From: **George Lui** <glui@legalrecover.com>
Date: Wed, Oct 28, 2020 at 4:44 PM
Subject: Fwd: Brenes Payoff
To: Howard _ <howard@legalrecover.com>


Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com


---------- Forwarded message ---------
From: **Troy Brenes** <tbrenes@breneslawgroup.com>
Date: Wed, Oct 28, 2020 at 4:43 PM
Subject: Re: Brenes Payoff
To: George Lui <glui@legalrecover.com>
Cc: Steve Mingle <smingle@counselfinancial.com>


Please send counsel financial the requested information.

On Wed, Oct 28, 2020, 1:38 PM George Lui <glui@legalrecover.com> wrote:
> Steve,
>
> I believe we're waiting on a call from Troy, thanks.
>
> Regards,
>
> George Lui
> Legal Recovery Associates, LLC
> 1400 Old Country Road, Suite 305

LRA000249

Westbury, NY 11590
(516) 228-8043
www.legalrecover.com

On Wed, Oct 28, 2020 at 3:58 PM Steve Mingle <smingle@counselfinancial.com> wrote:
George:

A quick note to follow my call - can you please provide an updated payoff figure and wire instructions?

Thanks,
Steve

**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
6400 Main Street
Suite 120
Williamsville, NY 14221

Toll-Free: 1-800-820-4430
Fax: (716) 568-0266
http://www.counselfinancial.com/

Sent from my iPhone

> On Oct 16, 2020, at 1:52 PM, Steve Mingle <smingle@counselfinancial.com> wrote:

> George:

> A quick note to follow my call - Can you please forward Troy Brene's payoff figure with wire instructions?

> Thanks and hope all is well on your end.
> Steve

> --
> **Steve Mingle**
> Vice President, Business Development

> **Counsel Financial Services**
> THE POWER OF ATTORNEY FUNDING®

LRA000250

6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
smingle@counselfinancial.com - http://www.counselfinancial.com/

LRA000251