# EXHIBIT E

| | |
|---|---|
| **From:** | Troy Brenes |
| **Sent:** | Wednesday, October 28, 2020 7:33 PM EDT |
| **To:** | Howard _ |
| **Subject:** | Re: follow up |

I have been in deposition all day.

Counsel Financial has confirmed it does not require the letter you felt raised concerns for LLG, and based off of the email sent a couple hours back appears ready to fund. All I need is a statement from LRA indicating what is owed to LRA under the promissory notes and the account info so I can repay the loan to LRA. As previously noted, the repayment of the loan to LRA has nothing to do with any co-counsel arrangement between LRA and LLG, so there is no reason for LRA not to disclose repayment information. If LRA is unable or unwilling to send that information, please let me know. Otherwise, please ask George to send the information to Counsel Financial. Again all we are asking for is a statement of what LRA is owed under the promissory notes and the account information so we make repayment to.

On a separate matter, there is still some things BLG and LLG need to work out regarding the co-counsel agreement between LLG and BLG. The main issue is BLG has raised concerns that LLG has not contributed anything to these cases since August 2019. On the other hand, LLG believes it has overcontributed and need not contribute anything further to joint cases for about another 32 months. In looking at the expenses and time BLG is putting into these cases and the fact that both the number of cases and time required are far higher than originally anticipated, we frankly need LLG to help with these cases. BLG has paid hundreds of thousands of dollars to KCC, and further hundreds of thousands of dollars in medical records collection costs alone. On top of this, we have spent and will continue to spend many thousands of hours working up the cases and litigating them. We would ask that LLG reconsider the decision to not contribute anything to these cases for next 32 months. Again this is a separate issue from the repayment of the loan to LRA, and something that we can continue to discuss until we find a fair way forward for everyone.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic

message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

On Wed, Oct 28, 2020 at 1:38 PM Howard _ <howard@legalrecover.com> wrote:
sent you the below on 10/13. no response. where are we?

as far as the 200k CAMG invoice i'll have George pull the records and correspondence. Do you not have the cases from CAMG from such campaign?

---------- Forwarded message ---------
From: **Howard _** <howard@legalrecover.com>
Date: Tue, Oct 13, 2020 at 2:20 PM
Subject: follow up
To: Troy Brenes <tbrenes@breneslawgroup.com>


Troy,

As a follow up to our conversation of today the following should clarify where we are.

Our commitment for monthly advances was as follows:

1. 15k per month January 2017-March 2017.
2. 28k per month April 2017 going forward.

That total to date is $913k. We have advanced $1,835,000. That is an excess of $922,000.

Per our discussion today I want to confirm that we mutually agree to offset the excess against future contributions of $28k monthly until the $922k is exhausted. Thereafter we will resume the $28k monthly to the extent hernia mesh inventories remain substantially unresolved.

Please also let us know if you have any discrepancy on the $1,781,725 marketing and the related invoices that you need addressed.

Howard