# EXHIBIT F

| | |
|---|---|
| **From:** | Troy Brenes |
| **Sent:** | Tuesday, January 5, 2021 4:11 PM EST |
| **To:** | Howard _; George Lui |
| **Subject:** | Promissory Notes |

Gentleman:

We have made several requests for information necessary for Brenes Law Group, P.C. to payoff all promissory notes from LRA. This includes the amount owed and the account information for us to wire the funds. We again ask that you please send this information in writing immediately.

Sincerely,

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.