# EXHIBIT G

| | |
|---|---|
| **From:** | Howard _ |
| **Sent:** | Tuesday, January 5, 2021 4:30 PM EST |
| **To:** | Troy Brenes |
| **CC:** | George Lui |
| **Subject:** | Re: Promissory Notes |

Troy,

Im confused by this email.  We started an email exchange on October 28 regarding the matters at hand including the LRA payoff and our last email went unanswered to this day.
I have also implored you to get on the phone on numerous occasions as we dont want to leave issues unresolved for a later date.

Why now over two months later are we again getting an email that doesnt attempt to address the remaining open issues?

We have not even received confirmation from you regarding the CAMG marketing payment that you asked we reconfirm, which was immediately provided back in October.

We remain committed to our relationship with Brenes Law and have invested significantly to that end.  I am around for a call at your convenience.

Howard

On Tue, Jan 5, 2021 at 4:17 PM Troy Brenes <tbrenes@breneslawgroup.com> wrote:
  Gentleman:

  We have made several requests for information necessary for Brenes Law Group, P.C. to payoff all promissory notes from LRA. This includes the amount owed and the account information for us to wire the funds. We again ask that you please send this information in writing immediately.

  Sincerely,

  Troy A. Brenes
  **Brenes Law Group, P.C.**
  27141 Aliso Creek Road, Suite 270
  Aliso Viejo, CA 92656
  (888) 862-6104 Toll Free
  (949) 397-9360 Telephone
  (949) 607-4192 Facsimile
  www.BrenesLawGroup.com

  Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If

you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

LRA000170