UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEGAL RECOVERY ASSOCIATES, LLC,

        Plaintiff,

  -against-                                 22-CV-1778 (ER) (BCM)

BRENES LAW GROUP, P.C., *et al.*,

        Defendants.           **DECLARATION OF GEORGE LIU IN**
                                                                 **SUPPORT OF PLAINTIFF'S MOTION**
-----------------------------------------------------------x  **FOR SUMMARY JUDGMENT**

LEGAL RECOVERY ASSOCIATES LLC,

        Plaintiff,

  -against-                                 23-CV-2446 (ER) (BCM)

BRENES LAW GROUP, P.C.

        Defendant.
-----------------------------------------------------------x

CONSOLIDATED CASES
-----------------------------------------------------------x

GEORGE LUI, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am the chief accounting officer for Legal Recovery Associates, LLC ("LRA"). I submit this declaration in support of LRA's motion for summary judgment. The statements below are based on my personal knowledge and my review of company records, which are maintained in the ordinary course of business.

    2.    Defendant Brenes Law Group, P.C. ("BLG") has made no payments to LRA on any of the eight promissory notes that are at issue in this case.

    3.    BLG has never delivered to LRA a check or other form of payment, including cash, in repayment of the promissory notes (or any part of them).

    4.    On three occasions, I provided Troy Brenes of BLG with a payoff calculation for the promissory notes: On August 4, 2020 (Ex. 20 to the Declaration of Andrew T. Solomon,

dated January 9, 2024 ("Solomon Decl."), on January 6, 2021 (Solomon Decl. Ex. 32), and on January 15, 2021 (Solomon Decl. Ex. 33). On August 4, 2020 and on January 6, 2021, I provided an Excel spreadsheet (Solomon Decl. Ex. 20 at LRA000076 and Ex. 32 at LRA000002) showing LRA's calculation of the total amount of principal and interest due on the notes for any day (in the past or in the future) that BLG decided to make payment. On January 6, 2021 and January 15, 2021, I provided BLG with LRA's wire instructions for it to use for making payment. Solomon Decl. Ex. 32 at LRA000001 and Ex. 33.

5. Brenes did not respond to either of my January 2021 emails. BLG neither disputed nor asked any questions about LRA's method of calculating the principal and interest due on the eight promissory notes. BLG also made no payment in response.

6. On January 21, 2022, I transmitted to Troy Brenes, via email, a default notice and demand for immediate payment of the entire balance due on the first two notes. Solomon Decl. Ex. 34. In the notice, I provided BLG with the payoff amount and wire information. ECF [22-cv-1778] 1-1 at 32 of 34; Solomon Decl. Ex. 34 at LRA000010.

7. On January 21, 2022, in connection with the terms of Notes 3-8, LRA transmitted a letter to BLG requesting information about case collections on its product liability cases. ECF [23-cv-02446] 1-7; Solomon Decl. Ex. 35 at LRA000011. We informed BLG that it believed that BLG had received payments on its product liability cases, which would trigger a payment date, and invited BLG to provide a sworn statement if it was claiming that no payment had been received. Ex. 35 at LRA000012. We also included wire instructions. Ex. 35 at LRA000013.

8. On February 24, 2023, I emailed a default notice and demand for immediate payment of the entire balance due on the last six notes. ECF [23-cv-2446] at 1-8; Solomon Decl.

2

Ex. 36. In this demand, I provided BLG with the payoff amount and wire information. *Id* at p. 2.[1]

9.   BLG did not respond to any of these communications and made no payments in response to the two default notices and demands for immediate payment of the entire balance due on the notes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2024

_____
George Lui

---

[1] The wire instructions were not filed on the ECF dockets (ECF [23-cv-2446] 1-8), but were separately attached to the email that I transmitted to BLG on February 24, 2023.