

January 29, 2024

**[Via ECF]**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740 New York, NY 10007

> Re:   *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.,*
> *22-cv-1778 (Action #1)*
> *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., 23-cv-2446 (Action #2)*

Dear Judge Moses,

On January 16, 2024, plaintiff Legal Recovery Associates, LLC ("LRA") filed a Motion for Summary Judgment. *See*, ECF Dkt. 95. Brenes Law Group's ("BLG's") deadline to file its response to this motion is currently January 30, 2024. BLG requests an extension of time to respond to LRA's motion.

Defense counsel's spouse was recently diagnosed with cancer, which has required surgery and multiple health care visits. Defense counsel's ability to prepare a response in opposition to the pending Motion for Summary Judgment has been delayed by these unexpected health issues in his immediate family. There have been no previous requests for an extension of time to respond to Defendant's Motion for Summary Judgment. BLG has met and conferred with LRA, and LRA does not oppose this motion.

Therefore, BLG respectfully requests that its deadline to respond to LRA's motion for summary judgment be extended from January 30, 2024, to February 6, 2024, and LRA's deadline to file a reply similarly be extended to February 15, 2024. This extension does not impact any other scheduled court conferences or hearings in this case.

Respectfully,
Brenes Law Group, P.C.

By: /s/ Troy A. Brenes

cc: Andrew Solomon, Esq.

---

*Main Office*

100 Spectrum Center Drive
Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192

*Rhode Island Office*

623 Post Road
Warwick, RI 02888
Tel: (949) 397-9360
Fax: (949) 607-4192

PLEASE REPLY TO THE
MAIN OFFICE ADDRESS