

February 5, 2024

**[Via ECF]**

Hon. Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740 New York, NY 10007

 Re: Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al., 22-cv-1778 (Action #1)
   Legal Recovery Associates, LLC v. Brenes Law Group, P.C., 23-cv-2446 (Action #2)

Dear Judge Moses,

 Plaintiff Legal Recovery Associates, LLC ("LRA") filed a Motion for Summary Judgment on January 16, 2024. *See*, ECF Dkt. 95. Brenes Law Group's ("BLG's") deadline to file its response to this motion is currently February 6, 2024. BLG requests a brief extension of time to respond to LRA's motion until February 9, 2020.

 The Court has previously granted one extension of time to respond to the summary judgment motion. *See*, Dkt No. 107. Counsel for Defendant's wife was recently diagnosed with cancer which required surgery and multiple health care visits. Counsel for Defendant has been caring for his wife and children due to this health event. Despite working diligently to complete the opposition brief, counsel for Defendant requires a short extension of time to complete drafting his opposition to LRA's Motion for Summary Judgment.  BLG has met and conferred with LRA, and LRA does not oppose this motion.

 BLG requests that its deadline to respond to LRA's motion for summary judgment be moved from February 6, 2024, to February 9, 2024 and LRA's deadline to file a reply be moved to February 20, 2024. This extension does not impact any other scheduled court conferences or hearings in this case.

             Respectfully,
             Brenes Law Group, P.C.

             By: /s/ Troy A. Brenes

cc: Andrew Solomon, Esq.

*Main Office*

100 Spectrum Center Drive
Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192

*Rhode Island Office*

623 Post Road
Warwick, RI 02888
Tel: (949) 397-9360
Fax: (949) 607-4192

PLEASE REPLY TO THE
MAIN OFFICE ADDRESS