## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LEGAL RECOVERY ASSOCIATES LLC

       *Plaintiff,*

  -against-

BRENES LAW GROUP, P.C. AND TROY A. BRENES

       *Defendants,*

 

BRENES LAW GROUP, P.C. AND TROY A. BRENES

       *Counterclaim Plaintiffs*,

  vs.

LEGAL RECOVERY ASSOCIATES LLC; HOWARD B. BERGER, GREGORY GOLBERG; GARY PODELL; LAWRENCE LITIGATION GROUP, LP, and DOES 1-50

       *Counterclaim Defendants,*

**Case No. 22-cv-1778 (ER) (BCM)**

**DECLARATION OF TROY A. BRENES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Troy A. Brenes, declare as follows:

1.    I am an attorney duly licensed to practice law before all courts of the State of California.  My firm, Brenes Law Group, P.C., ("BLG") represents Defendant Troy A. Brenes and BLG in this matter. This declaration is submitted in support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

2.    Defendants note that the funds for these notes were not made available to BLG until: Note 1: July 10, 2019, Note 2: September 13, 2019, Note 3: December 13, 2019, Note 4:

March 5, 2020, Note 5: June 11, 2020, Note 6: August 10, 2020, Noe 7: September 2, 2020, and Note 8: October 14, 2020. Decl. of Troy Brenes.

3.    At the time the line of credit was entered into between California Attorney Lending II and BLG on October 28, 2020, a reserve of $3,489,280.82 was put in place. This amount required I take a higher loan than anticipated and the overall loan amount was assessed a 1% origination charge. Ex. A is a true and correct copy of email between me and a representative of CAL indicating a reserve amount to maintain as of November 3, 2020.

4.    On October 28, 2020, CAL informed me that they would fund a line of credit for BLG but that they wanted a reserve kept to potentially cover amounts due LRA under the Notes.

5.    In March 2023, LRA through Andrew Solomon demanded payment for Notes 3 through 8. At the time Mr. Solomon alleged these loans were also covered by the personal guarantee but dropped the claim once LRA filed suit. I held extensive discussions with Mr. Solomon and as, BLG had done since 2020, offered to pay all amounts owed under the Notes except for interest that accrued after LRA blocked BLG's efforts to repay the Notes. LRA demanded repayment of all interest accrued to the present and stated that any repayment would only be applied to interest.

6.    On January 6, 2020 was the first time that LRA ever provided wiring information and information regarding amounts owed on all Notes despite Defendants and CAL having requested this information since July 2020.

7.    In 2016, BLG entered into an Attorney Association Agreement with a lawfirm by the name of Lawrence Litigation Group in 2016, which contemplated that the two law firms would collaboratively pursue certain types of personal injury actions and share the associated fees and costs.

8.    In early 2019, Berger and Goldberg suggested that BLG "shift its line of credit from California Attorney Lending II, Inc (CAL) to a third-party lender to LRA. BLG agreed to do so, which resulted in Notes 1 through 8. LLG ultimately breached the Association Agreement by refusing to contribute its share of the expenses for the personal injury actions the firms were pursuing together.

9.    Concerned that LRA would withhold future funding as way to inhibit BLG from challenging LLG's breach of the Attorney Association Agreement, I reached out to its prior lender CAL, to arrange a new line of credit to repay the entire debt owed to LRA," including all accrued interest on Notes 1 through 8.

10.    CAL agreed to fund the loan, including repayment of all amounts owed to LRA under the Notes so long as BLG could obtain a "Payoff Letter" from LRA which confirmed the total amount owed, the per diem amount being accrued daily, wiring instructions, that any UCC filed would be withdrawn, and that all debts owed to LRA pursuant to the Notes would be resolved once the confirmed payment amount was made.

11.    Exhibit B is a true and correct copy of an email exchange between me and Howard Berger on July 25, 2020.

12.    On July 25, 2020, I emailed Howard Berger and George Lui, both of whom worked for LRA, and indicated that BLG had arranged another line of credit for BLG, which required that all amounts owed under any promissory notes taken by BLG from LRA be repaid.

13.    My email also noted that the new loan provider required LRA to complete an attached letter which required identification of the total payoff amount due under the promissory notes, the per diem interest amount that was accruing, wiring instructions, and acknowledgement that any UCC filing based on the promissory notes would released. The attachment to the July

DECLARATION OF TROY A. BRENES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

25, 2020 email communication notes that "If you are unable to process this request for any reason, or if you have any questions, please contact Megan Payne at 800-820-4430. Ex. 19 to Solomon Dep'n.

