UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC, | |
| Plaintiff, | |
| -against- | |
| BRENES LAW GROUP, P.C., et al., | |
| Defendants. | |
| LEGAL RECOVERY ASSOCIATES LLC, | |
| Plaintiff, | |
| -against- | |
| BRENES LAW GROUP, P.C., | |
| Defendant. | |
| CONSOLIDATED CASES | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2024

22-CV-1778 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's letter motion (Dkt. 114) in opposition to defendants' sealing motions. It is hereby ORDERED that defendants shall SHOW CAUSE in writing, no later than **February 15, 2024**, why any portion of its summary judgment papers require continued sealing (and, if so, which portions, and why).

Dated: New York, New York
February 14, 2024      SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**