Exhibit 1



Troy Brenes <tbrenes@breneslawgroup.com>

## LRA v. Brenes (Second Notice) - Requests to File Under Seal
2 messages

**Andrew Solomon** <asolomon@solomoncramer.com>  Thu, Jan 4, 2024 at 4:28 AM
To: Troy Brenes <Tbrenes@breneslawgroup.com>

I am resending my letter of January 2, 2024 regarding BLG's confidentiality designations.

Under the Judge's rules, we are to meet and confer about confidentiality designations. If you elect to require Plaintiff to file documents under seal, we will do so.  You will have three court days to file a letter explaining the need to seal or redact.

So, I need to know whether you are requesting that some or all of the discovery materials identified in my letter, which you marked as "confidential," be filed under seal for the summary judgment motion.


--

Andrew T. Solomon
Attorney at Law
Solomon Cramer & Summit LLP
25 West 39th Street, 7th Floor
New York, NY 10018
asolomon@solomoncramer.com
(t) (212) 884-9102 ext. 700
(f) (516) 368-3896

Notices: This message, including attachments, is confidential and may contain privileged information.  If you are not the addressee, any disclosure, copying, distribution, or use of this message or its attachments is prohibited.   If you have received this email in error, please destroy it and notify me immediately.

**2 attachments**

 **Appendix A.pdf**
7K

 **2024.01.02 Ltr to T. Brenes_Final.pdf**
250K

**Troy Brenes** <tbrenes@breneslawgroup.com>  Fri, Jan 5, 2024 at 2:19 AM
To: Andrew Solomon <asolomon@solomoncramer.com>

Please know that I am out of the office until 1/12 for a family medical issue. I can be available on Monday after 9 am PT if you want to set a call. Regarding confidential documents, the documents were appropriately designated as confidential and the protective requires you to file any documents accompanying a motion under seal. That being said, I will review the order again and will be prepared to discuss on Monday.

[Quoted text hidden]