**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

February 16, 2024

**Via ECF – Letter Motion**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:  *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778 (Action #1)
      *Legal Recovery Associates, LLC v. Brenes Law Group, P.C.,* 23-cv-2446 (Action #2)

Dear Judge Moses:

This firm is counsel to Plaintiff Legal Recovery Associates, LLC ("LRA") in the consolidated actions.

In brief response to Defendants' letter dated February 15, 2024 (ECF 116), please note:

1. Defendants submitted an email from me at ECF 116-1, but did not include the attachment: my January 2, 2024 letter to Troy Brenes. I attach it here to show that, contrary to Defendants' statements, I was trying to persuade Defendants to be sparing in any confidentiality designations.

2. BLG seeks to seal "Exhibit 40." I assume that is ECF 100-30, which is the publicly filed copy of Defendants' initial disclosures. I think the reference might be a mistake.

3. BLG also seeks to maintain a seal over Exhibits 14 and 15 (ECF 101-3 and ECF 101-4). However, BLG has produced no evidence of the confidentiality orders or settlement agreements that mandate protection for this information. Nor does BLG explain whether those provisions, to the extent they exist, allow for exceptions. We further note that the information in Exhibit 14 was provided in unredacted form to BLG's lender (CAL) and Exhibit 15 is an email between BLG and CAL.

Defendants imposed confidentiality burdens on Plaintiff. But when they recognized the cost of compliance, they decided it was not really that important. Now they blame Plaintiff for not pointing this out to them in advance, even though the repercussions were obvious.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon

cc: All Counsel (via ECF)

**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

January 2, 2024

**Via Email**

Troy A. Brenes, Esq.
Managing Partner
Brenes Law Group, P.C.
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

Re:  *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778 (Action #1)
     *Legal Recovery Associates, LLC v. Brenes Law Group, P.C.,* 23-CV-2446 (Action #2)

Dear Troy:

Under the Scheduling Order (ECF 64), the parties have 30 days from the December 20, 2023 close of discovery to file motions for summary judgment.

The Court encourages the parties to agree on a reasonable briefing schedule before or after the moving papers are filed. Assuming that Plaintiff will file early next week, how much time do you need to respond? And, will Defendants also be moving for summary judgment?

We also need to discuss confidentiality issues. Plaintiff intends to rely on a number of documents produced by defendants and marked as "Confidential." Attached as Appendix A is a current list of documents that will be introduced into evidence.

That information was designated as "Confidential" for discovery does not create a presumption that it is eligible for confidential treatment when used as evidence in the case. Under the Second Circuit's standards and the Court's [Individual Practices](#) (§ 3), the basis for filing materials under seal is very strict, *[Lugosch v. Pyramid Co. of Onondaga](#)*, 435 F.3d 110, 119-20 (2d Cir. 2006), and the Court is "unlikely to seal or otherwise afford confidential treatment to any Discovery Material introduced in evidence" even if designated as "confidential in discovery. ECF 63 at ¶ 9.

With that in mind, we are to meet and confer over Defendants' confidentiality designations to see which of them you will seek to maintain (and why) and whether the issues can be narrowed before presentation to the Court.

After you have had an opportunity to review the list, please let me know defendants' position and when you are free to speak.

Very truly yours,

*Andrew Solomon*

Andrew T. Solomon

Attachment

Appendix A

Supplemental Production000001-2

Supplemental Production000005-23

Supplemental Production000007

Supplemental Production000034-44

Supplemental Production000063

Supplemental Production000064

Supplemental Production000065

Supplemental Production000189-230

Supplemental Production000193-211