# SOLOMON CRAMER & SUMMIT LLP

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

March 15, 2024

**Via ECF – Reply on Letter Motion**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:  *Legal Recovery Associates, LLC v. Brenes Law Group, P.C., et al.*, 22-cv-1778 (Action #1)
       *Legal Recovery Associates, LLC v. Brenes Law Group, P.C.,* 23-cv-2446 (Action #2)

Dear Judge Moses:

This firm is counsel to Plaintiff Legal Recovery Associates, Inc. ("LRA"). We write in brief reply to BLG's opposition (Doc. 127) to our letter motion for review of the Protective Order in this case as it relates to the use of confidential documents in the arbitration between Lawrence Litigation Group LLP ("Lawrence") and BLG.

BLG's opposition fails to answer the critical question in LRA's letter motion: how permitting the limited use of the data produced by CAL in the arbitration would compromise any legitimate interest of BLG in confidentiality. The closest it comes is to offer a red herring, repeatedly referring to Lawrence as a "competitor," as if the modest relief sought would disadvantage BLG's competitive interest. But that elides the confidentiality protections offered: attorneys' and experts' eyes only and the fact that the arbitration itself is confidential. It also avoids any explanation as to how historical information about its cases and settlements could harm it in the marketplace. And it fails to account for the fact that Gary Podell, the principal member of both LRA and Lawrence, already has lawful access to CAL's entire production under the existing protective order.

BLG also accuses us of misleading the Court about the arbitrator's attitude with respect to the issue. This is unfair. It is true that the arbitrator was appropriately sensitive to BLG's claimed confidentiality concerns, but he also repeatedly asked how the use of the CAL production in a confidential arbitration would threaten BLG's interests. At the same time, the arbitrator was

clearly cognizant of this Court's authority over its own protective order. Hence our letter motion.

If a telephone conference is to be scheduled, please note that I am traveling next week. I can be available by telephone most days, although early afternoon is best in terms of timing.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon

cc:   All Counsel of Record
      Donald S. De Amicis, Esq. (AAA arbitrator)