UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEGAL RECOVERY ASSOCIATES LLC,

                          Plaintiff,                        22-CV-1778 (ER)(BCM)

        -against-                                           **ADDENDUM TO PROTECTIVE
                                                            ORDER**
BRENES LAW GROUP, P.C. and TROY A. BRENES,

                          Defendants.
-------------------------------------------------------------------X

**BARBARA MOSES, United States Magistrate Judge.**

The Court, in its March 29, 2024 Order (Dkt. 129), having found that good cause exists to issue an addendum to the Stipulated Protective Order (the "Protective Order"; Dkt. 63) to authorize counterclaim defendant Lawrence Litigation Group, LLP ("LLG") to receive and use Confidential Discovery Materials (as defined in the Protective Order) for purposes of litigating the counterclaims against it, whether in this forum or in arbitration, and the parties having stipulated to the following addendum, it is hereby ORDERED that

1.  The parties to this action may use Confidential Discovery Materials produced in this action in the ongoing arbitration between LLG and Brenes Law Group, P.C. (the "Arbitration"), provided that the materials are accorded equivalent protections of confidentiality in the Arbitration as provided in this action.

2.  In particular, in its treatment of Confidential Discovery Materials, LLG expressly agrees to be bound by the same confidentiality provisions and other limitations set forth in the Protective Order.

3.  The list of persons who may receive Confidential Discovery Materials is amended to include the arbitrator, the American Arbitration Association, and any person involved

2

in the Arbitration who would be allowed to receive Confidential Discovery Materials

as if they were involved in this action.

**SO STIPULATED,**

For Plaintiff and Lawrence Litigation Group,
LLP:

Signed: _____

Name:  Andrew T. Solomon
Dated:  April 13 , 2024

For Defendants:

Signed: _____

Name:  Troy A. Brenes
Dated:  April 16, 2024

Dated: ____April 19_____ , 2024

**SO ORDERED,**

_____

**BARBARA MOSES**
**United States Magistrate Judge**

2