UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LEGAL RECOVERY ASSOCIATES LLC,

                Plaintiff,                                 Case No. 22-cv-1778 (ER)(BCM)

    -against-

BRENES LAW GROUP, P.C. and TROY A. BRENES,      **STIPULATION OF SETTLEMENT**
                                                                    **AND DISMISSAL PURSUANT TO**
               Defendants.                         **RULE 41(a)(1)(A)(ii)**
-------------------------------------------------------------------X

LEGAL RECOVERY ASSOCIATES LLC,

                Plaintiff,

    -against-                                              Case No. 23-cv-2446 (ER)(BCM)

BRENES LAW GROUP, P.C.,

                Defendant.
-------------------------------------------------------------------X

CONSOLIDATED CASES

-------------------------------------------------------------------X

      Plaintiff Legal Recovery Associates LLC and Defendants Brenes Law Group, P.C. and Troy Brenes, by and through their undersigned attorneys, hereby stipulate that the claims of Plaintiff against Defendants in both actions and the counterclaims of the Defendants against Plaintiff and all remaining Counterclaim Defendants, including Lawrence Litigation Group, L.P. [sic] in both actions may be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 7, 2024

| | |
|---|---|
| TROY A. BRENES *pro se and as attorney for Brenes Law Group P.C.* | SOLOMON CRAMER & SUMMIT LLP *Attorneys for Legal Recovery Associates LLC and Lawrence Litigation Group LLC* |
| By: _____<br>Troy A. Brenes<br>tbrenes@breneslawgroup.com | By: _____<br>Andrew T. Solomon<br>asolomon@solomoncramer.com |
| 100 Spectrum Ctr. Dr., Ste. 330<br>Irvine, CA 92618<br>(949) 397-9360 | 25 West 39th Street, 7th Floor<br>New York, New York 10018<br>(212) 884-9102 |

IT IS SO ORDERED.

Dated: August 21, 2024

_____
Edgardo Ramos, U.S.D.J.

August 23, 2024
New York, New York

2