14. On July 25, 2020, Berger responded that LRA conditioned its willingness to provide the requested information and the requested Payoff Letter on BLG agreeing to give concessions regarding the Attorney Association Agreement between BLG and LRA.

15. I immediately responded as follows:

    a. that the "Payoff letter" only relates to Legal Recovery Associates and the loans BLG took from that entity that BLG could use for any case. The co-counsel arrangement with LLG and LLG's right to reimbursement for contributions are not affected by that letter in any way. There is nothing different from BLG previously had counsel financial as a loan provider. I cannot give away LLG's interest in any cases as LLG is a separate entity than BLG and nothing in that letter suggests otherwise.

16. While George Lui provided an excel spreadsheet on August 4, 2020 showing the amount LRA alleged it was owed on Notes 1-5, LRA refused to provide the Payoff letter, wiring instructions, or the pre diem charge.

17. Thereafter, Megan Payne and Steve Mingle (from CAL) and I made numerous efforts to follow up with Howard Berger and George Lui to obtain the Payoff letter and the information necessary to repay all debts owed under the Notes.

18. On August 28, 2020, Megan Payne requested that LRA complete a revised Payoff letter that incorporated payment information on Notes 1-5 provided by George Lui on August 4, 2020. However, Note 6 was taken on August 6, 2020 rendering the information from Mr. Lui no

DECLARATION OF TROY A. BRENES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

longer valid. Attached hereto as Exhibit C is a true and correct copy between Megan Payne and members of LRA dated August 25, 2020.

19.   On August 31, 2020, Megan Payne again requested that LRA complete the Payoff Letter. A true and correct copy of the email communication is attached hereto as Exhibit D.

20.   On September 11, 2020, Steve Mingle from CAL followed up with George Lui from LRA and provided yet another draft payoff letter to try to placate LRA's alleged concerns. A true and correct copy of this communication is attached hereto as Exhibit E. On September 21, Steve Mingle called George Lui to again follow up. *Id.*

21.   On September 21, 2020, I emailed Howard Berger to again confirm the Payoff letter only related to the Notes between BLG and LRA and offering yet another proposed modification to address LRA's alleged concerns. See, Ex. E at p. 1.

22.   On October 8, 2020, I reached out to Howard Berger yet again with another proposed payoff letter to address LRA's alleged concerns that the Payoff letter could somehow be deemed to reach issues other than repayment of the Notes. A true and correct copy of the email is attached here to as Ex. F.

23.   On October 12, 2020, after nearly three months of trying to get LRA to agree to any Payoff Letter or to get any proposal from LRA as to what they actually wanted in the letter, LRA responded with it proposed language which consisted of the following:

> Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants or conditions of that certain Second Amended Attorney Association Agreement between Borrower, and any successors and/or assigns, and Lawrence Litigation Group, LP dated March 27, 2017, which is an agreement that is valid, enforceable, in good standing, and not affected by the payoff of the Loans,"

A true and correct copy of this email communication is attached hereto as Ex. F.

DECLARATION OF TROY A. BRENES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

24.    Despite three months of effort after notifying LRA that the Payoff did not and should not mention LLG in anyway whatsoever, LRA continued to insist without any explanation or justification that the Payoff letter had to include language requiring BLG to cede its right to challenge whether a third-party entity was in compliance with a separate agreement.

25.    On October 16 and 28, Steve Mingle from CAL requested that LRA provide update payment amount for all notes and wire instructions. In response George Lui alleged LRA was waiting for a call before sending. As this was just more delay and excuses, I immediately responded and requested George Lui send the requested payment amount and wire instruction. A true correct copy of these communications are attached hereto as Exhibit G.

26.    As it became apparent that LRA was acting in bad faith to try to prevent BLG from obtaining alternative financing or repaying its debts under the Notes, Brenes and BLG gave up trying to work with LRA and CAL agreed to move forward without a Payoff letter.

27.    On October 28, 2020, I notified Howard Berger that the loan with CAL had gone through and that I ready, able and willing to payoff all debts to LRA, I just needed confirmation of all amounts owed under the Notes and wire instructions.

28.    However, LRA still refused to provide wiring instructions or any confirmation as to the amount owed under the Notes.

29.    LRA demanded payment of all interest that accrued on the Notes between July 28, 2020 through January 6, 2020 despite having acted to intentionally delay Plaintiff's ability to repay the Notes.

30.    In March 2020, I spoke with Owen Cyrulnik who alleged he was representing the interest of LRA. I indicated was more than happy to repay the loans but that he would not agree

to pay the interest that accrued while LRA was intentionally preventing repayment. LRA would

not agree to withdraw their demand for repayment of all interest.

31.     It has been and continues to be my understanding from CAL that BLG cannot use

its available funds through CAL to Payoff the Notes unless there is confirmation that the

payments will resolve all liabilities under the Notes.

I declare under penalty of perjury under the laws of the State of California that the foregoing

is executed this 9th day of February, 2024, in Irvine, California.


/s/ Troy A. Brenes
Troy A. Brenes
BRENES LAW GROUP, P.C.
100 Spectrum Center Drive, Ste. 330
Irvine, California 92618
P: 949.397.9360
tbrenes@breneslawgroup.com

DECLARATION OF TROY A. BRENES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

Exhibit A

 Gmail

**Troy Brenes <tbrenes@breneslawgroup.com>**

---

## Notarized Loan Documents

6 messages

---

**Maya Brenes** <mbrenes@breneslawgroup.com>          Wed, Oct 28, 2020 at 2:55 PM
To: Megan Payne <mpayne@counselfinancial.com>, Troy Brenes <tbrenes@breneslawgroup.com>

Hi Megan,

Please see the attached.

Thank you!
Maya
Maya G. Brenes
*Partner*
**Brenes Law Group, P.C.**
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com



Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

 **Notarized Loan Documents.pdf**
18832K

---

**Megan Payne** <mpayne@counselfinancial.com>          Wed, Oct 28, 2020 at 3:34 PM
To: Maya Brenes <mbrenes@breneslawgroup.com>, Troy Brenes <tbrenes@breneslawgroup.com>

Thank you. Do you have an updated payoff amount and wire instructions for the current loan?

[Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>          Wed, Oct 28, 2020 at 4:47 PM
To: Megan Payne <mpayne@counselfinancial.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>

I have sent 3 follow up emails today requesting that the information be disclosed. Still have not received it. The intent seems to be to hold us hostage by refusing to disclose unless we sign a separate document stating that a separate entity (LLG) is compliant regarding the co-counsel relationship. Obviously, I can bring a declaratory action seeking disclosure of the amount and banking information. In the meantime, however, can Counsel start funding if we set aside the known loan amount into a seperate account. We can identify it ourselves simply by applying the interest rate to the total amount borrowed.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

[Quoted text hidden]

---

**Megan Payne** <mpayne@counselfinancial.com>                    Thu, Oct 29, 2020 at 8:04 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

We're willing to fund without paying them off but we would keep a reserve/restricted availability for the amount due to them.  Please send me the last statement you have from them so I can get the correct amount.  Also let me know how much you need for the first draw and use of proceeds.

[Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                    Thu, Oct 29, 2020 at 8:06 AM
To: Megan Payne <mpayne@counselfinancial.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

Will do, thank you.
[Quoted text hidden]

---

**Megan Payne** <mpayne@counselfinancial.com>                    Fri, Oct 30, 2020 at 3:42 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: Maya Brenes <mbrenes@breneslawgroup.com>, Steve Mingle <smingle@counselfinancial.com>

If you get the numbers to me today we can get everything set up to fund on Monday.

Sent from my iPhone

On Oct 29, 2020, at 11:04 AM, Megan Payne <mpayne@counselfinancial.com> wrote:

[Quoted text hidden]

Exhibit B

            **Troy Brenes <tbrenes@breneslawgroup.com>**

---

# Pay off Letter
4 messages

---

**Troy Brenes** <tbrenes@breneslawgroup.com>       Sat, Jul 25, 2020 at 12:47 PM
To: Howard _ <howard@legalrecover.com>, George Lui <glui@legalrecover.com>

As we discussed, I have arranged another line of credit and as part of those terms BLG has to pay off the promissory notes BLG took from LRA. My records show there were five promissory notes for a total loan amount, excluding interest, of $2,600,000.00. The loan provider has also requested the attached letter be completed. Please review and execute the attached as soon as possible. If you have any concerns, please let me know.

Best Regards,

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

 **July 24, 2020 Pay Off Letter.docx**
17K

---

**howard@legalrecover.com** <howard@legalrecover.com>       Sat, Jul 25, 2020 at 1:28 PM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: George Lui <glui@legalrecover.com>

How are you treating the accumulated
Monthly amounts we provided. Need acknowledgement that 1. Those amounts will still remain outstanding and 2. Such amount and our fee share from the co counsel will be paid first before any amounts paid to your lender and your lender will only receive funds from your net share of fees

Thanks

Howard

       On Jul 25, 2020, at 3:47 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:

       [Quoted text hidden]
       <July 24, 2020 Pay Off Letter.docx>

---

**Troy Brenes** <tbrenes@breneslawgroup.com>       Tue, Jul 28, 2020 at 10:25 AM
To: Howard <howard@legalrecover.com>
Cc: George Lui <glui@legalrecover.com>

I left you a vm just now. Call me when you are free to discuss. The letter only relates to Legal Recovery Associates and the loans BLG took from that entity that BLG could use for any case. The co-counsel arrangement with LLG and LLG's right to reimbursement for contributions are not affected by that letter in any way. There is nothing different from BLG previously had counsel financial as a loan provider. I cannot give away LLG's interest in any cases as LLG is a separate entity than BLG and nothing in that letter suggests otherwise.

[Quoted text hidden]

---

**howard@legalrecover.com** <howard@legalrecover.com>        Tue, Jul 28, 2020 at 10:31 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: George Lui <glui@legalrecover.com>

Ring me tomorrow. I'm out at moment.

Howard

      On Jul 28, 2020, at 1:30 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:

      [Quoted text hidden]

Exhibit C

 **Gmail**

**Troy Brenes <tbrenes@breneslawgroup.com>**

---

## Brenes payoff
2 messages

---

**Megan Payne** <mpayne@counselfinancial.com>
To: glui@legalrecover.com
Cc: Troy Brenes <tbrenes@breneslawgroup.com>

Fri, Aug 28, 2020 at 7:15 AM

George:


Attached please find a payoff letter for you to execute so we can make a final payment of the amount due on behalf of Troy Brenes.  We used the payoff amount from the spreadsheet you provided to Troy but also need your wire instructions to send the funds.  Please let me know if you have any comments or questions.


**Megan Payne**
Chief Operating Officer

Counsel Financial
THE POWER OF ATTORNEY FUNDING®
6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266

mpayne@counselfinancial.com - www.CounselFinancial.com

The only law firm financing company *exclusively endorsed* by AAJ & NTL

---

📄 **Brenes Payoff Letter.pdf**
8K

---

**Steve Mingle** <smingle@counselfinancial.com>
To: Megan Payne <mpayne@counselfinancial.com>
Cc: glui@legalrecover.com, Troy Brenes <tbrenes@breneslawgroup.com>

Fri, Sep 11, 2020 at 7:48 AM

George:

Hope all is well - Attached please find an updated payoff letter. We believe this addresses your concerns.

Please reach out with any questions or feedback.

Thank you,
Steve

[Quoted text hidden]
--
**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
THE POWER OF ATTORNEY FUNDING®

6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
smingle@counselfinancial.com - http://www.counselfinancial.com/

---

 **Brenes Payoff Letter-20200910.pdf**
84K

Exhibit D



**Troy Brenes <tbrenes@breneslawgroup.com>**

---

## RE: Brenes payoff

**Megan Payne** <mpayne@counselfinancial.com>                    Mon, Aug 31, 2020 at 8:42 AM
To: glui@legalrecover.com
Cc: Troy Brenes <tbrenes@breneslawgroup.com>

George:


I did not receive a response.  Please send over the payoff letter.

---

**From:** Megan Payne <mpayne@counselfinancial.com>
**Sent:** Friday, August 28, 2020 10:15 AM
**To:** 'glui@legalrecover.com' <glui@legalrecover.com>
**Cc:** Troy Brenes <tbrenes@breneslawgroup.com>
**Subject:** Brenes payoff


George:


Attached please find a payoff letter for you to execute so we can make a final payment of the amount due on behalf of Troy Brenes.  We used the payoff amount from the spreadsheet you provided to Troy but also need your wire instructions to send the funds.  Please let me know if you have any comments or questions.


**Megan Payne**
Chief Operating Officer

Counsel Financial
THE POWER OF ATTORNEY FUNDING®
6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266

mpayne@counselfinancial.com - www.CounselFinancial.com

The only law firm financing company *exclusively endorsed* by AAJ & NTL

Exhibit E

**tbrenes@breneslawgroup.com**

| | |
|---|---|
| **From:** | Troy Brenes <tbrenes@breneslawgroup.com> |
| **Sent:** | Monday, September 21, 2020 2:10 PM |
| **To:** | Howard _ |
| **Subject:** | Re: Brenes payoff |

The last we spoke was the discussion regarding proposed language to address concerns by LLG that the pay-off letter could be construed as affecting rights and liabilities between LLG and BLG. I informed Counsel Financial of the concern, and the letter from them was their attempt to address that concern. As previously discussed, the pay-off letter only relates to the lines of credit borrowed from LRA. It does not affect any rights and liabilities between BLG and LLG. If your attorney has any concerns with their language, please have him modify it. For example, I would personally suggest the following:

Notwithstanding anything contained herein to the contrary, all obligations under the Loans that are intended to survive termination shall continue to be in full force and effect. Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants, conditions, rights, or liabilities between Borrower and Lawrence Litigation Group, LP. THIS LETTER SHALL BE GOVERNED AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK

In respect to the marketing amounts, George only sent me numbers. If you want me to verify the amount, I need to do my due diligence and actually verify those numbers by reviewing invoices and agreements. I can and have verified some of this from searching emails but I have not been able to verify a decent amount these by those searches. This does not mean I am claiming the numbers are wrong, I just need to see the materials confirming the amounts.


Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


On Mon, Sep 21, 2020 at 1:02 PM <howard@legalrecover.com> wrote:
  Never heard back from you. Believe George sent you all you requested.

  Howard

  Begin forwarded message:

**From:** George Lui <glui@legalrecover.com>
**Date:** September 21, 2020 at 3:55:22 PM EDT
**To:** Howard _ <howard@legalrecover.com>
**Subject: Fwd:  Brenes payoff**


Steve @ Counsel just called me following up, I told him I'd get back to him.


Regards,

George Lui
Legal Recovery Associates, LLC
1400 Old Country Road, Suite 305
Westbury, NY 11590
(516) 228-8043
www.legalrecover.com


---------- Forwarded message ---------
From: **Steve Mingle** <smingle@counselfinancial.com>
Date: Fri, Sep 11, 2020 at 10:48 AM
Subject: Re: Brenes payoff
To: Megan Payne <mpayne@counselfinancial.com>
Cc: <glui@legalrecover.com>, Troy Brenes <tbrenes@breneslawgroup.com>


George:

Hope all is well - Attached please find an updated payoff letter. We believe this addresses your concerns.

Please reach out with any questions or feedback.

Thank you,
Steve



On Fri, Aug 28, 2020 at 10:15 AM Megan Payne <mpayne@counselfinancial.com> wrote:

> George:
>
>
> Attached please find a payoff letter for you to execute so we can make a final payment of the amount due on behalf of Troy Brenes.  We used the payoff amount from the spreadsheet you provided to Troy but also need your wire instructions to send the funds.  Please let me know if you have any comments or questions.

**Megan Payne**
Chief Operating Officer

Counsel Financial
THE POWER OF ATTORNEY FUNDING®
6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266

mpayne@counselfinancial.com – www.CounselFinancial.com

The only law firm financing company *exclusively endorsed* by AAJ & NTL

--
**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
THE POWER OF ATTORNEY FUNDING®

6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
smingle@counselfinancial.com - http://www.counselfinancial.com/

Exhibit F

 Gmail                                                    **Troy Brenes <tbrenes@breneslawgroup.com>**

---

## Payoff Letter Re Promissory Notes from
7 messages

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                    Thu, Oct 8, 2020 at 10:14 AM
To: Howard _ <howard@legalrecover.com>, George Lui <glui@legalrecover.com>

    Please see the attached modified payoff letter requested by Counsel Financial.  They have modified the letter to
reference the specific existing agreement between LLG and BLG. I believe they just want to make sure they are aware of
all existing agreements between LLG and BLG, which is understandable. If this is acceptable, please execute and return
as soon as possible.

    Troy A. Brenes
    **Brenes Law Group, P.C.**
    27141 Aliso Creek Road, Suite 270
    Aliso Viejo, CA 92656
    (888) 862-6104 Toll Free
    (949) 397-9360 Telephone
    (949) 607-4192 Facsimile
    www.BrenesLawGroup.com

    Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are
protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential
and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient
named above.  If you have received this electronic message in error, please notify the sender and delete the electronic
message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly
prohibited.

---

   📄 **Brenes Payoff Letter.docx**
    23K

---

**Howard _** <howard@legalrecover.com>                         Thu, Oct 8, 2020 at 10:21 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: George Lui <glui@legalrecover.com>

    i have called you 2x and emailed you to follow up.  please ring me when free.
    [Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                    Fri, Oct 9, 2020 at 10:12 AM
To: Howard _ <howard@legalrecover.com>, George Lui <glui@legalrecover.com>

    Please let me know if there are any objections or concerns with this.

    Troy A. Brenes
    **Brenes Law Group, P.C.**
    27141 Aliso Creek Road, Suite 270
    Aliso Viejo, CA 92656
    (888) 862-6104 Toll Free
    (949) 397-9360 Telephone
    (949) 607-4192 Facsimile
    www.BrenesLawGroup.com

    Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are
protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential
and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient
named above.  If you have received this electronic message in error, please notify the sender and delete the electronic

---

message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

[Quoted text hidden]

---

**howard@legalrecover.com** <howard@legalrecover.com>                    Fri, Oct 9, 2020 at 11:39 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>
Cc: George Lui <glui@legalrecover.com>

Sent to counsel. I don't think so but will have answer Monday or Tuesday latest bc Columbus Day.

Howard

On Oct 9, 2020, at 1:17 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:

[Quoted text hidden]

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                    Fri, Oct 9, 2020 at 2:23 PM
To: Steve Mingle <smingle@counselfinancial.com>

FYI.

Troy A. Brenes
**Brenes Law Group, P.C.**
27141 Aliso Creek Road, Suite 270
Aliso Viejo, CA 92656
(888) 862-6104 Toll Free
(949) 397-9360 Telephone
(949) 607-4192 Facsimile
www.BrenesLawGroup.com

Privileged and Confidential Communication.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC sections 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above.  If you have received this electronic message in error, please notify the sender and delete the electronic message.  Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

[Quoted text hidden]

---

**howard@legalrecover.com** <howard@legalrecover.com>                    Mon, Oct 12, 2020 at 10:06 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>

The following language will work

"Further, nothing contained herein shall constitute an amendment or modification of any terms, covenants or conditions of that certain Second Amended Attorney Association Agreement between Borrower, and any successors and/or assigns, and Lawrence Litigation Group, LP dated March 27, 2017, which is an agreement that is valid, enforceable, in good standing, and not affected by the payoff of the Loans,"

Howard

On Oct 9, 2020, at 1:17 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:

[Quoted text hidden]

---

**howard@legalrecover.com** <howard@legalrecover.com>                    Mon, Oct 12, 2020 at 10:07 AM
To: Troy Brenes <tbrenes@breneslawgroup.com>

    Please send along your Zantac criteria and also let us know whether your ok now with the marketing $ reconciliation.

    Howard


        On Oct 9, 2020, at 1:17 PM, Troy Brenes <tbrenes@breneslawgroup.com> wrote:


        [Quoted text hidden]

Exhibit G

 **Gmail**

Troy Brenes <tbrenes@breneslawgroup.com>

---

## Re: Brenes Payoff
3 messages

---

**Steve Mingle** <smingle@counselfinancial.com>        Wed, Oct 28, 2020 at 12:58 PM
To: glui@legalrecover.com
Cc: Troy Brenes <tbrenes@breneslawgroup.com>

George:

A quick note to follow my call -  can you please provide an updated payoff figure and wire instructions?

Thanks,
Steve

**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
6400 Main Street
Suite 120
Williamsville, NY 14221

Toll-Free: 1-800-820-4430
Fax: (716) 568-0266
http://www.counselfinancial.com/

Sent from my iPhone

> On Oct 16, 2020, at 1:52 PM, Steve Mingle <smingle@counselfinancial.com> wrote:
>
>
> George:
>
> A quick note to follow my call - Can you please forward Troy Brene's payoff figure with wire instructions?
>
> Thanks and hope all is well on your end.
> Steve
>
>
> --
> **Steve Mingle**
> Vice President, Business Development
>
> **Counsel Financial Services**
> THE POWER OF ATTORNEY FUNDING®
>
> 6400 Main Street, Suite 120, Williamsville, NY 14221
> Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
> smingle@counselfinancial.com - http://www.counselfinancial.com/

---

**Steve Mingle** <smingle@counselfinancial.com>        Wed, Oct 28, 2020 at 1:42 PM
To: George Lui <glui@legalrecover.com>
Cc: Troy Brenes <tbrenes@breneslawgroup.com>

George:

Great! We're ready to fund, we just need to know when to send the wire.

Thanks,
Steve

**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
6400 Main Street
Suite 120
Williamsville, NY 14221

Toll-Free: 1-800-820-4430
Fax: (716) 568-0266
http://www.counselfinancial.com/

Sent from my iPhone

> On Oct 28, 2020, at 4:37 PM, George Lui <glui@legalrecover.com> wrote:
>
>
> Steve,
>
> I believe we're waiting on a call from Troy, thanks.
>
> Regards,
>
> George Lui
> Legal Recovery Associates, LLC
> 1400 Old Country Road, Suite 305
> Westbury, NY 11590
> (516) 228-8043
> www.legalrecover.com
>
>> On Wed, Oct 28, 2020 at 3:58 PM Steve Mingle <smingle@counselfinancial.com> wrote:
>> George:
>>
>> A quick note to follow my call - can you please provide an updated payoff figure and wire instructions?
>>
>> Thanks,
>> Steve
>>
>> **Steve Mingle**
>> Vice President, Business Development
>>
>> **Counsel Financial Services**
>> 6400 Main Street
>> Suite 120
>> Williamsville, NY 14221
>>
>> Toll-Free: 1-800-820-4430
>> Fax: (716) 568-0266
>> http://www.counselfinancial.com/
>>
>> Sent from my iPhone
>>
>>> On Oct 16, 2020, at 1:52 PM, Steve Mingle <smingle@counselfinancial.com> wrote:

> George:
>
> A quick note to follow my call - Can you please forward Troy Brene's payoff figure with wire instructions?
>
> Thanks and hope all is well on your end.
> Steve
>
> --
> **Steve Mingle**
> Vice President, Business Development
>
> **Counsel Financial Services**
> THE POWER OF ATTORNEY FUNDING®
>
> 6400 Main Street, Suite 120, Williamsville, NY 14221
> Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
> smingle@counselfinancial.com - http://www.counselfinancial.com/

---

**Troy Brenes** <tbrenes@breneslawgroup.com>                    Wed, Oct 28, 2020 at 1:43 PM
To: George Lui <glui@legalrecover.com>
Cc: Steve Mingle <smingle@counselfinancial.com>

> Please send counsel financial the requested information.

> > On Wed, Oct 28, 2020, 1:38 PM George Lui <glui@legalrecover.com> wrote:
> > Steve,
> >
> > I believe we're waiting on a call from Troy, thanks.
> >
> > Regards,
> >
> > George Lui
> > Legal Recovery Associates, LLC
> > 1400 Old Country Road, Suite 305
> > Westbury, NY 11590
> > (516) 228-8043
> > www.legalrecover.com
> >
> >
> > > On Wed, Oct 28, 2020 at 3:58 PM Steve Mingle <smingle@counselfinancial.com> wrote:
> > > George:
> > >
> > > A quick note to follow my call -  can you please provide an updated payoff figure and wire instructions?
> > >
> > > Thanks,
> > > Steve
> > >
> > > **Steve Mingle**
> > > Vice President, Business Development
> > >
> > > **Counsel Financial Services**
> > > 6400 Main Street
> > > Suite 120
> > > Williamsville, NY 14221
> > >
> > > Toll-Free: 1-800-820-4430
> > > Fax: (716) 568-0266
> > > http://www.counselfinancial.com/
> > >
> > > Sent from my iPhone

Case 1:22-cv-01778-ER-BCM     Document 111     Filed 02/09/24

On Oct 16, 2020, at 1:52 PM, Steve Mingle <smingle@counselfinancial.com> wrote:


George:

A quick note to follow my call - Can you please forward Troy Brene's payoff figure with wire instructions?

Thanks and hope all is well on your end.
Steve

--
**Steve Mingle**
Vice President, Business Development

**Counsel Financial Services**
THE POWER OF ATTORNEY FUNDING®

6400 Main Street, Suite 120, Williamsville, NY 14221
Toll-Free: 1-800-820-4430 - Fax: (716) 568-0266
smingle@counselfinancial.com - http://www.counselfinancial.com/